# EXHIBIT 1

9/29/21, 5:10 PM   Case 1:21-cv-08704-PGG   Document 1-1   Filed 10/22/21   Page 2 of 2   Division of Corporations - Filing

Delaware.gov                                                                 Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

| | Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 5296872 | Incorporation Date / Formation Date: | 3/4/2013 (mm/dd/yyyy) |
| Entity Name: | DEFCAD, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | UNASSIGNED AGENT | | |
| Address: | | | |
| City: | | County: | |
| State: | NullValue | Postal Code: | 95050 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]                    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov