# EXHIBIT 2



# Donate today and your contribution will be matched!

Our country's gun violence crisis kills more than 100 people every single day and wounds more than 200. We don't have to live this way, and our loved ones should not have to die this way. Donate now through October 9 to Everytown for Gun Safety Action Fund and your gift will be matched.

DONATE NOW



Amount | Payment | Details
Secured by ActBlue

**Choose an amount**
Your contribution will benefit Everytown for Gun Safety Action Fund.

$25    $50
$100   $250
$1,000   $

**Make it monthly**
Yes, count me in!    ✓ No, donate once

**Quick checkout**
Donate with
Pay with PayPal
G Pay
Or, continue as guest to details & payment method:

Continue

---

**HAPPENING NOW**



Build Back Better Act
Violence Against Women Act
Background Checks Now

### Tell Your U.S. Rep: Invest in Community-Based Gun Violence Prevention

The U.S. House has the chance to take meaningful action by passing the Build Back Better Act, providing a targeted investment of $5 billion in the communities most impacted by gun violence.

SEND A MESSAGE

---

# We have a plan to end gun violence.

One **don|** at a time.

Background Checks on All Gun Sales
Close the Charleston Loophole
Disarm Hate

Add your email                                    NEXT

---

**YOUR STATE**



## VA

Firearms are the 1st-leading cause of death among children and teens in Virginia.



**NEWS**

### Everytown, Texas Moms Demand Action, Students Demand Action Respond to Shooting at Timberview High School in Arlington

**WE ARE WORKING ON**

### Domestic Violence

Every month, an average of 57 women are shot and killed by an intimate partner.

**STORIES**

### Empowering Latina domestic violence survivors to become leaders in our community





## Everytown starts with you, and it starts in your town.

Gun violence touches every town in America. For too long, change has been thwarted by the gun lobby and by leaders who refuse to take common-sense steps that will save lives.

**ABOUT EVERYTOWN**



## Every year, hundreds of children in the United States gain access to unsecured, loaded guns.

Unintentional shootings are preventable when families take the steps to reduce children's access to firearms in their own homes and the homes of anyone children are visiting.

**LEARN MORE**



## Wear your support for gun safety.

Every merch purchase you make supports our efforts to end gun violence.

**SHOP NOW**



# 25x

**DID YOU KNOW?**

## The US gun homicide rate is 25 times higher than that of other high-income countries.

Grinshteyn, E. and Hemenway, D. "Violent Death Rates in the US Compared to Those of the Other High-income Countries, 2015." *Preventive Medicine*. (2019). https://bit.ly/3kyfsSs Last updated: 1.7.2021

### More than 6 million people have joined the movement.

Add your email    NEXT

**EVERYTOWN FOR GUN SAFETY**

Contact
Jobs
Frequently Asked Questions
Terms of Service
Privacy Policy
Use Accessible Colors

States
Issues
Solutions

**Everytown for Gun Safety Action Fund®**
©2021 Everytown for Gun Safety Action Fund. EVERYTOWN, the EVERYTOWN FOR GUN SAFETY logo, and the flag design are trademarks or registered trademarks of Everytown for Gun Safety Action Fund, Inc.

EXPLORE    SEARCH    TAKE ACTION    DONATE



ABOUT    WORK    ISSUES    SOLUTIONS    STATES    NEWS    BLOG        Join

### ABOUT
- Our Approach
- What We Do
- Who We Are
- Our Impact

Every |

# We're the largest gun violence prevention organization in America—and we're winning.

Gun violence touches every town in America. For too long, life-saving laws have been thwarted by the gun lobby and by leaders who refuse to take common-sense steps that will save lives. But something is changing. More than six million mayors, moms, teachers, survivors, gun owners, students, and everyday Americans have come together to make their own communities safer. Everytown starts with you, and it starts in your neighborhood. By introducing evidence-based solutions in every town, we can end gun violence.

## OUR APPROACH

## We are building a movement to:

01


Register voters.


Elect candidates who will govern with gun safety in mind.


Demand action from our elected officials.


Change how America thinks about gun violence.


End gun violence.

