# EXHIBIT 4
# (Part 1 of 5)

**The New York Times**  https://www.nytimes.com/2021/08/10/us/politics/everytown-for-gun-safety-campaigns.html

Daily Political Briefing ›

# Everytown for Gun Safety will spend $3 million to train its volunteers to run for office.

 By Maggie Astor

Aug. 10, 2021

The gun-control group Everytown for Gun Safety plans to spend $3 million to recruit and train its volunteers to run for office, with a goal of having 200 enter races in the next election cycle.

The program is the latest step in a yearslong effort by groups that support stricter gun laws to become politically competitive with the National Rifle Association, which has kept a powerful hold on American politics as mass shootings have multiplied.

That dynamic has begun to shift, with the N.R.A. losing influence among moderate Democrats and more gun restrictions being passed by state legislatures. But even proposals with broad bipartisan support among voters, like universal background checks and red-flag laws, have languished in Congress.

Everytown's new program, called Demand a Seat, will begin this fall and will involve training in the nuts and bolts of running a campaign, as well as instruction from advocates-turned-legislators such as Representative Lucy McBath, Democrat of Georgia. It is aimed at members of Moms Demand Action and Students Demand Action, two arms of Everytown, which is backed by Michael R. Bloomberg.

"Our volunteers have fought for those people sitting at the table to listen to them, and some wouldn't, so now our volunteers and gun violence survivors will fight to fill those seats," said Shannon Watts, the founder of Moms Demand Action.

According to Everytown, more than 100 of its volunteers ran for office last year and 43 won.

The group said that more than 50 former volunteers have been elected to state legislatures, 18 to city or county councils, eight to school boards and two to Congress: Ms. McBath and Marie Newman, Democrat of Illinois.

Ms. McBath, who was first elected in 2018, said in an interview on Monday that as an advocate with Moms Demand Action she had learned about organizing people, giving speeches and talking about policy with different audiences. But, she said, "I had no idea how to run a campaign."

"I'd never run for office before," said Ms. McBath, who got involved with Moms Demand Action after her son, Jordan Davis, was fatally shot. "I got a little bit of help from people around me and went to a boot-camp training over a weekend, but I wish I had this kind of structure in place, an ongoing structure I could tie into the entire time."

State Representative Jo Ella Hoye, a Democrat, was elected to the Kansas Legislature in November after leading Moms Demand Action's Kansas chapter for about three years. She said she had staffed her campaign mostly with fellow volunteers, who made more than 10,000 phone calls for her.

"You have this light bulb moment: I used this database for our organizing, and that's what I'm going to use for our campaign. We take training on messaging and social media," Ms. Hoye said. "Formalizing it is just going to make that light bulb click a little sooner."

She and Ms. McBath will advise the program's participants, as will, among others, Mayor Keisha Lance Bottoms of Atlanta, a Democrat; former Mayor Mitch Landrieu of New Orleans, a Democrat; and former Representative David Jolly of Florida, who was a Republican while in office but has since left the party.



**Just In...**

Fox News' Neil Cavuto tests positive for breakthrough COVID-19 case
MEDIA — 4M 7S AGO

Elijah McClain's family settles lawsuit with city of Aurora
STATE WATCH — 5M 47S AGO

Our infrastructure decisions now define our future climate
OPINION — 21M 20S AGO

Michele Fiore announces campaign for Nevada governor
CAMPAIGN — 45M 20S AGO

Supreme Court won't block vaccine mandate for Maine health care workers
COURT BATTLES — 47M 56S AGO

Ban on new offshore drilling must stay in the Build Back Better Act
OPINION — 51M 22S AGO

CNN star reveals he has multiple sclerosis while on the air
CHANGING AMERICA — 52M 25S AGO

Federal grand jury indicts Nebraska GOP lawmaker
HOUSE — 1H 10M AGO

# Everytown launches legal fund support anti-gun violence laws

BY **CELINE CASTRONUOVO** - 07/28/21 02:01 PM EDT

**307** SHARES

 SHARE     TW



© Atlanta Police Department

Everytown for Gun Safety on Wednesday announced the launch of a litigation fund aimed at supporting legal claims by survivors of gun violence.

Everytown Law, the legal division of the gun control advocacy group that is made up of lawyers working to advance gun safety measures through the court system, said in a press release that it hopes to "support legal action seeking to address the impact of gun violence on disproportionately affected communities, including Black, Latino, and other communities of color."

