# EXHIBIT 4
# (Part 3 of 5)



Courtesy of Everytown for Gun Safety 
A scene from the video for "Enough!" by Everytown for Gun Safety.

**ARTIST MENTIONED**



Sia

ADVERTISEMENT



With just two weeks to go before the crucial midterm elections, Everytown for Gun Safety released a powerful PSA on Monday morning (Oct. 22) featuring teenagers dancing away the fear of being cut down by gunfire at school to the soundtrack of Sia's new anthem "I'm Still Here."

The four-minute clip opens with a grade schooler approaching a voter registration sign-up table and grabbing an orange balloon, which pops in his hands, setting off a wave of panic among the other students keenly attuned to the sound of gunfire.

Their frozen faces fill the screen as Sia sings, "I'm fighting a battle/I'm fighting my shadow/Herd fears like they're cattle/I'm fighting a battle, yeah." The camera flashes to an empty seat at an assembly and then a series of students dancing among their statue-like peers. The solitary dancers -- from the National Dance Institute -- turn into a full-on dance troupe in the school hallways and a parade of students waving orange balloons on the football field and spelling out the word "Enough."

Case 1:21-cv-08704-PGG Document 1-6 Filed 10/22/21 Page 3 of 18



Fear turns to joy as the students smash the balloons, raise their fists and find strength in numbers while the ominous end notes read: "an estimated 3 million American children experience gun violence every year... Gun violence is now the second leading cause of death for American children... Over 2,600 children and teens are shot and killed every year... An average of 47 children and teens are shot every day... Enough!"



Sia Releases Inspirational 'I'm Still Here' in Conjunction With Maison Repetto Shoe Collaboration: Listen



The ad also encourages Americans to vote for Gun Sense candidates on Nov. 6 and to visit this site to find out which candidates near you support common-sense gun safety policies.

Check out the video below.



By **Gil Kaufman**
10/22/2018



https://www

## WATCH NOW



**VIDEOS**

**Lance Bass and Husband Celebrate the Birth of Their Twin Children | Billboard News**

2 days ago

## Our Community



The day's top stories, reviews, columns, and features.

Email Address

Sign Up

By clicking Sign Up, I agree to the Terms of Use and Privacy Policy


AdChoices                                        Sponsored

**FOLLOW BILLBOARD**

     

**THE DAILY**
A daily briefing on what matters in the music industry

Enter Your Email

SUBMIT



| Subscribe | Careers | Terms of Use |
| Billboard Events | FAQ | Privacy Policy |
| Shop | Accessibility Statement | AdChoices |
| Contact Us | Sitemap | |
| | Media Kit | |



© 2021 Billboard Media, LLC. All rights reserved. BILLBOARD is a registered trademark of Billboard IP Holdings, LLC

☰ **SECTIONS**                 **THE BALTIMORE SUN**         SUBSCRIBE<br>4 weeks for only 99¢          LOG IN

**LEARN MORE ABOUT SUBSCRIPTIONS**

Instant analysis from Ravens' 34-6 win over Los Angeles Chargers  | Ravens defense dominates, running game delivers and QB Lamar Jackson sets…  | Ravens LB Patrick Latavius Mu… Bozeman in… ›

ADVERTISEMENT

**HOWARD COUNTY**

# Moms Demand Action group advocates for 'common sense solutions' to gun violence

By **COLIN CAMPBELL**

THE BALTIMORE SUN   |   JUN 11, 2017

  



 **Listen to this article**

In discussions of gun violence in the United States, Danielle Veith often hears the same refrain: If nothing changed after the mass shooting at Sandy Hook Elementary School in 2012, it never will.

The Takoma Park woman, whose two children are ages 5 and 8, says she refuses to allow herself to become pessimistic.

ADVERTISEMENT

Advertisement



"There's this overwhelming sense that it's impossible to change," she said Sunday. "It doesn't happen overnight, but that doesn't mean that when we look back, we won't say that was the turning point."

Veith, president of the Maryland chapter of Moms Demand Action for Gun Sense in America, spoke to about 20 members in Ellicott City about her role as an activist and a mother. The nonpartisan organization — part of former New York Mayor Michael R. Bloomberg's Everytown for Gun Safety group — says it supports the Second Amendment, but seeks "common-sense solutions" such as responsible gun ownership to end what she called the epidemic of gun violence across the country.

ADVERTISEMENT

Those views are shared by 70 percent of National Rifle Association members, she said. Moms Demand Action has opposed the gun group on issues such as allowing one state's concealed-carry license to apply in all others.

[More Maryland news] Obscene Biden flag on Carroll County road deemed inappropriate by some, example of free speech by others »

The NRA did not respond to a request for comment Sunday.

ADVERTISING



In Maryland, Moms Demand Action pushed unsuccessfully for two pieces of legislation in this year's session. One would have required gun owners with

convictions for domestic violence to forfeit their weapons. The other would have required background checks to buy long guns.

