# EXHIBIT 4
# (Part 5 of 5)



**PS: For people who do want to contact their representatives and make their voices heard, what's your advice for being the most effective in doing so?**
**SW:** The most effective thing you can do is have an in-district meeting. It's very simple. You call the office of your state or federal lawmaker, and you request a meeting, and then you go in and tell them how you feel about a specific issue. And sending letters to the editor is hugely effective and quite simple to do.

**PS: You've moved on to Twitter to engage in this conversation and advocate for this cause. Do you think Twitter works?**
**SW:** I know Twitter works. Back in the day, when we first started, one of the most effective ways we had to change companies' policies on open carry was to make pictures of open carry inside of stores go viral. [We] hashtagged Chipotle [with] #burritosnotbullets. It took them three days to change their policy. So that was incredibly effective.

**PS: What's it been like to put yourself out there as the face of this cause? I think any woman on Twitter knows what it's like to be harassed, and I'm sure you face a lot of trolling. How do you cope?**
**SW:** The election, for me, was sort of the straw that broke the camel's back. I decided I would use my real voice and I would talk about all the issues that were important to me. I mean, look: the death threats and threats of sexual violence to me, to my girls, started immediately, and it was really scary at first. There's sort of the underbelly of America I did not know existed. That soon becomes white noise, and that's the beauty of the block function. I'm not so much bothered by that.

I'll just be honest with you: I think because we're with an organization with a lot of middle-aged women, we don't get quite as much media attention as some of the grassroots movements or organizations run by men. And what Twitter allows us to do is completely bypass either the male reporters, or the male gatekeepers who aren't interested in what we're doing, for whatever reason. I think that is a very unique function.

> "There are 500,000 elected positions in this country, and women only fill 17 percent of them . . . I do think, right now in this country, it's almost not a luxury to consider running — it's a moral imperative."

**PS: Why do you think woman have become the leaders and the most prominent voices in the gun-safety conversation?**
**SW:** If you look through history, women have been the secret sauce. Even though Prohibition is not looked upon favorably, it is where women found their voices. They were allowed to protest the sale of alcohol because it was considered a Christian value. And what's so fascinating is that, after they got a taste of having the power of being activists and using their voices, they moved right on to other things like child labor laws and suffrage, and then civil rights, and all the way up to the water crisis in Flint, MI. When women get involved, things change. Especially when the safety of their families and communities are at risk.



**PS: We've seen a groundswell of women interested in running for office. As a board member for Rise to Run and Emerge America, what would you say to a woman who really wants to impact change but might feel intimidated or daunted by running for office?**
**SW:** I would say, "You already have all the tools at your disposal." I would then encourage her to go through some kind of training, whether that's Rise to Run or Emerge America or Emily's List. But I would also tell anyone who's even remotely thinking about it to go ahead and do it, because the worst thing that could happen is that you lose. Even if you lose the first time, you've learned so much to help ensure you win next time.

And just because you want to run for office, you don't have to run for Congress. There are 500,000 elected positions in this country, and women only fill 17 percent of them. You could be a school board member or on your city council. You can run for sheriff. It depends on what you're passionate about, but I do think right now in this country, it's almost not a luxury to consider running — it's a moral imperative.

**PS: With a lot of causes, you really need to inform people, win them over. But as you've said, the overwhelming majority of Americans care about gun violence. Why do you think our laws just have not caught up with public sentiment?**
**SW:** In many ways, we have the same Congress in place now that we did the day before Sandy Hook. That's starting to change, thankfully, with the last couple of elections — especially in November when we won in New Jersey and Nevada, and then, recently, in Alabama. But for lawmakers who, for decades, have been beholden to this quid pro quo with the NRA — you support us, we'll support you financially — that's the equation that has to change. And I think it is starting to.

Part of what we're doing is to point out how dangerous the NRA leaders' agenda is, and then, to get lawmakers out of office who are aligned with them, and to put lawmakers in place who support gun safety and reject the NRA. And that's going to take several election cycles. It doesn't happen overnight. It would have happened a lot quicker had we elected Hillary Clinton. But she would have had the same Congress that Donald Trump has.

*This interview has been edited and condensed for clarity.*

**Source URL**
https://www.popsugar.com/news/Moms-Demand-Action-Shannon-Watts-Gun-Safety-Interview-44538134

**Links:**
[1] https://momsdemandaction.org/
[2] https://www.motherjones.com/politics/2014/10/mass-shootings-rising-harvard/
[3] https://www.nytimes.com/2018/01/23/us/kentucky-school-shooting.html
[4] https://www.risetorun.org/
[5] https://emerge.ngpvanhost.com/

© 2005 - 2021 Group Nine Media Inc.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/BL-WB-46153

# 'Open Carry' Gun Fight Moves to Target Stores



A photo posted on Open Carry Texas's Facebook page.
FROM FACEBOOK/OPEN CARRY TEXAS

*By Reid J. Epstein*
June 3, 2014 3:39 pm ET

**Moms Demand Action for Gun Sense in America**, the **Michael Bloomberg**-funded gun-control group that shamed Starbucks and Chipotle into asking customers to leave their guns at home, is setting its sights on the Target chain.

The group turned its focus to Target after gun-rights groups advocating open-carry laws in Texas photographed themselves shopping at Dallas-area Target stores toting rifles strapped over their shoulders.

(**Update:**  The president of the Texas gun group said Thursday his group has already quit carrying large guns through Target stores.)

