# EXHIBIT 5



Search                                                    Sign Up

## Help LBRY Save Crypto

✕

The US government is attempting to destroy the cryptocurrency industry. Can you help?

Learn more and sign petition
(https://helplbrysavecrypto.com)

# Everytown - Firebolt Magwell (R) 5.56 Bolt Catch

August 20th, 2021    115 views

🔥 4    ⌘ 0     Support    ⇄ Repost    Share    •••

**xYeezySZN's Plastic Goo Gun Emporium**
**@xYeezySZN**
167 Followers                                          ♥ Follow

This package contains two STL files - both are the right hand magwell panel of the 5.56 boltcatch Firebolt. Both contain the Everytown logo - one file is INLAID 1mm INTO the panel and one file is EXTRUDED 1MM OUT OF the panel. You will still need to download the full firebolt package from TheGatalog and print all of the other parts, just use THIS panel for the right side magwell.

POST YOUR MAKES! PLEASE TAG
@xYeezySZN
(/@xYeezySZN)
on twitter!

LBRY URL
lbry://@xYeezySZN#f/EverytownFireboltMagwell#f

Claim ID
f26fa703b0b6578590addd60dcb1be4d31995a5a

257.75 KB

**Less**                                                5.1

# Download



 ☰   Search   **Sign Up**

## Help LBRY Save Crypto                                                                                            ✕

The US government is attempting to destroy the cryptocurrency industry. Can you help?

Learn more and sign petition
(https://helplbrysavecrypto.com)

# Moms Demand - Firebolt Magwell (R) 5.56 Bolt Catch

August 20th, 2021     147 views

🔥 3        ✄ 0         Support        ⇄ Repost        ⤴ Share        ⋯

 **xYeezySZN's Plastic Goo Gun Emporium**
**@xYeezySZN**
167 Followers                                                                     🤍 **Follow**

This package contains two STL files - both are the right hand magwell panel of the 5.56 boltcatch Firebolt. Both contain the Moms Demand Action logo - one file is INLAID 1mm INTO the panel and one file is EXTRUDED 1MM OUT OF the panel. You will still need to download the full firebolt package from TheGatalog and print all of the other parts, just use THIS panel for the right side magwell.

@xYeezySZN
POST YOUR MAKES! PLEASE TAG (/@xYeezySZN) on twitter!

LBRY URL
lbry://@xYeezySZN#f/MomsDemandFirebolt#7

Claim ID
7d51d7c802a5956f34035a8a959645a1a6e8b2ac

1.37 MB

**Less**                                                                              0.1

# Download

⬇ Download





# MOMS DEMAND ACTION - FIREBOLT 5.56 BOLT CATCH MAGWELL

## MOD OF THE FIREBOLT 3D PRINTABLE AR-15/9/45 LOWER RECEIVER SYSTEM

 XYEEZYSZN

DMCA? Never heard of her.

This package contains two STL files - an inlay and an emboss of the Mom's Demand logo and motto on the right side panel of the firebolt. You will still need to print the rest of the 5.56 bolt catch Firebolt.

| FILES (1) | TYPE |
|---|---|
| MOMS DEMAND ACTION - FIREBOLT 5.56 BOLT CATCH MAGWELL.ZIP | ZIP |

📑 VERSIONS (1)

1.0.0

Initial release after the DMCA takedown from Odysee.

ADD TO CART

QmUKU13M3GVqsL2VDaTs8XQ1nwJ6Urv54ETQvqT8noEa9e

VERSION HASH

FFL REQUIRED FOR NJ ACCESS

3.67

RATING BASED ON 3 REVIEWS.

👁 2.9K                                          ⬇ 91

UPLOAD DATE:  AUGUST 25, 2021

FILETYPES:  STL

CATEGORY:

PARTS AND ACCESSORIES > PRINTABLE

TAGS:  FIREBOLT    MAGWELL    MOMS DEMAND

📄 CREATIVE COMMONS ATTRIBUTION-NONCOMMERCIAL-SHAREALIKE 4.0

🚩 REPORT THIS CONTENT

THE FILES SHOWN ON THIS SITE ARE ONLY AVAILABLE TO U.S. PERSONS, AS DEFINED AT 22 C.F.R. 120.15. THE FILES ARE ALSO NOT AVAILABLE TO PERSONS OUTSIDE THE UNITED STATES OR TO RESIDENTS OF AND PERSONS IN THE STATE OF NEW JERSEY, WITH THE EXCEPTION OF FEDERAL FIREARMS LICENSEES.



