AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the Southern District of New York____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:21-cv-8704 | DATE FILED<br>10/22/2021 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Everytown For Gun Safety Action Fund, Inc. | | DEFENDANT<br>Defcad, Inc. et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5142124 | 2/14/2017 | Everytown For Gun Safety Action Fund, Inc. |
| 2 | 5092082 | 11/29/2016 | Everytown For Gun Safety Action Fund, Inc. |
| 3 | 5223511 | 6/13/2017 | Everytown For Gun Safety Action Fund, Inc. |
| 4 | 5142128 | 2/14/2017 | Everytown For Gun Safety Action Fund, Inc. |
| 5 | | | Please see attached Annex for additional information |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

**Annex to AO120 Form**

|    | Trademark No. | Date of Trademark | Holder of Trademark |
|----|---------------|-------------------|---------------------|
| 5  | 5142125       | 2/14/2017         | Everytown For Gun Safety Action Fund, Inc. |
| 6  | 5142126       | 2/14/2017         | Everytown For Gun Safety Action Fund, Inc. |
| 7  | 5092083       | 11/29/2016        | Everytown For Gun Safety Action Fund, Inc. |
| 8  | 6213804       | 12/8/2020         | Everytown For Gun Safety Action Fund, Inc. |
| 9  | 4569205       | 7/15/2014         | Everytown For Gun Safety Action Fund, Inc. |
| 10 | 5092084       | 11/29/2016        | Everytown For Gun Safety Action Fund, Inc. |
| 11 | 5151549       | 2/28/2017         | Everytown For Gun Safety Action Fund, Inc. |