IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendant. | Civil Action No. 1:21-cv-8704 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Everytown For Gun Safety Action Fund, a 501(c)(4) tax-exempt nonstock nonprofit corporation, certifies that it has no parent company and no publicly held corporation owns more than 10 percent of its stock because it is a nonstock corporation.

Dated: October 22, 2021

VENABLE LLP

/s/Marcella Ballard
Marcella Ballard
Maria Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: 212-370-6289
Fax: 212-307-5598
mballard@venable.com
mrsinatra@venable.com

2

Meaghan H. Kent*
600 Massachusetts Avenue NW
Washington, DC 20001
Phone: 202.344.4000
Fax: 202.344.8300
mhkent@venable.com
*Pro Hac Vice Pending

*Counsel for Plaintiff Everytown For Gun Safety Action Fund, Inc.*
