IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : : : : | Civil Action No. 1:21-cv-8704 |
| Plaintiff, | : | |
| v. | : : | **DECLARATION OF MARCELLA BALLARD IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY, AND ALTERNATIVE SERVICE** |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | : : : : : : | |
| Defendants. | : | |

I, Marcella Ballard, declare as follows[1]:

    1.    I am over eighteen (18) years old and I am competent to testify to the facts in this Declaration based on my personal knowledge.

    2.    I am a partner with the law firm Venable LLP, counsel for Plaintiff Everytown For Gun Safety Action Fund, Inc. ("Plaintiff").

    3.    I submit this declaration to: (1) provide the Court with true and correct copies of trademark records; (2) state facts demonstrating why bringing on an order to show cause is necessary; and (3) to affirm that no other previous application for similar relief has been made.

---

[1] All undefined terms herein are defined as in Plaintiff's Complaint.

4. True and correct copies of the trademark registration certificates are attached as **Exhibit 1** and summarized below:

| USPTO Registration No. | Mark | Goods/Services Summary[2] |
|---|---|---|
| 5142124 | EVERYTOWN (Standard character mark) | Classes 9, 35, 36, 38, 41, 45 |
| 5092082 | EVERYTOWN (Standard character mark) | Classes 21, 25, 26, 35 |
| 5223511 | EVERYTOWN FOR GUN SAFETY ACTION FUND (Standard character mark) | Classes 35, 36, 38 |
| 5142128 | EVERYTOWN FOR GUN SAFETY SUPPORT FUND (Standard character mark) | Classes 9, 35, 36, 38, 41, 45 |
| 5142125 | EVERYTOWN FOR GUN SAFETY (design) | Classes 9, 35, 36, 38, 41, 45 |
| 5142126 | (design) | Classes 9, 35, 36, 38, 41, 45 |
| 5092083 | (design) | Classes 18, 21, 25, 26, 35 |
| 6213804 | (design) | Classes 9, 16, 18, 21, 26, 35, 41 |

---

[2] The full description of goods and services is described within the trademark registration certificates attached as **Exhibit 1**.

| USPTO Registration No. | Mark | Goods/Services Summary[2] |
|---|---|---|
| 4569205 | MOMS DEMAND ACTION (Standard character mark) | Class 35 |
| 5092084 | MOMS DEMAND ACTION (Standard character mark) | Classes 18, 21, 25, 26, 35 |
| 5151549 | MOMS DEMAND ACTION FOR GUN SENSE IN AMERICA | Classes 35, 36, 38, 41 |

5. The MOMS DEMAND ACTION® Reg. No. 4569205 is incontestable pursuant to 15 U.S.C. §1065. A true and correct copy of the notice of acceptance and acknowledgement available from the USPTO concerning the incontestability of Reg. No. 4569205 is attached as **Exhibit 2**.

6. Per Local Civil Rule 6.1(d) an order to show cause is necessary because the Defendants are utilizing various online account holder names that do not provide identifying information which Plaintiff can confirm.

7. Plaintiff is currently unable to verify Defendants' true identities, or other identifying information, like their legal names, and addresses, through which litigants normally serve or correspond with lawsuit defendants and is currently in possession of two email addresses associated with certain Defendants, and only one physical address that is associated with Defendant Defcad, Inc.

8. An individual who purports to be an attorney submitted a counternotice to Plaintiff's infringement notice submitted on www.odysee.com in connection with the Defendants' conduct, but the counternotice provided no information other than the individual's name.

9. Searching the attorney's name in the New York State Unified Court System Attorney Online Search database yielded no attorney results.  We are unaware if the individual represents the Defendants in this action.

10. This Application is necessary to effectuate timely service, and to obtain true identifying information from the website platforms and third parties assisting Defendants.

11. Plaintiff has acted with urgency in this Application:

   a. Plaintiff immediately sought to have Defendants' product listings removed from www.odysee.com and www.defcad.com;

   b. Plaintiff learned of additional twitter.com posts on October 4, 2021; and

   c. Plaintiff brings this Application and Complaint within weeks of learning that Defendants' Infringing Product listings were reinstated on www.odysee.com and www.defcad.com.

12. Per Local Civil Rule 6.1(d), Plaintiff has not made any previous application for similar relief against the Defendants.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 21, 2021

_____
Marcella Ballard