# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# EVERYTOWN

**Reg. No. 5,142,124**

**Registered Feb. 14, 2017**

**Int. Cl.: 9, 35, 36, 38, 41, 45**

**Service Mark**

**Trademark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE A NON-PROFIT CORPORATION )
C/O GELLER & COMPANY, 909 THIRD AVENUE
15TH FLOOR
NEW YORK, NY 10022

CLASS 9: Providing electronic downloadable publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 35: Promoting the interests of concerned parties and promoting public awareness of the need for preventing gun violence, gun trafficking, and illegal gun possession; public advocacy services to promote awareness of the need for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots advocacy to encourage members of the public to contact public officials and urge action on pending bills, proposals for legislative action, and legislation for the prevention of gun violence, gun trafficking, and illegal gun possession; public opinion polling; organizing grassroots petitioning in the field of preventing gun violence, gun trafficking, and illegal gun possession; public issue advocacy to promote awareness of preventing gun violence, gun trafficking, and illegal gun possession; lobbying services, namely, promoting interests of gun safety advocates in the fields of politics, legislation and regulation to prevent gun violence, gun trafficking, and illegal gun possession; providing policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing a website featuring policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information updates via social media feeds in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; conducting policy research and analysis in the field of public issues, pending bills, proposals for legislative action, and legislation on the topic of preventing of gun violence, gun trafficking, and illegal gun possession; organizing voter registration drives to prevent gun violence, gun trafficking, and illegal gun possession; promoting public awareness of the importance for voter awareness and mobilization; providing information regarding political issues in the field of preventing gun violence, gun trafficking, and illegal gun possession to enable voter awareness and mobilization; promoting awareness and encouraging participation of mayors in preventing gun violence, gun trafficking and illegal gun possession; providing public policy news and information updates via a website and social media feeds in the field of prevention of gun violence, gun trafficking, and illegal gun possession; conducting public policy research and analysis in the fields of prevention of gun violence, gun trafficking, and illegal gun possession



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 36: Provision of funds for election-related activities and expenditures; providing grants; all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 38: Telecommunication services, namely, providing text message alert services in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 41: Conducting educational seminars, in-person educational forums, discussion meetings and events for educational purposes, all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession; non-downloadable electronic publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession; providing a website featuring non-downloadable videos in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 45: Legal services, namely, providing legal expertise in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-240,966, FILED 04-03-2014
BENJI YUE PARADEWELAI, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# EVERYTOWN

**Reg. No. 5,092,082**

**Registered Nov. 29, 2016**

**Int. Cl.: 21, 25, 26, 35**

**Service Mark**

**Trademark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE non-profit corporation )
C/O GELLER & COMPANY
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10022

CLASS 21: Mugs

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 25: Shirts; T-shirts

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 26: Buttons

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 35: Online retail store services featuring clothing, jewelry, bags, mugs, car magnets, buttons, and stickers

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-627,243, FILED 05-12-2015
NAKIA D HENRY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## EVERYTOWN FOR GUN SAFETY ACTION FUND

**Reg. No. 5,223,511**

**Registered Jun. 13, 2017**

**Int. Cl.: 35, 36, 38**

**Service Mark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE A NON-PROFIT CORPORATION )
P.O. Box 4184
NEW YORK, NY 10163

CLASS 35: Promoting the interests of concerned parties and promoting public awareness of the need for preventing gun violence, gun trafficking, and illegal gun possession; public advocacy services to promote awareness of the need for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots advocacy to encourage members of the public to contact public officials and urge action on pending bills, proposals for legislative action, and legislation for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots petitioning in the field of preventing gun violence, gun trafficking, and illegal gun possession; public issue advocacy to promote awareness of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing a website featuring policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; conducting policy research and analysis in the field of public issues, pending bills, proposals for legislative action, and legislation on the topic of preventing of gun violence, gun trafficking, and illegal gun possession; providing public policy news and information updates via websites in the field of prevention of gun violence, gun trafficking, and illegal gun possession; conducting public policy research and analysis in the fields of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 10-20-2015; IN COMMERCE 10-20-2015

