# EXHIBIT C





Case 1:21-cv-08704-PGG-RWL   Document 16-3   Filed 10/22/21   Page 3 of 3

