**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : | Civil Action No. 1:21-cv-8704 |
| Plaintiff, | : | |
| | : | |
| v. | : | **MOTION FOR ADMISSION** |
| | | **OF MEAGHAN H. KENT** |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | : | ***PRO HAC VICE*** |
| Defendants. | : | |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Meaghan H. Kent, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. in the above-captioned action.

I am a member of good standing of the Bars of the District Columbia and Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit certifying the above statements pursuant to Local Rule 1.3.

Dated: October 21, 2021

Respectfully submitted,

By: _____

Meaghan H. Kent
600 Massachusetts Ave NW
Washington, DC 20001
Tel: 202.344.4481
Fax: 202.344.8300
Email: MHKent@Venable.com

*Attorney for Everytown For Gun Safety
Action Fund, Inc.*