IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 1:21-cv-8704 <br><br> [PROPOSED ORDER] MOTION FOR ADMISSION OF MEAGHAN H. KENT *PRO HAC VICE* |

The motion of Meaghan H. Kent for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and Florida; and that her contact information is as follows:

**Applicant's Name:** Meaghan H. Kent
**Firm Name:** Venable LLP
**Address:** 600 Massachusetts Ave NW, Washington, DC 20001
**Telephone:** 202.344.4481
**Fax:** 202.344.8300

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Everytown For Gun Safety Action Fund, Inc. in the above-titled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys

SO ORDERED.

Dated: November 3, 2021

_____
Paul G. Gardephe
United States District Judge