LAW OFFICES
# HARTMAN & WINNICKI, P.C.

| | | |
|---|---|---|
| Dariusz M. Winnicki *º<br>Richard L. Ravin *º□<br>Daniel L. Schmutter*<br>Andrew T. Wolfe* | 74 PASSAIC STREET<br>RIDGEWOOD, NEW JERSEY 07450<br><br>* * *<br><br>WEBSITE<br>www.hartmanwinnicki.com | Phone: (201) 967-8040<br>Fax:     (201) 967-0590<br><br><br>Porter E. Hartman (1920-2009)<br>Charles R. Buhrman (1938-1994)<br>William T. Marsden (1943-1993)<br>Cyrus D. Samuelson (1911-1998) |
| * New York and New Jersey Bars<br>º Florida Bar<br>□ Washington, D.C. Bar<br>◊ New Jersey Bar | | |

November 5, 2021

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc., et al.
               Civil Action No. 21-cv-8704 (PGG)

Dear Judge Gardephe:

      We represent Defendant Defcad, Inc ("Defcad"), in the above referenced matter. We are in the process of also being retained by other defendants as well. Defcad intends to object to personal jurisdiction and hereby preserves its position in that regard.

      However, we urgently write regarding the *ex parte* expedited third party discovery order that was included in the Order to Show Cause entered today by the Court. The expedited discovery seeks to immediately unmask parties who have a First Amendment right to engage in anonymous speech ("Anonymous Defendants"). *See Sony Music Entertainment Inc. v. Does 1-40,* 326 F.Supp.2d 556, (S.D.N.Y. 2004); *In re Rule 45 Subpoena Issued To Cablevision Systems Corporation Regarding IP Address 69.120.35.31*, 2010 WL 2219343 (E.D.N.Y. 2010); *Doe v. Cahill*, 884 A.2d 451 (Del. 2005); *Dendrite Intern., Inc. v. Doe No. 3,* 342 N.J. Super. 134, (N.J. App. Div. 2001).

      Defcad, both in its own right and as *jus tertii* for the Anonymous Defendants, and the Anonymous Defendants, themselves, have a right to oppose this *ex parte* attempted unmasking. Importantly, all of the foregoing cases require that the party seeking to obtain the unmasking must provide notice of the application for unmasking discovery. Plaintiff does not claim to have done that, and yet it provided email addresses it says it knows to the Court in its application.

      Further, Plaintiff made no attempt to learn that Defcad is not a Delaware corporation as it erroneously alleges but is, in fact, an Arkansas corporation easily served and noticed at its registered agent (*see* attached).  Further, Plaintiff identifies Defcad's corporate business address in the Complaint and yet made no attempt prove notice of any kind of its ex parte application for unmasking third party discovery.

Hon. Paul G. Gardephe, U.S.D.J.
November 5, 2021
Page 2 of 2

      Accordingly, Defcad respectfully requests that the Court urgently issue an order: (1) staying the expedited third party discovery and directing that no discovery be released until Defendants may be heard by the Court; (2) ordering Plaintiff to cease any attempts to further serve the Order to Show Cause on third parties and immediately identify to Defcad any third parties it has already served; and (4) ordering Plaintiff to immediately serve the stay order on any third party already served with the Order to Show Cause.

      Thank you for your attention in this regard.

                                  Respectfully submitted,

                                  /s/ Daniel L. Schmutter
                                DANIEL L. SCHMUTTER

DLS/sr
Enclosures
cc:    Marcella Ballard, Esq. (via ECF and email)
       Meaghan Kent, Esq. (via email)



# Search Incorporations, Cooperatives, Banks and Insurance Companies

Notice: <u>This is only a preliminary search</u> and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | DEFCAD INC. |
| Fictitious Names | |
| Filing # | 811227681 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | NORTHWEST REGISTERED AGENT, LLC. |
| Agent Address | 701 SOUTH ST. STE 100 |
| | MOUNTAIN HOME, AR 72653 |
| Date Filed | 12/18/2019 |
| Officers | MORGAN NOBLE , Incorporator/Organizer |
| | CODY R WILSON , President |
| | BENJAMIN DENIO , Vice-President |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Purchase a Certificate of Good Standing for this Entity**     **Pay Franchise Tax for this corporation**