LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:    (201) 967-0590

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

November 8, 2021

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    **Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc., et al.**
            **Civil Action No. 21-cv-8704 (PGG)**

Dear Judge Gardephe:

We represent Defendant Defcad, Inc ("Defcad"), in the above referenced matter. As we indicated to the Court in our Emergency Letter Motion filed Friday, November 5, 2021, we are in the process of also being retained by other defendants as well.

By way of supplement and clarification to our Emergency Letter Motion, we wish to note that, while the letter motion specifically refers to "*ex parte* expedited third party discovery," the arguments set forth in the Emergency Letter Motion apply equally to the Order to Show Cause as it relates to discovery ordered to be provided by Defcad, and we therefore clarify that we seek the same stay as to expedited discovery ordered to be provided by Defcad.

Thank you for your attention in this regard.

                              Respectfully submitted,

                              /s/ Daniel L. Schmutter
                              DANIEL L. SCHMUTTER

DLS/srs
cc:    Marcella Ballard, Esq. (via ECF and email)
        Meaghan Kent, Esq. (via email)