# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | |
| Plaintiff, | Civil Action No. 21-cv-08704 (PGG) |
| v. | |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

I, Maria Sinatra, swear and state as follows:

1. I am over the age of eighteen (18) and am competent to attest to this declaration.

2. I have personal knowledge of the facts set forth and if called to testify I would testify competently to the facts in this declaration.

3. I am an attorney at Venable LLP, counsel for Plaintiff Everytown For Gun Safety Action Fund, Inc.

4. Pursuant to the court's order dated November 5, 2021 ("Order") [ECF 30], I served Defendants (1) Defcad, Inc., (2) Odysee User xYeezySZN, (3) Defcad User xYeezySZN, (4) Twitter User xYeezySZN and (5) Phillip Royster.

DocuSign Envelope ID: F95DBC6A-D065-4700-A240-077EB42999AE

5. On November 5, 2021, I served a copy of the case materials to the five Defendants[1] enumerated in paragraph 4 via email requesting delivery and read receipts, the text of the email to those five Defendants read:

Dear Sir or Madam:

You have been named as a defendant in a complaint filed by Everytown for Gun Safety Action Fund, Inc. ("Plaintiff") in the United States District Court for the Southern District of New York. Pursuant to the Order granting Plaintiff's Application for an Order to Show Cause (enclosed within link), the Court has permitted service in this matter via email and overnight courier, among other means. You are hereby served with the following documents accessible via this link: https://venable.sharefile.com/d-s1b0b2364f28048df9a0ded512efbce45

1. Complaint
   a. Complaint Exhibits 1-5
2. Plaintiff's Application for Order to Show Cause
   a. Memorandum of Law in Support of Application
   b. Proposed Order Granting Application for Order to Show Cause
3. Declaration of Marcella Ballard in Support of Application for Order to Show Cause
   a. Ballard Declaration Exhibits 1 and 2
4. Declaration of Delia Green in Support of Application for Order to Show Cause
   a. Green Declaration Exhibits A-G
5. Declaration of Erin Galloway in Support of Application for Order to Show Cause
6. Declaration of Matthew McTighe in Support of Application for Order to Show Cause
7. Order Granting Order to Show Cause and Setting Hearing
8. Rule 7.1 Corporate Disclosure Statement for Plaintiff Everytown for Gun Safety Action Fund, Inc.
9. AO 120 Form Report on Filing of Action Regarding a Trademark
10. Summonses Issued By the Clerk of the Court
11. Pro Hac Vice Order Regarding M. Kent
12. Civil Cover Sheet

Please take notice that the U.S. District Court for the Southern District of New York granted Everytown for Gun Safety Action Fund, Inc.'s Application for an Order to Show Cause on November 5, 2021. A copy of the order—which you must fully comply with—along with all supporting documents, are accessible via the link above. The documents are available via the

---

[1] The Plaintiff is awaiting discovery from third parties per the Court's Order prior to being able to serve the remaining three Defendants in the action, (1) Odysee User TheGatalog-Printablemagazines, (2) The Gatalog; and (3) Defcad User Freeman1337 and we will update the Court immediately regarding the status of service on the remaining three Defendants.

above link until March 5, 2022. Please confirm receipt of this e-mail, and please let us know <u>immediately</u> if you have any trouble accessing the linked documents. If we do not hear from you, we will assume you were able to access the linked documents without any trouble.

In particular, please pay attention to the attached (1) Summons(es) issued in your name(s), and (2) Order to Show Cause setting a hearing date of December 2, 2021 at 11:30 AM Eastern Standard Time. **<u>This Order To Show Cause requires your immediate attention</u>**. Failure to appear at the December 2, 2021 hearing, could result in adverse action being taken against you.

Sincerely,

**Maria R. Sinatra, Esq. | Venable LLP**
**t** 212.370.6247 | **f** 212.307.5598
Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, NY 10020

MRSinatra@Venable.com | www.Venable.com

6. A list of Defendants' email addresses to which service was effectuated is attached as **Exhibit A**. True and correct copies of the delivery receipts are attached as **Exhibit B**.

7. On November 5, 2021, pursuant to the Order, I also served a copy of the same materials on Defendant Defcad, Inc. via overnight courier to the following address:

> Defcad, Inc.
> 1 Riverfront Place Suite 415
> North Little Rock, AR 72214

8. On November 5, 2021, pursuant to the Order, I also served a copy of the Court's Order on third parties Odysee, Inc. (and its parent company LBRY), and Twitter, Inc via email and overnight courier.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 11/8/2021, 2021

DocuSigned by:
*Maria Sinatra*
FBBE397C666E4AF...

MARIA SINATRA