# EXHIBIT A

| Defendant | Email |
|---|---|
| Defcad, Inc. | support@defcad.com |
| ODYSEE USER XYEEZYSZN | YeezyPrints@protonmail.com |
| DEFCAD USER XYEEZYSZN | YeezyPrints@protonmail.com |
| TWITTER USER XYEEZYSZN | YeezyPrints@protonmail.com |
| PHILLIP ROYSTER | YeezyPrints@protonmail.com |