# EXHIBIT B

# Sinatra, Maria R.

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | support@defcad.com |
| **Sent:** | Friday, November 5, 2021 4:17 PM |
| **Subject:** | Relayed: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

support@defcad.com (support@defcad.com)

Subject: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order



URGENT - Everytown for G...

1

**Sinatra, Maria R.**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | YeezyPrints@protonmail.com |
| **Sent:** | Friday, November 5, 2021 4:10 PM |
| **Subject:** | Relayed: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

YeezyPrints@protonmail.com (YeezyPrints@protonmail.com)

Subject: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order

URGENT -
Everytown for G...

1

# Sinatra, Maria R.

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | YeezyPrints@protonmail.com |
| **Sent:** | Friday, November 5, 2021 4:06 PM |
| **Subject:** | Relayed: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

YeezyPrints@protonmail.com (YeezyPrints@protonmail.com)

Subject: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order

✉ URGENT - Everytown for G...

1

# Sinatra, Maria R.

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | YeezyPrints@protonmail.com |
| **Sent:** | Friday, November 5, 2021 4:02 PM |
| **Subject:** | Relayed: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

YeezyPrints@protonmail.com (YeezyPrints@protonmail.com)

Subject: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order

URGENT - Everytown for G...

1

**Sinatra, Maria R.**

| | |
|---|---|
| From: | Microsoft Outlook |
| To: | YeezyPrints@protonmail.com |
| Sent: | Friday, November 5, 2021 3:57 PM |
| Subject: | Relayed: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

YeezyPrints@protonmail.com (YeezyPrints@protonmail.com)

Subject: URGENT - Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc. et al., Case No. 1:21-cv-08704-PGG - Service of Process & Court Order

URGENT - Everytown for G...

1