UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERYTOWN FOR GUN SAFETY
ACTION FUND, INC.

                  Plaintiff,

   v.

DEFCAD, INC., ODYSEE USER
XYEEZYSZN, DEFCAD USER
XYEEZYSZN, ODYSEE USER
THEGATALOG-PRINTABLE
MAGAZINES, THE GATALOG,
DEFCAD USER FREEMAN1337,
TWITTER USER XYEEZYSZN, and
PHILLIP ROYSTER.

                  Defendants.

Case No. 1:21-cv-08704-PGG

APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defcad, Inc., Odysee User XYEEZYSZN, Defcad User XYEEZYSZN, THE GATALOG, Twitter User XYEEZYSZN, and Phillip Royster ("Defendants").

Defendants specially appear for the limited purpose of contesting jurisdiction and venue. To the extent that emergent and expedited proceedings require Defendants to defend as to other issues prior to a determination of their claims of lack of jurisdiction and improper venue, Defendants do so with a full reservation of rights.

Dated: November 8, 2021        /s/ Daniel L. Schmutter

Daniel L. Schmutter, Esq.
Hartman & Winnicki P.C.
146 Miller Place
Hicksville, NY 11801

Send correspondence to:
74 Passaic Street
Ridgewood, New Jersey 07450
201-967-8040 (phone)
201-967-0590 (facsimile)
dschmutter@hartmanwinnicki.com