UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEFCAD, INC., ODYSEE USER XYEEZYSZN, DEFCAD USER XYEEZYSZN, ODYSEE USER THEGATALOG-PRINTABLE MAGAZINES, THE GATALOG, DEFCAD USER FREEMAN1337, TWITTER USER XYEEZYSZN, and PHILLIP ROYSTER.<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-08704-PGG<br><br>SUPPLEMENTAL APPEARANCE OF COUNSEL |

To: The clerk of court and all parties of record

　　I am admitted or otherwise authorized to practice in this court. I previously filed an Appearance of Counsel dated November 8, 2021 on behalf of certain defendants in this matter.

　　I now file this Supplemental Appearance of Counsel to state that I am also appearing in this case as counsel for defendant DEFCAD USER FREEMAN1337.

　　DEFCAD USER FREEMAN1337 specially appears for the limited purpose of contesting jurisdiction and venue. To the extent that emergent and expedited proceedings require DEFCAD USER FREEMAN1337 to defend as to other issues

prior to a determination of their claims of lack of jurisdiction and improper venue, DEFCAD USER FREEMAN1337 does so with a full reservation of rights.

Dated: November 9, 2021 /s/ Daniel L. Schmutter
Daniel L. Schmutter, Esq.
Hartman & Winnicki P.C.
146 Miller Place
Hicksville, NY 11801

Send correspondence to:
74 Passaic Street
Ridgewood, New Jersey 07450
201-967-8040 (phone)
201-967-0590 (facsimile)
dschmutter@hartmanwinnicki.com