# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of November, two thousand twenty-one.

Before:     José A. Cabranes,
              *Circuit Judge.*

| | |
|---|---|
| In Re: Defcad, Inc.<br>    Petitioner.<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, Phillip Royster,<br><br>    Petitioners,<br><br>v.<br><br>Everytown for Gun Safety Action Fund, Inc.,<br><br>    Respondent. | **ORDER**<br><br>Docket No. 21-2806 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **November 10, 2021**

Defendants-Petitioners filed an emergency motion seeking an administrative stay and stay of the district court's order dated November 5, 2021, pending the petition for a writ of mandamus regarding that order.

IT IS HEREBY ORDERED that the request for an administrative stay is GRANTED pending consideration of this matter by a three-judge motions panel. The petition for writ of mandamus and request for a stay pending decision on the petition are REFERRED to a three-judge motions panel on an expedited basis.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



**CERTIFIED COPY ISSUED 11/10/2021**