# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 1:21-cv-08704 <br><br> **MOTION FOR ADMISSION OF ALICIA M. SHARON** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alicia M. Sharon, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. in the above-captioned action.

I am a member of good standing of the Bars of the District Columbia and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit certifying the above statements pursuant to Local Rule 1.3.

Dated: October 27, 2021

                        Respectfully submitted,

                  By: _____
                        Alicia M. Sharon
                        600 Massachusetts Ave NW
                        Washington, DC 20001
                        Tel: 202.344.4446
                        Fax: 202.344.8300
                        Email: ASharon@Venable.com

                        *Attorney for Everytown For Gun Safety Action Fund, Inc.*