# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 1:21-cv-08704 <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF ALICIA M. SHARON *PRO HAC VICE*** |

I, Alicia M. Sharon, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the firm Venable LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am an active member in good standing of the Bars of the District of Columbia (Bar No. 1708270) and California (Bar No. 323069).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7.   I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Everytown For Gun Safety Action Fund, Inc.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 27, 2021.

_____
Alicia M. Sharon

STATE OF District of Columbia

COUNTY OF _____

On this 27th day of October, 2021, before me, the undersigned Notary Public, personally appeared ALICIA M. SHARON, who proved to me on the basis of satisfactory evidence to be the person whose name is signed on the within Affidavit in Support of Motion for Admission of Alicia M. Sharon *Pro Hac Vice* and acknowledged to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.



_____
Signature of Notary Public

1/31/26
_____
Commission Expiration Date of Notary Public