UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,

            Plaintiff,

- against -

DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; and PHILLIP ROYSTER,

            Defendants.

**ORDER**

21 Civ. 8704 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Plaintiff is directed to respond to third party Twitter's motions to intervene and to modify the November 5, 2021 discovery order (Dkt. Nos. 43-44) by **December 2, 2021**.

Dated: New York, New York
       November 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge