AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Everytown for Gun Safety Action Fund, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-08704-PGG |
| Defcad, Inc. et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Everytown For Gun Safety Action Fund, Inc.

Date:   12/02/2021

/s/Maria R. Sinatra
*Attorney's signature*

Maria R. Sinatra (MS1122)
*Printed name and bar number*
Venable LLP
1270 Avenue of the Americas, 24 FL
New York, NY 10020

*Address*

mrsinatra@venable.com
*E-mail address*

(212) 370-6247
*Telephone number*

(212) 307-5598
*FAX number*