# **EXHIBIT A**







