IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER.<br>*Defendants* | ))))))))))))))))) | Civil Action No. 1:21-cv-08704-PGG |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 3, 2021, I electronically filed the following with the Clerk of Court:

1) MEMORANDUM OF LAW OF DEFCAD, INC., ODYSEE USER XYEEZYSZN, DEFCAD USER XYEEZYSZN, THE GATALOG, DEFCAD USER FREEMAN1337, TWITTER USER XYEEZYSZN, AND PHILLIP ROYSTER IN OPPOSITION TO PRELIMINARY INJUNCTION

2) DECLARATION OF CODY WILSON

3) DECLARATION OF GARRET WALLIMAN

4) DECLARATION OF DEFCAD USER FREEMAN1337

5) DECLARATION OF ODYSEE USER XYEEZYSZN, DEFAD USER XYEEZYSZN, AND TWITTER USER XYEEZYSZN

6) DECLARATION OF THE GATALOG

7) DECLARATION OF PHILLIP ROYSTER

8) DECLARATION OF DANIEL L. SCHMUTTER

9) RULE 7.1 DISCLOSURE STATEMENT FOR DEFCAD, INC.

by using the CM/ECF system which will then send notification and copies of this filing to the following:

Meaghan Hemmings Kent
Venable LLP (DC)
600 Massachusetts Ave. NW
Washington DC 20001
(202) 344-8300
Email: mhkent@venable

Marcella Ballard
Venable LLP (NY)
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 370-6289
Email: mballard@venable.com

*Counsel for Plaintiff*
*Everytown for GunSafety Action Fund, Inc.*

                                                                     */s/ Daniel L. Schmutter*_____
                                                                     Daniel L. Schmutter