LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:    (201) 967-0590

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

December 18, 2021

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re: **Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc., et al.**
         **Civil Action No. 21-cv-8704 (PGG)**

**EMERGENCY LETTER MOTION FOR STAY PENDING APPEAL**

Dear Judge Gardephe:

We represent Defendants Defcad, Inc. ("Defcad"), Odysee User xYeexySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, and Phillip Royster ("Defendants") in the above-referenced matter.

We note the entry on the docket of the Court's Order Approving Stipulation Between Plaintiff Everytown For Gun Safety Action Fund, Inc. and Third Party Twitter, Inc. (ECF No. 72). We also note that the Court entered the order without regard to and without discussing: (1) Defendants' Objection to Proposed Order Approving Stipulation Between Plaintiff Everytown For Gun Safety Action Fund, Inc. and Third Party Twitter, Inc. (ECF No. 71) and (2) certain Defendants' pending and undecided Emergency Motion with respect to the November 5, 2021 Ex Parte Discovery Order (ECF No. 31).

Since entry of ECF No. 72 is plainly inconsistent with the relief sought in ECF 31, Defendants deem the entry of ECF 72 as a denial of ECF No. 31 in its entirety.

Accordingly for the reasons set forth in ECF No. 71 and ECF No. 31, Defendants urgently request a stay of ECF No. 72 and the Court's November 5, 2021 Order to Show Cause (ECF No. 30) pending appeal to the United States Court of Appeals for the Second Circuit.

      Thank you for your attention in this regard.

                                            Respectfully submitted,

                                            /s/ Daniel L. Schmutter
                                            DANIEL L. SCHMUTTER

DLS/srs
Enclosures
cc:     Marcella Ballard, Esq. (via ECF)
        Meaghan Kent, Esq. (via ECF)
        David W. Shapiro, Esq. (via ECF)