UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,<br>*Plaintiff*<br>v.<br>DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER.<br>*Defendants* | Civil Action No. 1:21-cv-08704-PGG<br><br>NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, and Phillip Royster ("Defendants-Appellants") in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the orders entered on November 5, 2021 and December 17, 2021 that: (1) ordered expedited discovery (ECF No. 30); (2) approved a stipulation between Plaintiff and non-party Twitter, Inc. (ECF No. 72); and (3) denied the motion of Defendants Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, and Phillip Royster to stay and vacate the district court's November 5, 2021 order to show cause (ECF No. 72).

/s/ Daniel L. Schmutter
Daniel L. Schmutter, Esq.
Hartman & Winnicki P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
201-967-8040 (phone)
201-967-0590 (facsimile)
dschmutter@hartmanwinnicki.com
*Attorneys for Defendants-Appellants*

1