# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of December, two thousand twenty-one.

Before:     José A. Cabranes,
              *Circuit Judge.*

1:21-cv-08704-PGG

Everytown for Gun Safety Action Fund, Inc.,

    Plaintiff - Appellee,

**ORDER**

Docket No. 21-3079

v.

Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, Phillip Royster,

    Defendants - Appellants,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 22 2021
```

Odysee User TheGatalog-PrintableMagazines,

    Defendant,

Twitter, Inc.,

    Intervenor.

    Appellants move for an emergency stay of the district court's December 17, 2021 order directing Twitter, Inc to produce discovery by December 24, 2021. Appellee opposes the motion.

    IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary stay pending determination of the motion by a three-judge panel, the stay is GRANTED. The motion is REFERRED to a three-judge motions panel.

                  For the Court:

                  Catherine O'Hagan Wolfe,
                  Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/22/2021