# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : : : : : : : : : : : : : : | Civil Action No. 1:21-cv-8704 <br><br> **SUPPLEMENTAL DECLARATION OF DELIA GREEN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND TO PRESENT NEWLY DISCOVERED EVIDENCE** |
| Plaintiff, |  |  |
| v. |  |  |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. |  |  |
| Defendants. |  |  |

I, Delia Green, declare as follows[1]:

    1.    I am over eighteen (18) years old, and I am competent to testify to the facts in this Declaration based on my personal knowledge.

    2.    I am a paralegal at Venable LLP, counsel for Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown").

    3.    I submit this declaration to provide information to the Court that is newly discovered and in further support of Everytown's request for injunctive relief.

    4.    Everytown owns and/or operates the domain name www.momsdemanaction.org in connection with its non-profit and advocacy work.

---

[1] All undefined terms herein are defined as in Plaintiff's Complaint.

5.      On December 14, 2021, when I attempted to access the domain name www.momsdemand.org, I was re-directed to the following url: https://defcad.com/library/2d0f5a72-3147-4076-9ed9-9aa843710f67/.

6.      The URL https://defcad.com/library/2d0f5a72-3147-4076-9ed9-9aa843710f67/ displayed Defendant Defcad User xYeezySZN's Infringing Product listing for "Moms Demand Action – FireBolt 5.56 Bolt Catch Magwell." A photograph of the URL page is depicted below.



7.      When searching the registrant information for the URL www.momsdemand.org on ICANN Lookup, the registrant information appeared to be privacy protected. A copy of the ICANN Lookup information for the URL www.momsdemand.org accessed on December 14, 2021 is attached hereto as **Exhibit A**.

8.      Upon looking up www.momsdemand.org in the Wayback Machine Internet Archive I learned that the domain originally re-directed to a domain called www.deterrencedispensed.com. A screenshot of the Wayback Machine Archive page for

www.momsdeman.org as of April 25, 2021 showing re-direction to

www.deterrencedispensed.com is below.



9. As of April 25, 2021 per the Wayback Machine Archive, the landing page for

www.deterrencedispensed.com appeared as the below.



10.     When searching the registrant information for the URL www.deterrencedispensed.com on ICANN Lookup, the registrant information appeared to be privacy protected. A copy of the ICANN Lookup information for the URL www.deterrencedispensed.com accessed on December 14, 2021 is attached hereto as **Exhibit B**.

11.     When accessing www.deterrencedispensed.com on December 14, 2021 the landing page stated "[w]e're moving to The Gatalog. Please bear with us through this transition." A screenshot taken of the landing page www.deterrencedispensed.com on December 14, 2021 is depicted below.



12. When accessing the website www.thegatalog.com, the homepage states "[p]lease bear with us during our transition. For more visit Deterrence Dispensed." A copy of the homepage of www.thegatalog.com is depicted below.



13. When accessing the websites and URLs described above, I was located in New York in this judicial district.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 22, 2021

_____
DELIA GREEN

# EXHIBIT A

ICANN | LOOKUP (/)

English

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/faq)

www.momsdemand.org

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

The client was unable to process information from the Registrar RDAP server. The information below is shown as provided by the TLD Registry RDAP service.

## Domain Information

**Name:** momsdemand.org

**Registry Domain ID:** D402200000016106133-LROR

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
ns-cloud-a1.googledomains.com
ns-cloud-a2.googledomains.com
ns-cloud-a3.googledomains.com
ns-cloud-a4.googledomains.com

