UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERYTOWN FOR GUN SAFETY
ACTION FUND, INC.,

                        Plaintiff,

            - against -

DEFCAD, INC., et al.,

                        Defendants.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

21 Civ. 8704 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ <br><br> If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br> Purpose: _____ |
| | | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br> Particular Motion: _____ <br> All such motions: _____ |
| ☐ | Inquest After Default/ Damages Hearing | | |

Dated:  New York, New York
         April 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge