USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,

                      Plaintiff,

   - against -

DEFCAD, INC. et al.,

                      Defendants.

-------------------------------------------------------------X

21-CV-8704 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This case has been referred to me for general pretrial purposes. By April 18, 2022, the parties shall jointly file a letter of no more than five pages setting forth (1) status of the case; (2) any pending issues that are ripe but have not yet been resolved; (3) the existing schedule for discovery and any other dates that have been set, or, if no schedule currently exists, a proposal for same; and (4) the status of any settlement discussions.

                                      SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2022
         New York, New York

Copies transmitted this date to all counsel of record.