USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,

                      Plaintiff,

   - against -

DEFCAD, INC. et al.,

                      Defendants.

------------------------------------------------------------X

21-CV-8704 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial case management conference held on May 18, 2022:

1. Defendants' request to stay discovery pending determination of their intended motion to dismiss for personal jurisdiction and venue is DENIED. Defendants' request to stay this order is also DENIED.

2. Defendants shall file their motion to dismiss by June 15, 2022; Plaintiff shall file its opposition by July 8, 2022; Defendants shall file their reply, if any, by July 22, 2022.

3. The discovery schedule is as follows:

    a.    Deadline to exchange initial disclosures: June 15, 2022.

    b.    Deadline to serve initial production requests: June 15, 2022.

    c.    Deadline to serve initial interrogatories: June 15, 2022.

    d.    Deadline to join additional parties: July 15, 2022.

    e.    Deadline to amend pleadings: July 15, 2022.

    f.    Deadline to serve requests for admission: Sept. 1, 2022.

    g.    Deadline to complete fact depositions: Sept. 15, 2022

    h.    Deadline to complete fact discovery: Sept. 15, 2022.

        i.        Deadline to complete expert discovery:  Nov. 15, 2022.

4. The limits on discovery set by the FRCP and SDNY Local Rules control.

        SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2022
New York, New York

Copies transmitted this date to all counsel of record.