UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,

                  Plaintiff,

- against -

DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; and PHILLIP ROYSTER,

                  Defendants.

**ORDER**

21 Civ. 8704 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a hearing on Plaintiff's preliminary injunction application (Dkt. No. 13) on **June 3, 2022, at 11:00 a.m.**

        Any additional submissions regarding the pending motion for a preliminary injunction are to be filed by **May 27, 2022**. In particular, the parties should provide any updated information as to personal jurisdiction.

Dated: New York, New York
       May 23, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge