LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*
_____

* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590
_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

May 25, 2022

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc., No. 21-cv-8704 (PGG)

**DEFENDANTS' SUPPLEMENTAL LETTER IN FURTHER SUPPORT OF EMERGENCY LETTER MOTION TO ADJOURN PRELIMINARY INJUNCTION HEARING AND EXTEND TIME FOR SUPPLEMENTAL SUBMISSIONS**

Dear Judge Gardephe:

We represent defendants Defcad, Inc., Phillip Royster, Defcad User xYeezySZN, Odysee User xYeezySZN, The Gatalog, Defcad User Freeman1337, and Twitter User xYeezySZN.

Please accept this letter in further support of Defendants' Emergency Letter Motion to Adjourn Preliminary Injunction Hearing and Extend Time for Supplemental Submissions, filed with the Court yesterday.

I write to inform the Court that this morning I tested positive for Covid-19 and was diagnosed with mild to moderate symptomatic disease. As such, I am required to isolate for at least five days and my symptoms have me spending most of my time resting in bed.

In addition to all of the reasons presented in our initial moving papers yesterday, this new development plainly entitles the Defendants to the relief requested.

Thank you for your attention in this regard.

Hon. Paul G. Gardephe, U.S.D.J.
May 25, 2022
Page 2

                                              Respectfully submitted,

                                              /s/ Daniel L. Schmutter
                                              DANIEL L. SCHMUTTER

DLS/ar
cc:     Marcella Ballard, Esq. (via ECF)