# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> *Plaintiff* <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> *Defendants* | Civil Action No. 1:21-cv-08704-PGG-RWL <br><br> **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, and Phillip Royster ("Defendants-Appellants") in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the orders entered on May 23 and 26, 2022 at ECF Nos. 93, 96, and 97.

/s/ Daniel L. Schmutter
Daniel L. Schmutter, Esq.
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
201-967-8040 (phone)
201-967-0590 (facsimile)
dschmutter@hartmanwinnicki.com
*Attorneys for Defendants-Appellants*

1