<mark>Case 1:21-cv-08704-PGG-RWL   Document 100   Filed 05/31/22   Page 1 of 1</mark>
<mark>Case 1:21-cv-08704-PGG-RWL   Document 98   Filed 05/27/22   Page 1 of 1</mark>

# LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

May 27, 2022

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc., No. 21-cv-8704 (PGG)

**DEFENDANTS' EMERGENCY LETTER MOTION FOR STAY PENDING APPEAL**

Dear Judge Gardephe:

We represent defendants Defcad, Inc., Phillip Royster, Defcad User xYeezySZN, Odysee User xYeezySZN, The Gatalog, Defcad User Freeman1337, and Twitter User xYeezySZN.

Defendants hereby move on an emergency basis for a stay pending appeal of the orders dated May 23, 2022 and May 26, 2022 at ECF Nos. 93, 96, and 97.

Thank you for your attention in this regard.

Respectfully submitted,

/s/ Daniel L. Schmutter
DANIEL L. SCHMUTTER

DLS/ar
cc:   Marcella Ballard, Esq. (via ECF)

**MEMO ENDORSED**
The application is denied.

SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: May 31, 2022