# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> *Plaintiff* <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br> *Defendants* | Civil Action No. 1:21-cv-08704-PGG |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2022, I served hard copies of the following:

1) EMERGENCY MOTION TO BE RELIEVED AS COUNSEL TO DEFENDANT DEFCAD USER FREEMAN1337 (Redacted).

2) EMERGENCY MOTION TO BE RELIEVED AS COUNSEL TO DEFENDANT DEFCAD USER FREEMAN1337 (Unredacted).

on the client DEFCAD USER FREEMAN1337 by UPS OVERNIGHT DELIVERY using the physical address we have on file for the client.

*/s/ Daniel L. Schmutter*
Daniel L. Schmutter