UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,

                  Plaintiff,

- against -

DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; and PHILLIP ROYSTER,

                  Defendants.

**ORDER**

21 Civ. 8704 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The preliminary injunction hearing scheduled for June 16, 2022, is adjourned <u>sine die</u> because the Second Circuit's administrative stay of the May 26, 2022 order (Dkt. No. 97) remains in effect. (<u>See</u> Case No. 22-1183 (2d Cir.) (Dkt. No. 22))

Dated: New York, New York
       June 15, 2022

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge