LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

───────────

* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

───────────

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

July 21, 2022

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:    **Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc., et al.**
              **Civil Action No. 21-cv-8704 (PGG) (RWL)**

Dear Judge Gardephe:

We represent Defendants Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, and Phillip Royster.

We write to Your Honor on behalf of all represented parties in this matter.

The parties participated in a Civil Appeals Mediation Program (CAMP) conference with the Court of Appeals for the Second Circuit yesterday. At the conference, the parties agreed to jointly request, as soon as Your Honor is able to do so, that Your Honor kindly refer this matter to the mediation program for the Southern District of New York so that the parties may promptly engage with a mediator experienced in trademark law.

We thank the Court for its assistance.

                                                    Respectfully submitted,

                                                    /s/ Daniel L. Schmutter
                                                    DANIEL L. SCHMUTTER

DLS/ars
cc:    Marcella Ballard, Esq. (via ECF)
        Elliott Stein, Esq.