**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> *Plaintiff* <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br> *Defendants* | ) <br> ) <br> ) <br> ) Civil Action No. 1:21-cv-08704-PGG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF MOTION TO DISMISS FOR LACK OF JURISIDICTION AND IMPROPER VENUE OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 U.S.C. §1404 AND/OR §1406**

PLEASE TAKE NOTICE that, upon the following papers:

1) Memorandum of Law;

2) Declaration of Cody Wilson;

3) Declaration of Garret Walliman;

4) Declaration of Defcad User xYeezySZN, Odysee User xYeezySZN, and Twitter User xYeezySZN;

5) Declaration of The Gatalog;

6)  Declaration of Defcad User Freeman1337;

7)  Declaration of Phillip Royster;

8) Declaration of Joseph Chavez

and on the prior pleadings, proceedings and papers herein, Defendants Defcad, Inc, Defcad User xYeezySZN, Odysee User xYeezySZN, Twitter User xYeezySZN, The Gatalog, Defcad User Freeman1337, and Phillip Royster hereby move this Court at the United States Courthouse, 40 Foley Square, New York, New York 10007 for an order pursuant to 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure dismissing the complaint for lack of personal jurisdiction and improper venue, or in the alternative, to transfer the case to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. §1404 and/or §1406, and for any other fair and equitable relief that may be appropriate.

Respectfully submitted,

/s/ Daniel L. Schmutter
Daniel L. Schmutter, Esq.
Hartman & Winnicki P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
201-967-8040 (phone)
201-967-0590 (facsimile)
dschmutter@hartmanwinnicki.com

DATED: June 15, 2022

2