## WHAT WE DO

## Everytown organizations are fighting for the changes that will save lives.

02

| Support & educate | Take action | Build a movement |
|---|---|---|
| ✓ Researching the causes and solutions | ✓ Enacting and implementing smart gun policies | ✓ Grassroots organizing in every state |
| ✓ Supporting survivors of gun violence | ✓ Electing gun sense candidates | ✓ Demanding action from elected officials |
| ✓ Advancing gun safety in the courts | ✓ Demanding accountability | ✓ Creating community |
| ✓ Building partnerships to raise awareness | ✓ Advocating for safety reforms locally and nationally | ✓ Building a movement to end gun violence |

WHO WE ARE

03

## We are a movement of more than 6 million mayors, teachers, survivors, gun owners, students, and everyday Americans.



**Mothers and others**

Moms Demand Action is the nation's largest grassroots volunteer network working to end gun violence, with more than 700 local groups across the country and a chapter in every state. Volunteers campaign for new, strong solutions to lax gun laws that jeopardize the safety of our families.



**Students**

Students Demand Action is a national movement of high school and college-aged volunteers working to end gun violence. Volunteers organize within their schools and communities to educate their peers, register voters, and demand common-sense solutions to this national crisis. Students Demand Action has active volunteers in every state and nearly 400 groups across the country.



**Mayors**

Since its creation, Mayors Against Illegal Guns has grown from 15 mayors of major American cities to more than 2,000 current and former mayors. The bipartisan coalition is united around three common goals: advancing enforcement and data collection strategies to prevent gun violence; investing in victim services and violence intervention programs to address gun violence; and advocating for gun safety legislation at the local, state, and federal level.



**Survivors**

The Everytown Survivor Network is a nationwide community of survivors working together to end gun violence. The Survivor Network connects survivors to each other, amplifies the power of survivor voices, offers trauma-informed programs, provides information on direct services, and supports survivors who choose to become advocates.

OUR IMPACT

## Ultimately, our movement exists to end gun violence and save lives.

Thanks to the hard work of our volunteers across the country, we have won unprecedented victories against the gun lobby—at the ballot box, in state legislatures, and in corporate America.

**SEE OUR VICTORIES**



# 25x

DID YOU KNOW?

## The US gun homicide rate is 25 times higher than that of other high-income countries.

countries.

Grinshteyn, E. and Hemenway, D. "Violent Death Rates in the US Compared to Those of the Other High-income Countries, 2015." *Preventive Medicine*. (2019). https://bit.ly/3kyfsSe Last updated: 1.7.2021

# EVERYTOWN
FOR GUN SAFETY

Search

Contact
Jobs
Frequently Asked Questions
Terms of Service
Privacy Policy
Use Accessible Colors

States
Issues
Solutions

**Everytown for Gun Safety Action Fund®**

©2021 Everytown for Gun Safety Action Fund. EVERYTOWN, the EVERYTOWN FOR GUN SAFETY logo, and the flag design are trademarks or registered trademarks of Everytown for Gun Safety Action Fund, Inc.

## More than 6 million people have joined the movement.

Add your email    NEXT

 

Moms Demand Action | Gun Research & Policy | Shop | Donate

About   Work   Events   Stories   Resources   Students   Press   **Take Action**



DOUBLE YOUR IMPACT

# Donate today and your contribution will be matched!

Our country's gun violence crisis kills more than 100 people every single day and wounds more than 200. We don't have to live this way, and our loved ones should not have to die this way. Your support will help fuel our efforts to enact life-saving reforms, defeat the NRA's extremism, and work every day to end gun violence.

**Donate Now**

We are a network of *friends.*

# Together, we will end gun violence.

- ✓ Winning against the gun lobby
- ✓ More than 6 million supporters
- ✓ Chapters in every state
- ✓ Non-partisan

**Take Action Now**

Or get the app



### Invest in community violence prevention

Your U.S. representative to vote yes on the Build Back Better Act.

**Send a Message**





FIND AN EVENT

### We're the ones in the red shirts





FUEL OUR MOVEMENT

### Donate Now

### Background checks save lives

Tell your U.S. senators to take bipartisan action on background checks.

Send a Message

WHO WE ARE

# Moms Demand Action is a grassroots movement of Americans fighting for public safety measures that can protect people from gun violence.

Our Story



By early February, more Americans are killed with guns than are killed in other high-income countries in an entire calendar year. That is why we fight every day to end gun violence in America.

Find an event near you



JOIN US

## Act Now

There are many ways to make a difference.