The organization said that it will be devoting an initial commitment of $3 million to be allocated among an array of approved applications from small- and mid-sized law firms, solo practitioners and nonprofit legal projects.

Eric Tirschwell, managing director for Everytown Law, said in a statement that the fund is meant to support legal efforts that don't already have backing from large national law firms.

"A lack of resources shouldn't prevent gun violence survivors and their allies from holding reckless actors in the gun industry accountable," Tirschwell argued.

"Where constitutional or other legal violations are contributing to gun violence, legal action may be the only remedy available," he added. "Even

Case 1:21-cv-08704-PGG   Document 1-4   Filed 10/22/21   Page 4 of 17

VIEW ALL

as we make major strides through our own impact litigation, we see tremendous untapped potential to advance gun safety through the courts."

According to its website, Everytown Law will accept and review applications on a rolling basis, with financial support being offered for litigation fees, costs of suit and, in certain cases, opportunities for mentorship assistance and co-counseling.

Related News


Judge: Request for Tucker Carlson…

The money in the legal fund will be provided through the Everytown for Gun Safety Support Fund, the advocacy organization said on its website.

Legal efforts that may be supported by the fund include claims filed by survivors of gun violence, unfair or deceptive marketing of guns and "lawsuits seeking to compel state and local officials to enforce gun safety laws," the organization said.


Bill Kristol: Buttigieg entitled to call Tucker…

ADVERTISING



The Company Store - Sponsored
**Medallion Quilt, Cotton - $249**


We're talking IPAs, red wines, whiskeys…
*Sponsored | Drizly*

The fund is just one of several efforts by Everytown in support of implementing stronger gun control measures, especially after the U.S. saw a surge in gun sales during the COVID-19 pandemic.


Powell to Woodward on health issues: 'Don't…

**Families of Parkland shooting victims reach $25 million settlement…**

**Cuba 'systematically' abused demonstrators, says human rights group**

Several shootings across the country in the early months of 2021, including in Atlanta and Boulder, Colo., also reignited calls from the Biden administration and Democrats to reimpose a federal assault weapons ban and implement more stringent background check measures for gun purchases.

A nationwide assault weapons ban was previously put in place under former President Clinton's administration, though multiple attempts by Congress to renew the legislation since it expired in 2004 have failed.

Last month, Everytown for Gun Safety Action Fund launched a $500,000 ad campaign urging Republicans to throw their support behind legislation expanding background checks on gun sales.

TAGS   BOULDER   ATLANTA   ANTI-GUN VIOLENCE   CIVIL LAWSUITS   GUN SAFETY
EVERYTOWN FOR GUN SAFETY   GUN CONTROL. MASS SHOOTINGS





THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE © 1998 - 2021 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.

Indiana public media | PROGRAMS | PODCASTS | VIDEO | About | Support | Services | Contact | Broadcast Status | **GIVE NOW »**

home | radio | tv | news | arts & culture | events | Search

# News



# Gun violence claiming more lives of American teens, children

By ASSOCIATED PRESS
Posted October 11, 2021

Like  Sign Up to see what your friends like.    Tweet



Moms Demand Action Indiana, the local chapter of a national gun safety organization, lobbying to support gun safety legislation in 2019. *(Carter Barett/WFYI News)*

Gun violence is killing an increasing number of American children, from toddlers caught in crossfires to teenagers gunned down in turf wars, drug squabbles or for posting the wrong thing on social media.

Shootings involving children and teenagers have been on the rise in recent years, and 2021 is no exception. Experts say idleness caused by the COVID-19 pandemic shares the blame with easy access to guns and disputes that too often end with gunfire.

LeGend Taliferro, a 4-year-old boy who loved dinosaurs and basketball, was sleeping on the floor in an apartment in Kansas City, Missouri, when he was shot on June 29, 2020. A man who had been involved in a dispute with LeGend's father is awaiting trial for second-degree murder. A probable cause statement said the suspected shooter had been trying to find LeGend's dad after that altercation.

"Why do we have to resort to violence because we're mad?" LeGend's mother, Charron Powell, asks. "What are other ways we can figure out an issue without harming somebody?"



Support For Indiana Public Media Comes From



Become an Indiana Public Media supporter



FIND US ON FACEBOOK



The U.S. saw 991 gun violence deaths among people 17 or younger in 2019, according to the website Gun Violence Archive, which tracks shootings from more than 7,500 law enforcement, media, government and commercial sources. That number spiked to 1,375 in 2020 and this year is on pace to be worse. Through Monday, shootings had claimed 1,179 young lives and left 3,292 youths injured.