They plan to return to Annapolis to continue to advocate for both, Veith said.

ADVERTISEMENT

The meeting at the Charles E. Miller Branch of the Howard County Public Library Sunday afternoon came about five months after authorities say 15-year-old Howard High School student Sean Crizer shot and killed his classmate, Charlotte Zaremba, injured her mother, Suzanne Zaremba, and then killed himself at a home in the Montgomery Knolls neighborhood.

Shannon Aissen, who teaches English for speakers of other languages at Howard High, rattled off a list of headline-grabbing shootings that have occurred in every city and town where she has lived: Washington, Salt Lake City, Utah; Knoxville, Tenn.; **Charleston**, S.C.; Milwaukee, Wis.; and Columbia.

[More Maryland news] God's timing is perfect and He has the final say »

"All of these terrible things that have happened shouldn't happen anywhere," she said. "We should all be on the same page on this. We're not trying to take anyone's guns. We just want you to lock them up."

More recently, a man killed his wife and then himself in a murder-suicide in Ellicott City last month, according to Howard County police.

"We don't have to live this way," Aissen said. "It's preventable."

Ninety-three Americans are killed with guns every day — nearly 12,000 per year — and 51 women are shot to death by their intimate partners every month, according to Everytown. More than half of gun deaths are the result of suicide, the group says, and nearly 100 children were killed in unintentional shootings in 2013.

The effects are especially poignant in Baltimore, Veith said, where killings have surged in the last two years. In 2015, the city's deadliest year per capita, 344 people were killed, followed by 318 homicides in 2016. More than 150 people have been killed in Baltimore so far in 2017.

[More Maryland news] Talbot Boys Confederate monument to be removed on courthouse grounds on Maryland's Eastern Shore »

Howard County Councilman Calvin Ball, who attended the meeting, suggested that group members advocate to politicians at the local and state levels.

"The council members of today are the county executives of tomorrow," he said. "Governors become presidential candidates or senators."



Howard County Times: Top Stories Newsletter
Weekdays

Daily highlights from Howard County's number one source for local news.

ENTER YOUR EMAIL ADDRESS

Ruth Hughes, leader of the Howard County section of Moms Demand Action, said in the meantime children are being "literally caught in the crosshairs."

Veith encouraged the group to adopt the "SMART" strategy: securing guns, modeling responsible behavior, asking about unsecured guns in other homes,

recognizing the risk of teen suicide and telling peers about the strategy.

"If we lose our children, we have nothing left to lose," Veith said. "We're not going to stop. We're fighting for our children."

cmcampbell@baltsun.com

**LATEST HOWARD COUNTY**

Glenelg football runs past River Hill, 21-7 | Howard County sports roundup

OCT 15, 2021

Howard County police arrest armed man outside Columbia mall

OCT 15, 2021

Construction worker and firefighter injured in basement fire in Howard County

OCT 15, 2021

@cmcampbell6

Tabo͡o͡la Feed

FEEDBACK

arm & Wonderful Women's Sheep Sweater - Bowie Blue / L

Rowing Blazers | Sponsored						BUY NOW

Block Stripe Rugby - Rainbow Stripe / L

$195

Rowing Blazers | Sponsorizzato					BUY NOW

New Kia's Finally On Sale

All Things Auto | Search Ads | Sponsorizzato

### How Can You Pay Off $10,000 in Debt? Compare Personal Loans
NerdWallet | Sponsored

### Dr. Kellyann: "Weight Loss After 50 Comes Down To This One Thing"
Dr. Kellyann | Sponsorizzato

### The Home Workout Machine People Are Raving About Is Now On Sale
MaxiClimber | Sponsorizzato

Learn More

### If You Need To Kill Time On Your Computer, This Vintage Game Is A Must-Have. No Install.
Forge Of Empires | Sponsored

Play Now

### Obscene Biden flag on Carroll County road deemed inappropriate by some, example of free speech by others
Drivers headed down Md. 30 in Hampstead on Hanover Pike may have noticed an eye-catching flag that uses an obscenity to assail President Joe Biden. Some people hate it, others like it. But count…
Baltimore Sun

### Former Poly basketball player Ian Wallace, a three-time state champion, dies at 19
Former Poly basketball player Ian Wallace, a 2020 graduate who was part of three straight state championship teams, died Thursday night in a car accident in Baltimore County. He was 19.
Baltimore Sun