"Moms have their eye on Target because it's a place we take our children to shop -- and we've been disturbed by some of the demonstrations that gun extremists have held with loaded rifles inside and outside some stores. Assault rifles have no place in the baby aisle," said Erika Soto Lamb, a spokeswoman for the group.

The group is poised to launch a campaign on social media to pressure Target. The group

**WSJ NEWSLETTER**

# Notes on the News

The news of the week in context, with Tyler Blint-Welsh.

☑ I would also like to receive updates and special offers from Dow Jones and affiliates. I can unsubscribe at any time.

☐ I agree to the Privacy Policy and Cookie Notice.

| Enter your email | SIGN UP |

also held protests in front of local franchises during its efforts to influence Starbucks and other outlets.

> Don't let #GunGrabbers like @MidwestSarabeth insult lawful #OpenCarry #GunOwners at @target helping keep us safe. #2a pic.twitter.com/r28oMKSSUG

— U.S. Firearm Rights (@usfirearmrights) January 14, 2014

The **National Rifle Association** last week warned **Open Carry Texas** against staging demonstrations in stores, calling them "downright weird" and "not neighborly." (**Update:** The NRA on Tuesday apologized for the comment.)

The Bloomberg-funded group aims to take advantage of the rift between the gun rights groups.

"We're surprised that Target hasn't already taken action to prohibit these displays -- especially since the NRA has already spoken out on this front," Ms. Soto Lamb said.

Target, which boasts on its website that between 80% and 90% of its customers are women, has no restrictions on customers carrying guns in its stores. Spokeswoman Molly Snyder said Tuesday that Target has not been in contact with Moms Demand Action.

"The safety and security of our guests and team members is our highest priority," Ms. Snyder said. "Target does not sell firearms or ammunition, and while I do not have information specific to this organization to share, what I can tell you is that Target is committed to following all state and federal laws."

The Moms group, launched after the Dec. 2012 school massacre at Newtown, Conn., hasn't gained much traction from its effort to influence members of Congress, despite sustained efforts to write and call the Capitol. But it did get the **Starbucks**, **Chipotle** and **Jack in the Box** chains to ask customers to not bring guns into their stores – though none of the chains issued outright bans.

"When Americans actually see what's happening they get angry," said **Shannon Watts**, who founded the Moms group before joining with Mr. Bloomberg's gun control operation. "Some of this is about showing the public what's going on and the implication of these lax laws."

**Get more from Washington, first thing in the morning, by signing up for the Capital Journal Daybreak newsletter:** on.wsj.com/CapitalJournalSignup

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.



Steve Lenox

LOGIN  SUBMIT CONTENT  NEWSLETTER SIGNUP

Law & Justice

# Paterson Violence Intervention Efforts Get Boost Through Two Grants Totaling Nearly $200,000



Steve Lenox

By STEVE LENOX
Published October 11, 2021 at 9:44 AM

**PATERSON, NJ -** For some nonprofit organizations the receipt of two grants worth nearly $200,000 in one day would be cause for celebration.

For the Paterson Healing Collective, as excited as they were to share the news, the awards really served as a challenge to do even more towards their mission of providing intervention and trauma care services to residents that are caught up in a seemingly endless cycle of violence.

Last month, Mayor Andre Sayegh led an announcement outside his office of an award of $100,000 from Everytown for Gun Safety. Flanked by members of the Paterson Healing Collective team, as well as gun safety violence advocates from

10/22/21, 11:21 AM  Paterson Violence Intervention Efforts Get Boost Through Two Grants Totaling Nearly $200,000 | Paterson, NJ News TAPinto

Case 1:21-cv-08704-PGG Document 1-8 Filed 10/22/21 Page 9 of 9

Moms Demand Action, Sayegh welcomed Michael Sean Spence, Senior Director, Community Safety Initiatives, of the nonprofit organization which advocates for gun control and against gun violence.

Echoing statements offered by Sayegh several times in past months as gun violence has held Paterson in its grip, Spence made clear that the "epidemic within a pandemic," as the city's top elected officials has called it, is not a local issue alone. In fact, across the nation cities have seen a large spike in gun violence making it more important than ever that his organization "sustain and elevate" organizations like the Paterson Healing Collective that are using "strategies that work," namely street outreach and hospital intervention.

"This is a promising example led by community members and employing credible messengers," he said of the group that has held countless community events including June's Healing Fest, a community barbecue at Solid Rock Baptist Church with local rapper A. Pressure, and numerous "stop the bleed" trainings. They have also held countless online discussions with advocates and other thought leaders who share in their mission of stopping violence.

Long on expertise, Liza Chowdhury, the project director of the Paterson Healing Collective, kept her comments limited, choosing instead to let the actions of the organization speak louder than her words.

"We wish we could stop all instances of violence immediately, but that is not reality," she has said previously.

"So many people have been harmed and traumatized in the last few months, along with the culmination of the lack of resources, housing crisis, lack of recreation, social isolation, mass grief due to the pandemic, it is difficult to just say 'stop the shootings,'" Chowdhury added.

According to Chowdhury, effecting change will take building relationships and trust. It's also a matter of having "the resources they need right away to help them see another way – by showing them and supporting them with their goals."

Just hours after the press conference Chowdhury announced the receipt of a second grant, this one worth $98,000, from Circle of Care, the Passaic County based non-profit delivering a variety of services to families in need.

Both grants will be used for capacity building, or to expand the services currently being offered by the Paterson Healing Collective.

**Do you love reading about great things happening in Paterson? Please share this article with your friends, family, and neighbors!**