## SIGN UP FOR THE DEFCAD NEWSLETTER

Email address

SUBSCRIBE

# DEFCAD

BLOG    ABOUT    FAQ    CONTACT    PRIVACY    TERMS

---

DEFCAD, INC. ALL RIGHTS RESERVED.
HABENT SUA FATA LIBELLI ET BALLI

DEFCAD FILES AND OTHER HARDWARE ARE NOT CURRENTLY AVAILABLE TO PERSONS OUTSIDE THE UNITED
STATES AND ARE NOT AVAILABLE TO RESIDENTS OF AND PERSONS IN THE STATE OF NEW JERSEY WHO DO NOT
POSSESS A FEDERAL FIREARMS LICENSE.



*SINCE JAN. 1 2021, NO WARRANTS HAVE BEEN SERVED TO DEFCAD.COM PRINCIPALS OR EMPLOYEES.
NO SEARCHES OR SEIZURES HAVE BEEN PERFORMED ON DEFCAD.COM ASSETS.*





# MOMS DEMAND ACTION - FIREBOLT 5.56 BOLT CATCH MAGWELL

## MOD OF THE FIREBOLT 3D PRINTABLE AR-15/9/45 LOWER RECEIVER SYSTEM

 XYEEZYSZN

DMCA? Never heard of her.

This package contains two STL files - an inlay and an emboss of the Mom's Demand logo and motto on the right side panel of the firebolt. You will still need to print the rest of the 5.56 bolt catch Firebolt.

| FILES (1) | TYPE |
|---|---|
| MOMS DEMAND ACTION - FIREBOLT 5.56 BOLT CATCH MAGWELL.ZIP | ZIP |

 VERSIONS (1)

1.0.0

Initial release after the DMCA takedown from Odysee.

ADD TO CART

QmUKU13M3GVqsL2VDaTs8XQ1nwJ6Urv54ETQvqT8noEa9e

VERSION HASH

FFL REQUIRED FOR NJ ACCESS

3.67

RATING BASED ON 3 REVIEWS.

👁 2.9K                          ⬇ 91

UPLOAD DATE: AUGUST 25, 2021

FILETYPES: STL

CATEGORY:

PARTS AND ACCESSORIES > PRINTABLE

TAGS: FIREBOLT    MAGWELL    MOMS DEMAND

📄 CREATIVE COMMONS ATTRIBUTION-NONCOMMERCIAL-SHAREALIKE 4.0

🚩 REPORT THIS CONTENT

THE FILES SHOWN ON THIS SITE ARE ONLY AVAILABLE TO U.S. PERSONS, AS DEFINED AT 22 C.F.R. 120.15. THE FILES ARE ALSO NOT AVAILABLE TO PERSONS OUTSIDE THE UNITED STATES OR TO RESIDENTS OF AND PERSONS IN THE STATE OF NEW JERSEY, WITH THE EXCEPTION OF FEDERAL FIREARMS LICENSEES.



SIGN UP FOR THE DEFCAD NEWSLETTER

Email address

S U B S C R I B E

# DEFCAD

BLOG    ABOUT    FAQ    CONTACT    PRIVACY    TERMS

DEFCAD, INC. ALL RIGHTS RESERVED.

HABENT SUA FATA LIBELLI ET BALLI

DEFCAD FILES AND OTHER HARDWARE ARE NOT CURRENTLY AVAILABLE TO PERSONS OUTSIDE THE UNITED STATES AND ARE NOT AVAILABLE TO RESIDENTS OF AND PERSONS IN THE STATE OF NEW JERSEY WHO DO NOT POSSESS A FEDERAL FIREARMS LICENSE.



*SINCE JAN. 1 2021, NO WARRANTS HAVE BEEN SERVED TO DEFCAD.COM PRINCIPALS OR EMPLOYEES. NO SEARCHES OR SEIZURES HAVE BEEN PERFORMED ON DEFCAD.COM ASSETS.*







☰   Q Search                                                                 Sign Up

## Help LBRY Save Crypto

✕

The US government is attempting to destroy the cryptocurrency industry. Can you help?

**Learn more and sign petition
(https://helplbrysavecrypto.com)**

## 'Everytown' 3D Printable AR15 22lr Magazine

June 25th, 2021    3,608 views

🔥 9      ✳ 0       Support      ⮌ Repost      ⌁ Share      •••

 The Gatalog's 3D Printable Magazines                                    ♥ Follow
@TheGatalog-PrintableMagazines
799 Followers

The Gatalog presents:

The 'Everytown' 3D Printable AR15 22lr Magazine - a CMMG-compatible 22lr AR15 mag with a standard 25 round capacity.