CLASS 36: Provision of funds for election-related activities and expenditures in the field of prevention of gun violence, gun trafficking, and illegal gun possession; providing grants in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 10-20-2015; IN COMMERCE 10-20-2015

CLASS 38: Telecommunication services, namely, providing text message alert services in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 10-20-2015; IN COMMERCE 10-20-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FOR GUN SAFETY ACTION FUND"





Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

SER. NO. 86-252,982, FILED 04-15-2014
BENJI YUE PARADEWELAI, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## EVERYTOWN FOR GUN SAFETY
## SUPPORT FUND

**Reg. No. 5,142,128**

**Registered Feb. 14, 2017**

**Int. Cl.: 9, 35, 36, 38, 41, 45**

**Service Mark**

**Trademark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE A NON-PROFIT CORPORATION )
C/O GELLER & COMPANY, 909 THIRD AVENUE
15TH FLOOR
NEW YORK, NY 10022

CLASS 9: Providing electronic downloadable publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 8-13-2015; IN COMMERCE 8-13-2015

CLASS 35: Promoting the interests of concerned parties and promoting public awareness of the need for preventing gun violence, gun trafficking, and illegal gun possession; public advocacy services to promote awareness of the need for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots advocacy to encourage members of the public to contact public officials and urge action on pending bills, proposals for legislative action, and legislation for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots petitioning in the field of preventing gun violence, gun trafficking, and illegal gun possession; public issue advocacy to promote awareness of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing a website featuring policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information updates via social media feeds in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; conducting policy research and analysis in the field of public issues, pending bills, proposals for legislative action, and legislation on the topic of preventing of gun violence, gun trafficking, and illegal gun possession; providing public policy news and information updates via a website and social media feeds in the field of prevention of gun violence, gun trafficking, and illegal gun possession; conducting public policy research and analysis in the fields of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 8-13-2015; IN COMMERCE 8-13-2015

CLASS 36: Providing grants in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 38: Telecommunication services, namely, providing text message alert services in the



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 8-13-2015; IN COMMERCE 8-13-2015

CLASS 41: Conducting educational seminars, in-person educational forums, discussion meetings and events for educational purposes, all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession; non-downloadable electronic publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession; providing a website featuring non-downloadable videos in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 8-13-2015; IN COMMERCE 8-13-2015

CLASS 45: Legal services, namely, providing legal expertise and participating in litigation and legal proceedings in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 8-13-2015; IN COMMERCE 8-13-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FOR GUN SAFETY SUPPORT FUND"

SER. NO. 86-252,995, FILED 04-15-2014
BENJI YUE PARADEWELAI, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# MOMS DEMAND ACTION

**Reg. No. 4,569,205**

**Registered July 15, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE A NON-PROFIT CORPORATION)
C/O GELLER & COMPANY
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10022

FOR: ASSOCIATION SERVICES, NAMELY, PROMOTING LEGISLATIVE ACTION AND PUBLIC AWARENESS OF THE NEED TO REDUCE THE INCIDENCE OF GUN DEATHS AND INJURIES AND ENCOURAGE THE ENFORCEMENT OF GUN RELATED LAWS AND REGULATIONS; POLITICAL LOBBYING SERVICES, NAMELY, EFFECTUATING CHANGE TO GUN-RELATED LAWS AND REGULATIONS; ORGANIZING AND CONDUCTING EX-POSITIONS AND PROGRAMMING IN THE NATURE OF CONFERENCES, PANELS, SPEECHES, AND ORAL PRESENTATIONS FOR THE PURPOSE OF PROMOTING LEGIS-LATIVE ACTION AND PUBLIC AWARENESS ON THE TOPIC OF GUN DEATHS AND IN-JURIES AND GUN RELATED LAWS AND REGULATIONS; INFORMATION, ADVISORY AND CONSULTANCY SERVICES ALL RELATED TO THE AFOREMENTIONED SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-8-2014; IN COMMERCE 4-8-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-866,450, FILED 3-4-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