## Dates

**Registry Expiration:** 2022-02-26 00:58:39 UTC

**Updated:** 2021-04-27 03:57:59 UTC

**Created:** 2021-02-26 00:58:39 UTC

## Contact Information

**Registrant:**

**Organization:** Contact Privacy Inc. Customer 1249561463

**Mailing Address:** ON

**ISO-3166 Code:** CA

*Redacted for privacy:*
*some of the data in this object has been removed*

## Registrar Information

**Name:** Google LLC

**IANA ID:** 895

**Abuse contact email:** registrar-abuse@google.com

**Abuse contact phone:** tel:+1.8772376466

# DNSSEC Information

**Max sig life:** 3456000

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag:  25424
Algorithm:  8
Digest Type:  2
Digest:  124387AD45417DAB3B95A2751BF71D23720FA3FD8869F09BFD4F2A9123C2DBC0

## Authoritative Servers

**Registry Server URL:** https://rdap.publicinterestregistry.net/rdap/org/domain/momsdemand.org (https://rdap.publicinterestregistry.net/rdap/org/domain/momsdemand.org)

**Last updated from Registry RDAP DB:** 2021-12-14 10:56:28 UTC

**Registrar Server URL:** https://domainsrdap.googleapis.com/v1/domain/momsdemand.org (https://domainsrdap.googleapis.com/v1/domain/momsdemand.org)

## Notices and Remarks

### Notices:

**Terms of Use**

 Access to Public Interest Registry RDAP information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to(a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

https://rdap.publicinterestregistry.net/rdap/org/terms_of_use (https://rdap.publicinterestregistry.net/rdap/org/terms_of_use)

**Status Codes**

 For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

 URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube (http://www.youtube.com/icannnews)   Twitter (https://www.twitter.com/icann)   Linkedin (https://www.linkedin.com/company/icann)   Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)   Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)   Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**Who We Are**   **Contact Us**   **Accountability & Transparency**   **Governance**   **Help**   **Data Protection**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)   Terms of Service (https://www.icann.org/privacy/tos)   Cookies Policy (https://www.icann.org/privacy/cookies)

# EXHIBIT B

English

ICANN | LOOKUP (/)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/faq)

www.deterrencedispensed.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** DETERRENCEDISPENSED.COM

**Registry Domain ID:** 2429861828_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS3.EPIK.COM
NS4.EPIK.COM

## Dates

**Registry Expiration:** 2023-09-04 17:26:17 UTC

**Created:** 2019-09-04 17:26:17 UTC

## Contact Information

### Registrant:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** DETERRENCEDISPENSED.COM-1ibetojupmkhl@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

### Administrative:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** DETERRENCEDISPENSED.COM-1ibetojupmkhl@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

### Technical:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** DETERRENCEDISPENSED.COM-1ibetojupmkhl@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

## Registrar Information

**Name:** Epik Holdings Inc

**IANA ID:** 617

## DNSSEC Information

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag:  43211
Algorithm:  13
Digest Type:  2
Digest:  F97EC17FA182F7B71DAB3C4BEFE8B23B268E9574C83CC9B9A642A32D87E45B97

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/deterrencedispensed.com (https://rdap.verisign.com/com/v1/domain/deterrencedispensed.com)

**Last updated from Registry RDAP DB:** 2021-12-14 06:36:14 UTC

**Registrar Server URL:** https://rdap-whois.epik.com/domain/DETERRENCEDISPENSED.COM (https://rdap-whois.epik.com/domain/DETERRENCEDISPENSED.COM)

## Notices and Remarks

### Notices:

**Terms of Service**
 Terms of Service
https://www.epik.com/terms (https://www.epik.com/terms)

**Status Codes**
 For more information on domain status codes, please visit https://icann.org/epp
https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**
 URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf
https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube (http://www.youtube.com/icannnews)   Twitter (https://www.twitter.com/icann)   Linkedin (https://www.linkedin.com/company/icann)   Flickr (http://www.flickr.com/photos/icann)

      

Facebook (http://www.facebook.com/icannorg)   Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)   Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

| Who We Are | Contact Us | Accountability & Transparency | Governance | Help | Data Protection |
| --- | --- | --- | --- | --- | --- |

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)     Terms of Service (https://www.icann.org/privacy/tos)     Cookies Policy (https://www.icann.org/privacy/cookies)