Take Action Now



Volunteer Stories

**Julvonnia McDowell: 'I remain hopeful and resilient'**

News & Press
Contact
Privacy Policy
Terms of Service



Use Accessible Colors

# Everytown Survivor Network





T he Everytown Survivor Network is a nationwide community of survivors working together to end gun violence. The Survivor Network connects survivors to each other, amplifies the power of survivor voices, offers trauma-informed programs, provides information on direct services, and supports survivors who choose to become advocates.

## Who is a survivor of gun violence?



The Everytown Survivor Network welcomes anyone who has personally experienced gun violence—whether you have witnessed an act of gun violence, been threatened or wounded with a gun, or had someone you know and cared for wounded or killed. This can include but is not limited to gun homicides, gun suicides, domestic violence involving a gun and unintentional shootings.

People may use different words to describe living through gun violence: Some may use "victim," others may use "survivor." Some use neither. Knowing that each person experiences trauma and healing differently, we use the word "survivor" to acknowledge pain and resilience—and to recognize the unacceptable daily consequences of gun violence that are the reality for too many Americans.

## What does the Everytown Survivor Network offer?

### Connections and support

Through the SurvivorsConnect

### Raising awareness

Survivors are leaders in

### Advocating for safer communities

Many survivors, if and when they feel

| | | |
|---|---|---|
| peer support program and local and national events, volunteers, survivors or individuals who are part of the Everytown Survivor Network can find emotional support and community. The Network also provides trauma-informed programs and trainings, access to online mental health counseling, and information and resources on coping with the consequences of gun violence. | educating the public and policymakers about the realities of gun violence. Survivors speak out in many different ways, including sharing stories in their communities, on the Moments That Survive story wall and participating in the Everytown Survivor Network Fellowship program to raise awareness about the impact of gun violence. | ready, choose to participate in local, state and national gun violence prevention campaigns to keep our communities safe in partnership with Moms Demand Action chapters across the country. |

FIND MORE RESOURCES

# Share your story on Moments That Survive

Moments that Survive is a story wall for those whose lives have been forever changed by gun violence.

**READ STORIES AND SHARE YOUR OWN**



Moments That Survive

JOIN THE EVERYTOWN SURVIVOR NETWORK

# Join a nationwide community of survivors working together to end gun violence.

**SIGN UP**

**DID YOU KNOW?**

# The U.S. gun suicide rate is 10 times higher than that of other high-income countries.

Grinshteyn, E. and Hemenway, D. "Violent Death Rates in the US Compared to Those of the Other High-income Countries, 2015." *Preventive Medicine*. (2019). https://bit.ly/3kyfsSs

Search

Initiatives

**Everytown for Gun Safety Support Fund®**

©2021 Everytown for Gun Safety Support Fund. EVERYTOWN, the EVERYTOWN FOR GUN SAFETY logo, and the flag design are trademarks or registered trademarks of Everytown for Gun Safety Action Fund, Inc.

## Join Us.

Every day, more than 100 people in America are killed with guns. The gun homicide rate in the U.S. is 25 times higher than that of other developed countries, but research shows that common-sense public safety laws can reduce gun violence and save lives.

JOIN US

Home / Everytown for Gun Safety

# Everytown for Gun Safety

Sort & Filter

**Collections**
- Everytown
- Moms Demand Action
- Gun Sense Voter
- Wear Orange
- Students Demand Action
- Disarm Hate

**Apparel**
**Accessories**
All


Not One More Tee
$ 30.00

Every____ Mug
$ 20.00


Everytown Logo Tee
$ 30.00

Everytown and Moms Button & Sticker Pack
$ 10.00


Everytown For Gun Safety Hat
$ 25.00

Everytown Water Bottle
$ 12.00


Every____ Hoodie
$ 60.00

Change Gun Laws or Change Congress Tee
$ 30.00


Everytown Logo Tri-Blend Hoodie
$ 60.00


Every____ Tee
$ 30.00


Everytown Long-sleeve Tee
$ 30.00


Everytown Magnet
$ 5.00


Everytown Bumper Sticker Set
$ 5.00




All
Apparel
Accessories
All
Apparel
Accessories
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All

Apparel
Accessories
All
Apparel
Accessories
Accessories
All

About Everytown
Contact Us
Login

Search...