FBI data backs that up. The agency released a report on Sept. 28 showing homicides in the U.S. increased nearly 30% in 2020, and homicides among people ages 19 and younger rose more than 21%.

In St. Louis, 9-year-old Caion Greene died in March when someone opened fire on his family's car. A 17-year-old is charged in the crime. Police and prosecutors have declined to discuss a motive or say what prompted the shooting.



Two Minneapolis children were gunned down in May. Nine-year-old Trinity Ottoson-Smith was shot in the head while jumping on a trampoline. Police said she was the unintended victim of a bullet meant for someone else. No arrests have been made. Six-year-old Aniya Allen was shot when her mother drove her car through a gun battle.

On Oct. 2 in Milwaukee, an 11-year-old girl was killed and a 5-year-old girl was injured when someone fired into their family's car from another vehicle. Police have not said if they know of a motive and are seeking information from the public.

More often, the victims are teenagers.

Jamari Williams and Kentrell McNeal, both 15-year-old students at Simeon Career Academy High School in Chicago, were killed in separate shootings on Sept. 21. No arrests have been made and police declined to speculate on what led to the shootings.

At Philadelphia's Simon Gratz High School Mastery Charter, five students were killed and nine others were shot or shot at during the last school year. Just weeks into the new school year, two students and a recent graduate have been killed. The school offers a space for memorials to slain students, often helps with funeral expenses and offers counseling services.

"We have gotten exceptionally good at knowing what to do, and how to offer help when a young person loses their life ... we have gotten really good at that," principal Le'Yondo Dunn said.

A March report from the Children's Defense Fund found that child and teen shooting deaths reached a 19-year high in 2017 and have remained elevated. Black children and teenagers were four times more likely than whites to be fatally shot.

The fund's president and CEO, the Rev. Starsky Wilson, said a spike in gun sales during the pandemic has made things worse.

"There are more guns available on the street and there are folks with less opportunity to engage in productive activity," Wilson said. "A combination of those two is really challenging."

Social media also plays a role, experts say. A posted insult can turn quickly into retaliation, said Jason Smith, a homicide division captain in Philadelphia.

"Social media makes it so easy to throw that disrespect," Smith said. "They're doing it in real time."

Dr. Lindsay Clukies, an emergency room doctor at St. Louis Children's Hospital, said she and her staff often see repeat victims.

"It's not uncommon that we see a child with a big scar and we say, 'What happened?' and they say, 'Oh, I was shot once before,'" Clukies said.

"It's so frustrating as a medical provider because we obviously pride ourselves in taking amazing care of kids and saving lives and fixing lives, but these injuries are preventable," Clukies said. "There's nothing that compares to having to tell a parent that their child passed away from a completely preventable thing."

### RECENT HEALTH STORIES

- Monroe County has now confirmed more than 15,000 COVID-19 casess
- How being a hospital chaplain motivated one pastor to address COVID-19 misinformation
- Coronavirus: Child care providers struggle, legislators score emergency powers lawsuit win
- IU Health Bloomington's new hospital site set to open Dec. 5
- Ex-Vice President Pence joins Indiana horse ride for vets

The Justice Department sought to address the violence through "Operation Legend," named for LeGend Taliferro. His mother takes comfort in the fact that her son's death helped spur a national effort that resulted in hundreds of arrests. Still, the pain never goes away.

"It's really a mental battle to get through every day," Powell said. "It's really difficult to know he's not here and I won't hear his voice."

On the day before Father's Day last year, someone fired shots at a group of boys on the front porch of a Chicago home. The bullet missed the boys but pierced a window into the dining room where 13-year-old Amaria Jones was showing her mom a dance routine she was perfecting for TikTok.

The bullet shattered a TV and everyone scattered for safety. When Amaria's mother returned, she found her daughter on the floor, holding her wounded neck and trying to call out, "Mom." Amaria was pronounced dead at a hospital. No arrests have been made.

"I grew up in this neighborhood and I've been around a lot of gun violence," Mercedes Jones, Amaria's 28-year-old sister, said. "I've ducked bullets flying near my head. I'm used to that. Not Amaria. She didn't hang out like me. She didn't know that lifestyle."

While small children are often caught in the crossfire, teenagers are most commonly targeted — often by other teenagers — in drive-by shootings on interstate highways or gunned down in broad daylight on urban streets.