FEEDBACK

### Dogs should eat food, not burnt brown balls.
The Farmer's Dog | Sponsored

### Greatest High School Basketball Teams of All Time
Stadium Talk | Sponsorizzato

### 15 Most Gorgeous Mountain Towns in America
Thrillist | Sponsorizzato

## Ravens defense dominates, running game delivers and QB Lamar Jackson sets another record in 34-6 win over Chargers

Baltimore Sun

## Ravens WR Marquise Brown honors teenager Elijah Gorham, the Mervo High School football player who died last week

Baltimore Sun

## Dr. Kellyann: Weight Loss After 50 Comes Down To This One Thing

Dr. Kellyann | Sponsored

## You May Like

Sponsored Links by Taboola

**New Nissan's Finally On Sale**
All Things Auto | Search Ads

Learn More

**Here's Why We Love The New SodaStream Terra**
SodaStream

Read More

**Most Beautiful High School Campuses in the U.S.**
FamilyMinded

**Meet one of the newest crypto investor favorites: Shiba Inu**
eToro

Click Here

ADVERTISEMENT

## CONNECT

    

## TRIBUNE PUBLISHING

| | |
|---|---|
| Chicago Tribune | New York Daily News |
| Orlando Sentinel | Sun Sentinel of Fla. |
| The Morning Call of Pa. | Hartford Courant |
| Daily Press of Va. | The Virginian-Pilot |
| The Daily Meal | Studio 1847 |

## COMPANY INFO

| | |
|---|---|
| About us | About our ads |
| Help Center | Contact us |
| Careers | Classifieds |
| Privacy Policy | Terms of Service |
| Manage Web Notifications | Archives |
| Advertise with us | |

FEEDBACK

Copyright © 2021, Baltimore Sun



**GENERAL**

# 2-Page Ad in The New York Times Calls Out NRA-Backed Members of Congress

From Everytown and Moms Demand Action



COOKIE POLICY NOTICE FOR ADWEEK

This website or its third-party tools process personal data (e.g. browsing data or IP addresses) and use cookies or other identifiers, which are necessary for its functioning and required to achieve the purposes illustrated in the **privacy policy**. You can freely give, reject, or revoke your consent without incurring major limitations, and change your ad-related choices at any time by accessing the preferences panel.

Cookies Settings    Accept All Cookies

# 2-Page Ad in The New York Times Calls Out NRA-Backed Members of Congress

By **Kristina Monllos**

FEBRUARY 21, 2018

Two gun control groups, Everytown for Gun Safety and Moms Demand Action for Gun Sense in America, have taken out a two-page ad in today's The New York Times listing members of Congress who have accepted donations from the National Rifle Association.

Following last week's mass shooting at Marjory Stoneman Douglas High School in Parkland, Fla., the groups created **an action plan, #ThrowThemOut.** The ad, which cost $230,000 and was created by the groups with help from strategic communications firm SKDK, is part of that plan.

"We are having a national conversation right now about this issue," said Shannon Watts, founder of Moms Demand Action for Gun Sense in America. "A lot of people want to act. One way to act is to call your representative, to have knowledge when you do of how much that lawmaker took from the NRA and how it might impact their vote on gun safety. To be able to see the list and then to take action is a very important part of democracy."

Watts continued: "We want to continue this conversation at a national level as long as we possibly can because what really matters is what happens in the midterms. That will determine the future of what laws are made around this issue."

In the ad, members of Congress are listed alongside the dollar amount they have accepted from the NRA, according to the Center for Responsive Politics. Phone numbers for the members of Congress are also listed. Though, the list doesn't include members of Congress who have taken money from the NRA if the congressperson voted against weakening gun laws in recent years.

"We wanted to just have a list of lawmakers who have not acted on gun safety and who have taken a significant amount of money from the NRA," said Watts. "That combination is deadly for America."

Creating a print ad allows the groups to give people "something tangible that they can hold onto, cut out of a newspaper" so that they can keep the information easily accessible, explained Watts.

"Americans have had enough," said John Feinblatt, president of Everytown for Gun Safety, in a statement. "The public is united behind common-sense gun laws. Members of Congress can step up or voters will throw them out."

Representatives for The New York Times and the NRA did not immediately response to requests for comment.

Click the image below to see the ad in full:



### KRISTINA MONLLOS



@KristinaMonllos    kristina.monllos@adweek.com

Kristina Monllos is a senior editor for Adweek.

## RECOMMENDED ARTICLES



2-Page Ad in The New York Times Calls Out NRA-Backed Members of Congress

### Emotional and Realistic PSA Normalizes the Grieving Process

READ MORE







### RELATED ARTICLES



BRAND MARKETING

**AT&T Appoints New CMO to Create an Ad Platform Focused on Transparency and Brand Safety**

By Kristina Monllos



BRAND MARKETING

**Don't Be Afraid of Failure, Says Latest Inspiring 'Like a Girl' Manifesto From Always**

By Kristina Monllos

---

COOKIE POLICY NOTICE FOR ADWEEK

This website or its third-party tools process personal data (e.g. browsing data or IP addresses) and use cookies or other identifiers, which are necessary for its functioning and required to achieve the purposes illustrated in the **privacy policy**. You can freely give, reject, or revoke your consent without incurring major limitations, and change your ad-related choices at any time by accessing the preferences panel.

Cookies Settings    Accept All Cookies

3/5