Join the community at thegatalog.com

LBRY URL
lbry://@TheGatalog-PrintableMagazines#6/everytown-cmmg-22lr-mag-25round#f

Claim ID
f76c9efdbbdf7f0728449069cbf34529cb3ab0b5

11.31 MB

**Less**                                                                       50.41

## Download

⤓  **Download**



3 comments

Search

Best   Controversial   New   Sign Up

Say something about this...

Post

@AG_Off_Grid  3 months ago

You just saved me a bunch if money on my SG22 buuld. This will make the wife happy.

Log in to reply   🔥 1   ✳ 0

@redlinemeister  1 month ago

There is a $2 Aliexpress spring out there which does the job very well for this project, only downside is that this spring is 2cm longer than the 11" spring of this design (305mm). The extra 2cm does add stress to the .22LR rounds and feed lips, cutting the spring down would be an easy option. However, a custom length

More

Log in to reply   🔥 0   ✳ 0

⌄ Show reply

Related

All   More from @TheGatalog-Printa...

"Freeloader" 3d printed ar15 magazine loader demo
@freeman1337-GunCAD-M...
15 days ago

03:20

Daichi 3D Printable 22lr AR15 Upper Receiver
@TheGatalog-PrintableFra...
8 months ago



Home » Knowledge Dispensed » File Drop : 'Everytown' 3D Printable AR15 22lr Magazine

# File Drop : 'Everytown' 3D Printable AR15 22lr Magazine

freeman1337

## Download

ODYSEE

The Gatalog presents:

## File Drop : 'Everytown' 3D Printable AR15 22lr Magazine

Join the community at

thegatalog.com



Related

## Signup to Stay Up To Date

Email

Subscribe

Search...

Categories

Announcment                60
Bounty
    Closed Bounty           1
    Open Bounty             6
Donate                     12
File Drops
    Accessories            12
    Guides                  2
    Hybrid                  3
    Magazine               75
                            8
    Primarilly Printed      3
    Printable Frames       41
    Suppressor              5
The Blog
    Fudd Busters            7





# 'EVERYTOWN' 3D PRINTABLE AR15 22LR MAGAZINE

 FREEMAN1337

This is a magazine compatible with CMMG 22lr conversion bolts and dedicated bolts for the AR15 sporting rifle. Internal parts are interchangeable with CMMG's OEM parts. The magazine internals here can be used interchangeably with CMMGs parts/mag bodies/springs and vice-versa.

| FILES (1) | TYPE |
|---|---|
| FREEMAN1337-EVERYTOWN-CMMG-22LR-MAG-25ROUND.ZIP | ZIP |

VERSIONS (1)

1.0.0

Initial Public Release

ADD TO CART

QmWBXo3f5gsboY9829MCcstZL91qu9XR4FwwHhwUogDJgy

VERSION HASH

FFL REQUIRED FOR NJ ACCESS

4.50

RATING BASED ON 2 REVIEWS.

👁 1.9K                                    ⬇ 169

UPLOAD DATE: JUNE 26, 2021

FILETYPES: STEP

CATEGORY:

MAGAZINES > PRINTABLE

TAGS: AR15 | .22LR | CMMG | EVERYTOWN

📄 GNU LESSER GENERAL PUBLIC LICENSE V3.0

🏳 REPORT THIS CONTENT

THE FILES SHOWN ON THIS SITE ARE ONLY AVAILABLE TO U.S. PERSONS, AS DEFINED AT 22 C.F.R. 120.15. THE FILES ARE ALSO NOT AVAILABLE TO PERSONS OUTSIDE THE UNITED STATES OR TO RESIDENTS OF AND PERSONS IN THE STATE OF NEW JERSEY, WITH THE EXCEPTION OF FEDERAL FIREARMS LICENSEES.



## SIGN UP FOR THE DEFCAD NEWSLETTER

Email address

S U B S C R I B E

# DEFCAD

BLOG     ABOUT     FAQ     CONTACT     PRIVACY     TERMS

DEFCAD, INC. ALL RIGHTS RESERVED.
HABENT SUA FATA LIBELLI ET BALLI

DEFCAD FILES AND OTHER HARDWARE ARE NOT CURRENTLY AVAILABLE TO PERSONS OUTSIDE THE UNITED
STATES AND ARE NOT AVAILABLE TO RESIDENTS OF AND PERSONS IN THE STATE OF NEW JERSEY WHO DO NOT
POSSESS A FEDERAL FIREARMS LICENSE.



*SINCE JAN. 1 2021, NO WARRANTS HAVE BEEN SERVED TO DEFCAD.COM PRINCIPALS OR EMPLOYEES.
NO SEARCHES OR SEIZURES HAVE BEEN PERFORMED ON DEFCAD.COM ASSETS.*