<div style="border: 1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border: 1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MOMS DEMAND ACTION

**Reg. No. 5,092,084**

**Registered Nov. 29, 2016**

**Int. Cl.: 18, 21, 25, 26, 35**

**Service Mark**

**Trademark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE non-profit corporation )
C/O GELLER & COMPANY
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10022

CLASS 18: Tote bags

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 21: Mugs

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 25: Shirts; T-shirts

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 26: Buttons

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 35: Online retail store services featuring clothing, jewelry, bags, mugs, car magnets, buttons, and stickers

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-627,294, FILED 05-12-2015
NAKIA D HENRY, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,142,125**

**Registered Feb. 14, 2017**

**Int. Cl.: 9, 35, 36, 38, 41, 45**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE A NON-PROFIT CORPORATION )
C/O GELLER & COMPANY, 909 THIRD AVENUE
15TH FLOOR
NEW YORK, NY 10022

CLASS 9: Providing electronic downloadable publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 35: Promoting the interests of concerned parties and promoting public awareness of the need for preventing gun violence, gun trafficking, and illegal gun possession; public advocacy services to promote awareness of the need for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots advocacy to encourage members of the public to contact public officials and urge action on pending bills, proposals for legislative action, and legislation for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots petitioning in the field of preventing gun violence, gun trafficking, and illegal gun possession; public issue advocacy to promote awareness of preventing gun violence, gun trafficking, and illegal gun possession; lobbying services, namely, promoting interests of gun safety advocates in the fields of politics, legislation and regulation to prevent gun violence, gun trafficking, and illegal gun possession; providing policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing a website featuring policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information updates via social media feeds in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; conducting policy research and analysis in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; organizing voter registration drives to prevent gun violence, gun trafficking, and illegal gun possession; promoting public awareness of the importance of voter awareness and mobilization; promoting awareness and encouraging participation of mayors in preventing gun violence, gun trafficking and illegal gun possession; providing public policy news and information updates via a website and social media feeds in the field

of prevention of gun violence, gun trafficking, and illegal gun possession; conducting public policy research and analysis in the fields of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 36: Provision of funds for election-related activities and expenditures; providing grants; all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 38: Telecommunication services, namely, providing text message alert services in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 41: Conducting educational seminars, in-person educational forums, discussion meetings and events for educational purposes, all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession; non-downloadable electronic publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession; providing a website featuring non-downloadable videos in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 45: Legal services, namely, providing legal expertise in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

The color(s) blue and red is/are claimed as a feature of the mark.

The mark consists of the wording "EVERYTOWN FOR GUN SAFETY" in the color blue and highly stylized representation of a flag comprised of three blue bands and three red bands.

No claim is made to the exclusive right to use the following apart from the mark as shown: "FOR GUN SAFETY"

SER. NO. 86-240,997, FILED 04-03-2014
BENJI YUE PARADEWELAI, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,142,126**

**Registered Feb. 14, 2017**

**Int. Cl.: 9, 35, 36, 38, 41, 45**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE A NON-PROFIT CORPORATION )
C/O GELLER & COMPANY, 909 THIRD AVENUE
15TH FLOOR
NEW YORK, NY 10022

CLASS 9: Providing electronic downloadable publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 35: Promoting the interests of concerned parties and promoting public awareness of the need for preventing gun violence, gun trafficking, and illegal gun possession; public advocacy services to promote awareness of the need for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots advocacy to encourage members of the public to contact public officials and urge action on pending bills, proposals for legislative action, and legislation for the prevention of gun violence, gun trafficking, and illegal gun possession; public opinion polling; organizing grassroots petitioning in the field of preventing gun violence, gun trafficking, and illegal gun possession; public issue advocacy to promote awareness of preventing gun violence, gun trafficking, and illegal gun possession; lobbying services, namely, promoting interests of gun safety advocates in the fields of politics, legislation and regulation to prevent gun violence, gun trafficking, and illegal gun possession; providing policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing a website featuring policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information updates via social media feeds in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; conducting policy research and analysis in the field of public issues, pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; organizing voter registration drives to prevent gun violence, gun trafficking, and illegal gun possession; promoting public awareness of the importance for voter awareness and mobilization; providing information regarding political issues in the field of preventing gun violence, gun trafficking, and illegal gun possession to enable voter awareness and mobilization; promoting awareness and encouraging participation of mayors in preventing gun violence, gun trafficking and illegal gun possession; providing public policy