**Everytown & Moms Demand Action Signs**
$ 12.00

**Everytown Lapel Pin**
$ 9.99

**Ni Uno Mas Tee**
$ 30.00

## Everytown.org

Your purchase helps us build awareness of and advance solutions to gun violence in America.

Learn more about what we do

[ Email Signup ]

Copyright © 2021

## INFO

Size Guide
Returns & Exchanges
Store Privacy Policy
Terms of Service
Delivery

## FOLLOW US

Facebook
Instagram
Twitter

Contributions or gifts to Everytown for Gun Safety Action Fund are not tax deductible as charitable contributions or as business expenses under IRC Section 162(e).
A gift may qualify you for annual membership in the Action Fund. If you are interested in other ways to give, including making a tax-deductible gift, please click here or call 202.630.8673. You acknowledge that by entering your email address at checkout, you will be receiving e-mail alerts from Everytown for Gun Safety.

Shopping Bag 0

EVERYTOWN FOR GUN SAFETY

Collections
 Everytown
 Moms Demand Action
 Gun Sense Voter
 Wear Orange
 Students Demand Action
 Disarm Hate

Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
Accessories
Apparel
Accessories
All
Disarm Hate
Apparel
Accessories
All
Disarm Hate
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
Accessories
All
Disarm Hate
Apparel
Accessories
All
Apparel
Accessories
Accessories
All
Disarm Hate
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories

Home / Moms Demand Action

# Moms Demand Action

Sort & Filter

## Moms are everywhere!
Moms Demand Action is a grassroots movement of Americans fighting for public safety measures that can protect people from gun violence.





**Women's Cut Moms Demand Action Black Tee**
$ 30.00



**Moms Demand Action Umbrella**
$ 25.00



**Kind of Mom Tea Towel**
$ 15.00



**Unisex Cut Moms Demand Action Black Tee**
$ 30.00



**Moms Demand Action Logo Hoodie**
$ 60.00



**Moms Performance Workout Tee**
$ 30.00







**Moms Demand Action Lapel Pin**
$ 9.99



All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
Apparel
Accessories
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
Accessories
All
Apparel
Accessories
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All
Apparel
Accessories
All

Moms Logo Toddler Tee
$ 25.00

Moms Logo Pullover Sweatshirt
$ 60.00

Moms Logo Pet Bandana
$ 15.00






Keep Going Sweatshirt
$ 60.00

Moms Logo Organic Onesie
$ 25.00

Moms Demand Action Red Tee
$ 30.00

Watch Us Work Phone Wallet
$ 7.00






Moms Demand Action Logo Hat
$ 25.00

Keep Going PopSocket
$ 10.00

You Messed With The Wrong Mom PopSocket
$ 10.00

You Messed with the Wrong Mom Dolman Tee
$ 30.00






Moms Demand Action Coffee Mug
$ 20.00

Moms Demand Action Bumper Sticker Pack
$ 5.00

One Tough Mother Women's Cut Tee
$ 30.00

One Tough Mother Hoodie
$ 60.00






Everytown & Moms Demand Action Signs
$ 12.00

Moms Demand Action Long-sleeve Tee
$ 30.00

Moms Demand Action Coffee Tumbler
$ 20.00

Women's Empowerment Pin
$ 10.00






Keep Going Tee
$ 30.00

Moms Demand Action Water Bottle
$ 12.00

Keep Going Tote Bag
$ 18.00

One Tough Mother Onesie
$ 25.00






Be Nice Notebook
$ 15.00

Moms Demand Action Hat
$ 25.00

Keep Going Kids Tee
$ 25.00

Moms Demand Action Winter Hat
$ 30.00




### Everytown.org

Your purchase helps us build awareness of and advance solutions to gun violence in America.

Learn more about what we do

**Email Signup**

### INFO

Size Guide
Returns & Exchanges
Store Privacy Policy
Terms of Service
Delivery

### FOLLOW US

Facebook
Instagram
Twitter

Copyright © 2021

Contributions or gifts to Everytown for Gun Safety Action Fund are not tax deductible as charitable contributions or as business expenses under IRC Section 162(e).
A gift may qualify you for annual membership in the Action Fund. If you are interested in other ways to give, including making a tax-deductible gift, please click here or call 202.630.8673. You acknowledge that by entering your email address at checkout, you will be receiving e-mail alerts from Everytown for Gun Safety.