Shaquille Barbour of Philadelphia was killed June 6, a week before his high school graduation — shot 13 times as he rode his bike home from a corner store. No arrests have been made, and police aren't offering a motive.

"I don't think people know how hard it is, not to want to retaliate," he said. "These kids are on the street, and it feels like they're hunters. They brag and taunt people after they kill someone, too."

Smith, the Philadelphia detective, said the shootings are as brutal as they are brazen.

"They will empty an entire magazine into someone's torso or their head," he said. "They call it walking a person down. They shoot a person and incapacitate them ... then walk them down, walk until they are standing over them and unload their firearm into that individual."

Efforts and ideas to slow the violence are varied.

Wilson, of the Children's Defense Fund, suggested a threefold strategy: Adopt new gun legislation to strengthen background checks and incentivize safe storage of weapons; invest in social services such as after-school programs and mental health support for young people; and create more economic opportunity, including summer jobs.

Studies have shown that victims of violence are at an elevated risk of becoming violent themselves. So St. Louis Children's Hospital developed its Victims of Violence program that seeks to reduce recidivism by pairing surviving shooting victims with mentors and offering counseling, mediation and a link to social service agencies.

In Philadelphia, Chief Inspector Frank Vanore said police also monitor social media and if they're aware of a feud, a team of officers and community leaders meet with those involved in the dispute.

A pilot program this year at Philadelphia's Simon Gratz high will provide intensive services to students in danger of becoming a victim — or a perpetrator — of gun violence.

"We are going to have capacity to get about 60 students into the program but with the number of students we've lost, the amount of violence and guns that Philadelphia is seeing, we know there will be more students who need this program than we can get in," Dunn said. "We know it."

Like   Sign Up to see what your friends like.   Tweet

10/19/21, 6:30 PM
Case 1:21-cv-08704-PGG Document 1-4 Filed 10/22/21 Page 9 of 17
Gun violence claiming more lives of American teens, children | news - Indiana Public Media

## Read Next



**Monroe County has now confirmed more than 15,000 COVID-19 casess**



**How being a hospital chaplain motivated one pastor to address COVID-19 misinformation**



**Coronavirus: Child care providers struggle, legislators score emergency powers lawsuit win**

*Want to contact your legislators about an issue that matters to you? [Find out how to contact your senators and member of Congress here](#).*

---

Indiana Public Media is the home of **WFIU Public Radio** **WTIU Public Television**, including your favorite programming from NPR and PBS. **Learn More**

### Radio
**Listen**
WFIU 1 103.7 FM
WFIU 2 101.9 FM

Program Schedule
Ways To Listen
Listener Guide (PDF)
Event Announcements
About WFIU

### TV
**Watch Video**
shopTIU
Documentaries

Program Schedule
Viewer Guide (PDF)
Station Events
About WTIU

### News & Information
Indiana Newsdesk
Noon Edition
Ask The Mayor
Inquire Indiana
City Limits

A Moment of Science
Profiles

### Arts & Culture
Afterglow
Earth Eats
Ether Game
Flyover Culture
Focus On Flowers
Harmonia
Just You & Me
Journey Indiana
Night Lights
Poets Weave
Porchlight

### Services
Studio Production
Remote Production
Field Production
Post Production
Graphics Animation
Transmission

Rate Card (PDF)
Get A Free Quote

### Support
**Radio**
Become a Sustainer
Gift Planning
Donate Your Vehicle
Business Support

**Television**
Become a Sustainer
Gift Planning
Donate Your Vehicle
Business Support

### About
WFIU Public Radio
WTIU Public Television

WFIU FAQ
WTIU FAQ
Careers
Contact Us
Terms of Use
Privacy Policy
Public File and Reports

Broadcast Status

© 2021, The Trustees of Indiana University · Copyright Complaints
1229 East Seventh Street, Bloomington, Indiana 47405



NEWS   VIDEO   SPORTS   WEATHER   CBS+   CONTESTS & MORE

# Everytown For Gun Safety's Gun Trafficking Intelligence Platform Helps Baltimore Police Track Illegal Guns

By Annie Rose Ramos    June 4, 2021 at 4:35 pm    Filed Under:   Baltimore Police,   Crime,   Everytown For Gun Safety,   Guns,   Maryland News



**BALTIMORE (WJZ)** — According to Baltimore Police, most of the illegal guns involved in Baltimore's crime come from outside of the city and state. A new city program is helping police figure out how the guns are getting here.