news and information updates via a website and social media feeds in the field of prevention of gun violence, gun trafficking, and illegal gun possession; conducting public policy research and analysis in the fields of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 36: Provision of funds for election-related activities and expenditures; providing grants; all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 38: Telecommunication services, namely, providing text message alert services in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 41: Conducting educational seminars, in-person educational forums, discussion meetings and events for educational purposes, all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession; non-downloadable electronic publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession; providing a website featuring non-downloadable videos in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

CLASS 45: Legal services, namely, providing legal expertise in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

The color(s) blue and red is/are claimed as a feature of the mark.

The mark consists of a highly stylized representation of a flag comprised of three blue bands and three red bands.

SER. NO. 86-241,109, FILED 04-03-2014
BENJI YUE PARADEWELAI, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

**Reg. No. 5,092,083**

**Registered Nov. 29, 2016**

**Int. Cl.: 18, 21, 25, 26, 35**

**Service Mark**

**Trademark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE non-profit corporation )
C/O GELLER & COMPANY
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10022

CLASS 18: Tote bags

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 21: Mugs

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 25: Shirts; T-shirts

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 26: Buttons

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 35: Online retail store services featuring clothing, jewelry, bags, mugs, car magnets, buttons, and stickers

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

The color(s) blue and red is/are claimed as a feature of the mark.

The mark consists of a highly stylized representation of a flag comprised of three short blue bands to the left of three long red bands. There is no claim to the background color.

SER. NO. 86-627,271, FILED 05-12-2015
NAKIA D HENRY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,213,804**

**Registered Dec. 08, 2020**

**Int. Cl.: 9, 16, 18, 21, 26, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.
 (DELAWARE non-profit corporation )
P.o. Box 4184
New York, NEW YORK 10163

CLASS 9: Providing electronic downloadable publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession; car magnets

FIRST USE 11-00-2014; IN COMMERCE 11-00-2014

CLASS 16: Notebooks; stickers

FIRST USE 10-24-2017; IN COMMERCE 10-24-2017

CLASS 18: Tote bags

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 21: Water bottles sold empty

FIRST USE 9-00-2017; IN COMMERCE 9-00-2017

CLASS 26: Buttons

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 35: Promoting the interests of concerned parties and promoting public awareness of the need for preventing gun violence, gun trafficking, and illegal gun possession; public advocacy services to promote awareness of the need for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots advocacy to encourage members of the public to contact public officials and urge action on pending bills, proposals for legislative action, and legislation for the prevention of gun violence, gun trafficking, and illegal gun possession; public opinion polling; organizing grassroots petitioning in the field of preventing gun violence, gun trafficking, and illegal gun possession; public issue advocacy to promote awareness of preventing gun violence, gun trafficking, and illegal gun possession; lobbying services, namely, promoting interests of gun safety advocates in the fields of politics, legislation and regulation to prevent gun violence, gun trafficking, and illegal gun possession; providing policy news and information in the field of public issues, and pending bills,