Denise Reid will never understand why her son was shot.



Meteorologist Meg McNamara Has A Look At Your Tuesday Forecast

**READ MORE:** Baltimore County Public Schools, County Officials, To Honor Amy Caprio With Unity Playground

"He was at an intersection in northwest Baltimore in his vehicle and someone came up and shot him in the neck," Reid said.

The bullet pierced his spine, and he died two years later.

### FOLLOW US

### OUR | NEWSLETTER
Sign up and get our latest headlines delivered right to your inbox!

[Subscribe Now!]

### MOST VIEWED

- Fourth Stimulus Check: Can You Expect Another Relief Payment?
- Colin Powell, Military Leader And First Black US Secretary Of State, Dies After Complications From COVID-19
- Supply Chain Issues: 'There Really Are Problems Everywhere,' Even For Small Companies
- Ravens' Marquise Brown Honors Mervo Football Player Elijah Gorham
- 'Thought It Was My Body, My Choice': Northrop Grumman Employees Protest Vaccine Mandate
- Boy, 16, Charged In Murder Of 15-Year-Old Ja'Nyi Weeden, Police Say
- COVID-19 In Maryland: 85% Of Maryland Adults Vaccinated
- Student Detained, BB Gun Recovered At Old Mill High School, Police Say
- MVA To Provide Birth Certificates At Select Branches
- Baltimore Police Searching For Man Missing Since September

NOW PLAYING

Denise's son – one of many killed by gun violence in Baltimore. But these guns don't start out here.

"We know illegal guns are not manufactured in the city but they do make their way to our city streets," said Major Milton Snead, Commander of the BPD Anti-Crime Unit.

The organization Everytown For Gun Safety has developed a new tool – a first-of-its-kind gun trafficking intelligence platform. It's rolling out in Baltimore before anywhere else.

**READ MORE:** Baltimore County Police Investigating Series Of Attempted ATM Thefts

Nick Suplina "The guns that are being used in shootings and homicides – these are the guns and the individuals associated with them that we need to focus on and this tool allows the police department to do just that,"

The tool is providing city police with a crucial piece of the puzzle.

"To locate the owners of these guns, we're able to pull the actual purchase, what store it was purchased from," said Snead.

The tool is helping mothers of Baltimore keep their sons and daughters alive

"I pray that no other mother will ever have to go through the harrowing experience that my family was subjected to," said Reid.

**MORE NEWS:** Howard County Awarded $7.7M More In Rental & Utility Aid

To learn more about the campaign visit the following website: Wear Orange


**Boy, 16, Charged In Murder Of 15-Year-Old Ja'Nyi Weeden,…**
Police have made an arrest in the murder of Ja'Nyi Weeden, a 15-year-old Baltimore girl who was fatally shot in August.


**Greatest High School Basketball Teams of All Time**
Stadium Talk | Sponsored


**Luxury Rehab Centers In Washington You May Want To See To Believe**
Rehab | Search Ads | Sponsored


**What Causes Psoriasis of The Scalp - It's Not What You Think**
Psoriasis | Search Ads | Sponsored








 





NEWS
Baltimore News
Maryland Weather
National
Local
Entertainment
HealthWatch

SPORTS
Baltimore Sports
Ravens
Orioles
Fan Cam

SEEN ON WJZ
Morning Edition
Manic Monday
It's Academic
On Time
Only CBS

CONNECT WITH CBS BALTIMORE
News On The Go
Station Info
Contact Us

OTHER
Entertainment
CBS+
Best Of
Baltimore
Paramount

©2021 CBS Broadcasting Inc. All Rights Reserved.
Powered by WordPress VIP

Terms of Use (UPDATED: 9/23/21) | Privacy Policy | Cookies Policy | Do Not Sell My Personal Information | MD Digital Political Ad Disclosures | Public File for WJZ-TV / WJZ-13 | Public Inspection File Help | FCC Applications | EEO Report

Search Site

ADVERTISEMENT



# Democratic presidential candidates address gun violence at Des Moines forum

by Caroline Cummings
Saturday, August 10th 2019





California Sen. and Democratic candidate for president Kamala Harris addresses a crowd of 750 in Des Moines for a gun safety forum in wake the back-to-back shootings in El Paso and Dayton. (Photo: Caroline Cummings).<p>{/p}

  

DES MOINES, Iowa — What was planned for presidential hopefuls this week: summer bus tours across Iowa, round-tables in small towns and stops at the Iowa State Fair to make pitches to

Search Site

But then there were back-to-back shootings in El Paso, Texas, and Dayton, Ohio, that shook the nation to its core. Quickly talking points focused on gun violence and schedules shifted to include a gun safety forum while on the campaign trail in Iowa.