Director of the United States
Patent and Trademark Office



proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing a website featuring policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information updates via social media feeds in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; conducting policy research and analysis in the field of public issues, pending bills, proposals for legislative action, and legislation on the topic of preventing of gun violence, gun trafficking, and illegal gun possession; organizing voter registration drives to prevent gun violence, gun trafficking, and illegal gun possession; promoting public awareness of the importance for voter awareness and mobilization; providing information regarding political issues in the field of preventing gun violence, gun trafficking, and illegal gun possession to enable voter awareness and mobilization; promoting awareness and encouraging participation of mayors in preventing gun violence, gun trafficking and illegal gun possession; providing public policy news and information updates via a website and social media feeds in the field of prevention of gun violence, gun trafficking, and illegal gun possession; conducting public policy research and analysis in the fields of prevention of gun violence, gun trafficking, and illegal gun possession; online retail store services featuring clothing, hats, headbands, jewelry, bags, pouches, mugs, notebooks, water bottles, car magnets, buttons, and stickers

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014

CLASS 41: Conducting educational seminars, in-person educational forums, discussion meetings and events for educational purposes, all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession; non-downloadable electronic publications, namely, news briefs, fact sheets and reports in the field of prevention of gun violence, gun trafficking, and illegal gun possession; providing a website featuring non-downloadable videos in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-00-2014; IN COMMERCE 5-00-2014

The mark consists of a highly stylized representation of a flag comprised of three short bands to the left of three long bands. There is no claim to the background color.

SER. NO. 87-658,502, FILED 10-24-2017

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,151,549**

**Registered Feb. 28, 2017**

**Int. Cl.: 35, 36, 38, 41**

**Service Mark**

**Principal Register**

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. (DELAWARE non-profit corporation )
C/O GELLER & COMPANY
909 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10022

CLASS 35: Promoting the interests of concerned parties and promoting public awareness of the need for preventing gun violence, gun trafficking, and illegal gun possession; public advocacy services to promote awareness of the need for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots advocacy to encourage members of the public to contact public officials and urge action on pending bills, proposals for legislative action, and legislation for the prevention of gun violence, gun trafficking, and illegal gun possession; organizing grassroots petitioning in the field of preventing gun violence, gun trafficking, and illegal gun possession; public issue advocacy to promote awareness of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing a website featuring policy news and information in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; providing policy news and information updates via social media feeds in the field of public issues, and pending bills, proposals for legislative action, and legislation on the topic of preventing gun violence, gun trafficking, and illegal gun possession; conducting policy research and analysis in the field of public issues, pending bills, proposals for legislative action, and legislation on the topic of preventing of gun violence, gun trafficking, and illegal gun possession; organizing voter registration drives to prevent gun violence, gun trafficking, and illegal gun possession; promoting public awareness of the importance for voter awareness and mobilization; providing information regarding political issues in the field of preventing gun violence, gun trafficking, and illegal gun possession to enable voter awareness and mobilization; promoting awareness and encouraging participation of mayors in preventing gun violence, gun trafficking and illegal gun possession; providing public policy news and information updates via a website and social media feeds in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-2-2014; IN COMMERCE 5-2-2014

CLASS 36: Provision of funds for election-related activities and expenditures in the field of prevention of gun violence, gun trafficking, and illegal gun possession



Director of the United States
Patent and Trademark Office

FIRST USE 5-2-2014; IN COMMERCE 5-2-2014

CLASS 38: Telecommunication services, namely, providing text message alert services in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-2-2014; IN COMMERCE 5-2-2014

CLASS 41: Conducting educational seminars, in-person educational forums, discussion meetings and events for educational purposes, all of the foregoing in the field of prevention of gun violence, gun trafficking, and illegal gun possession; non-downloadable electronic publications, namely, news briefs in the field of prevention of gun violence, gun trafficking, and illegal gun possession; providing a website featuring non-downloadable videos in the field of prevention of gun violence, gun trafficking, and illegal gun possession

FIRST USE 5-2-2014; IN COMMERCE 5-2-2014

The color(s) blue and red is/are claimed as a feature of the mark.

The mark consists of the wording "MOMS DEMAND ACTION FOR GUN SENSE IN AMERICA" appearing in blue stylized font next to a highly stylized representation of a flag comprised of three blue bands and three red bands.

SER. NO. 86-282,673, FILED 05-15-2014
SAIMA MAKHDOOM, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.