16 candidates for president on Saturday one-by-one addressed a crowd of about 750 in downtown Des Moines for the Presidential Gun Sense Forum hosted by gun control advocacy groups Everytown for Gun Safety, Moms Demand Action and Students Demand Action. The event was indeed a direct response to the recent mass shootings---event organizers calling it an "urgent moment," sorting out the details of this multi-candidate forum in just five days.

"Gun safety is going to be a defining issue of the 2020 election and Iowa is always at the epicenter in the beginning of a presidential run," said John Feinblatt, president of Everytown for Gun Safety, adding that with candidates converging in Des Moines for fair appearances, the location just "made sense."

Sponsored Links

**Dogs should eat food, not burnt brown balls.**
The Farmer's Dog

Candidates fielded questions about how they would tackle gun violence if elected president, like preventing domestic violence abusers from getting guns and closing the "boyfriend" loophole that prevents women from getting restraining orders against romantic partners that aren't their husbands. They also called on banning assault weapons and implementing universal background checks.

Search Site

in order ... just saying we ought to draw it a little tighter," said South Bend, Indiana, Mayor Pete Buttigieg.

Candidates also didn't shy away from lambasting the NRA as a puppeteer of Washington politicians.

"We've got to build a bigger, better organization than they have. And beat them---beat their asses," said Ohio Rep. Tim Ryan.

Hundreds of advocates and survivors from California to Florida shared their stories about how they'd lost loved ones to gun violence---calling on the pack of presidential hopefuls to make change, and probing them on what policies they plan on ushering in order to fix the swelling problem.

Said former Vice President of Joe Biden of military-style weapons: "Who in god's name needs a weapon that has 100 rounds. For God's sake"

A central theme at the forum: condemning inaction by leaders in Washington, specifically Senate Majority Leader Mitch McConnell---calling on him to bring gun control measures forward.

"He could call us back to congress today. We could pass universal background checks today," New York Sen. Gillibrand roared, urging those in the crowd to use social media and tweet at McConnell to call the vote.

Sen. Kamala Harris of California added that the country has already seen "the worst of human tragedies" and isn't waiting on ideas to solve the problem.

"We do not lack for great ideas. What we lack is for United States Congress to have the courage to act," Harris said.

Harris was asked if President Trump and his divisive rhetoric is at all to blame for the El Paso massacre, in which a white man is accused of targeting Mexican Americans and immigrants saying he wanted end the "Hispanic invasion" of Texas.

"He didn't pull the trigger, but he's certainly been tweeting out the ammunition," Harris said.

Search Site

allow courts to seize guns from people who pose a threat to themselves or others.

"For guns it's not enough to simply fix the laws in your state. We've got to fix them at the federal level," said Massachusetts Sen. Elizabeth Warren. "A gun will fit in someone's trunk, under someone's seat, in somebody's pocket. And that means our children are not safe until we've taken every step we can and we've made it the law in every corner of this nation."

Warren and other presidential hopefuls like Buttigieg, Julian Castro and Jay Inslee this week released plans to combat gun violence---some addressing white nationalism and domestic terrorism, too. Warren unveiled her proposal as recently as Saturday morning, ahead of her appearance a the forum. Her plan aims to reduce gun deaths by 80% and includes provisions that require background checks and raise taxes on gun manufacturers.

MORE TO EXPLORE

**McGrath Auto remembers workers killed in double homicide, son charged with murder**

**Anamosa woman in jail after hitting, injuring motorcyclist on Highway 151**

**Former Iowa high school coach charged with multiple counts of sexual abuse**

SPONSORED CONTENT                                                    by Taboola

**New Kia's Finally On Sale**
All Things Auto | Search Ads | SPONSORED

**This Star From 'Gilligan's Island' Is 101 Now & Lives A Humble Life**
News Sharper | SPONSORED

10/17/21, 7:02 PM
Case 1:21-cv-08704-PGG Document 1-4 Filed 10/22/21 Page 17 of 17
Democratic presidential candidates address gun violence at Des Moines forum | KGAN

Search Site

Learn More

ADVERTISEMENT

Loading ...