**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>DEFCAD, INC.; ODYSEE USER XYEEZYZSN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER,<br><br>        Defendants. | Case No. 1:21-cv-08704 (PGG) |

**DECLARATION OF CODY WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE TO TRANSFER TO THE WESTERN DISTRICT OF TEXAS**

1.      I am over 18 (eighteen) years of age, I am competent to testify to the facts in this Declaration based on my personal knowledge.

2.      I am the President of Defendant, Defcad, Inc., a Delaware corporation ("Defcad").

3.      Defcad is a corporation organized under the laws of Arkansas with a principal place of business of 2320 Donley Dr. Suite C, Austin, Texas 78758-4514.

4.      Defcad has appointed agents for receipt of process in both Arkansas and Texas. See Exhibit 1, (printout of search results for Defcad from the Arkansas Secretary of State's website, https://www.sos.arkansas.gov/corps/); Exhibit 2 (printout of search results for Defcad from the Texas Secetary of State's website, https://mycpa.cpa.state.tx.us).

5.      Defcad has no employees or facilities in the State of New York.

6.      Defcad does not engage in advertising targeted to New York.

7.      Defcad does not conduct business and has never conducted business in or

with anyone in the State of New York.

8.    Defcad has no offices, employees, or agents in New York

9.    Defcad has never paid taxes in New York.

10.    Defcad does not own use or possess any real or personal property in New York.

11.    Defcad has no bank accounts in New York.

12.    Defcad has not registered to do business in New York because Defcad does not do business there.

13.    Defcad hosts a website from which, subject to the limitations previously discussed in the record by me and Garret Walliman, certain individuals are able to download computer files from which firearm parts may be produced on a 3-D printer ("3-D Printable Files").

14.    As a group, the people who come to Defcad to download these files are neither typical of the general public nor even typical of firearm owners. They are highly sophisticated and aware of the politics surrounding firearms, and they are highly engaged in the issues and the debate over firearms in the United States. They are also broadly supportive of the right to keep and bear arms, and they typically strongly oppose the actions and policies of Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), especially as to Everytown's signature issues: opposing 3-D printed guns (so-called "ghost guns"), opposing so-called "assault weapons," and opposing so-called "large capacity magazines."

15.    Moreover, these folks do not simply happen upon Defcad's website. Rather, they seek Defcad out, knowing what Decad has to offer.

16.    Accordingly, the likelihood that anyone coming to the Defcad website and viewing or downloading the 3-D Printable Files that Plaintiff is complaining about would be confused and believe that Everytown is sponsoring guns or gun parts is either zero or virtually zero.

17.     Supporters of Everytown are also highly sophisticated and highly unlikely to be confused by the conduct alleged by Plaintiff. Everytown is without a doubt the largest anti-gun group in the United States. Their profile in this regard is extremely high. They are involved in anti-gun efforts all over the country -- sponsoring rallies, marches, and litigation. Everytown has even attempted to intervene in several lawsuits that have been brought by Defcad's parent company Defense Distributed.

18.     Everytown's intense opposition to 3-D printed guns (so-called "ghost guns"), so-called "assault weapons," and so-called "large capacity magazines" is extremely well known nationwide, and their supporters are highly committed and knowledgeable about the issues Everytown engages. They donate money, wear t-shirts, and distribute pamphlets with great energy and enthusiasm.

19.     Accordingly, Everytown's supporters and constituency are highly  unlikely to be confused and think that Everytown is suddenly selling or sponsoring guns or gun parts, *especially* so-called "ghost guns," so-called "assault weapons," and so-called "large capacity magazines," the very items described in the Complaint.

20.     Further, even unsophisticated individuals are highly unlikely to be confused. Based on the actual files themselves, no one could possibly believe that the files that were uploaded to Defcad could be sponsored by Everytown. Each of the allegedly infringing files uploaded to Defcad is actually a combination of files, some of which contain satirically altered marks. For example, a person downloading the files uploaded by xYeexySZN actually receives a combination of three files, two of which contain altered versions of Plaintiff's trademarks.  One is a file containing the words "MILFS DEMAND ACTION FOR GUN SENSE IN AMERICA" and the other is file containing the words "EVERYGUN SHOULD BE FULL AUTO." (*See* renderings attached hereto Exhibit 3.)

21.     Accordingly, even an unsophisticated person downloading from Defcad would know that these are satirical parody files and could not possibly be confused into thinking that Plaintiff is sponsoring them.

22.    Moreover, Everytown does not sell or sponsor guns or gun parts. Therefore even an unsophisticated person would never be confused into thinking that a gun or gun part bearing the allegedly infringing marks could be sponsored by Everytown.

23.    In response to the allegations by Everytown, another Delaware corporation and, specifically, the assertions in the declarations of Delia Green, I think that it would be helpful for me to explain the steps that Defcad has taken to prevent people in the State of New York from downloading files from Defcad's server: Steps, I might add, that did, in fact, prevent Ms. Green from downloading any such files.

24.    Defcad has determined not to permit its files to be downloaded from persons located in certain geographic areas inside and outside of the United States.  One of those areas is the State of New York.

25.    When contacted by a user – and only as a first step -- Defcad uses geolocation services to determine the location from which a computer user is accessing the Defcad website.

26.    Ms. Green asserts that this system is unreliable but this is only the first step and, if Defcad cannot, using those geolocation services, confirm with a high level of accuracy, that the user is located outside of the areas identified by Defcad as "Restricted," Defcad treats such user as being located in a "Restricted Area" and being a "Restricted User".

27.    Next – whether or not they are Restricted Users – the user is asked to register with the Legio Foundation, a related third party that further verifies the users details and manages the list of users that have access to the Defcad website. Legio charges each user to register.

28.    Once users have registered, Defcad takes additional steps to confirm the

bona fides of the user. Users are required to submit drivers' licenses and photographs and, most recently, answer questions from a then-current knowledge base.

29.    If this process determines that a user is a Restricted, he or she is barred from downloading any files but may, if he or she is, or is associated with, a holder of a federal firearms license (an "FFL") permitted to order a file loaded on a flash drive; he or she is asked to pay $11.00 for this service and then, requested to provide the details of his or her FFL in order to complete this request. Since the alleged "Infringing Files" were uploaded in June 2021, Defcad has not delivered any files in this way to users in the State of New York. Prior to that date, one such file was delivered to an FFL licensee located in New York. Since March 2020, Defcad has delivered ten (10) files to FFL licensees across the United States in this way.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 15, 2022

CODY WILSON

-5-

# EXHIBIT 1



## Search Incorporations, Cooperatives, Banks and Insurance Companies

Notice: This is only a preliminary search and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed

Printer Friendly Version
LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | DEFCAD INC. |
| Fictitious Names | |
| Filing # | 811227681 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | NORTHWEST REGISTERED AGENT, LLC. |
| Agent Address | 701 SOUTH ST. STE 100 |
| | MOUNTAIN HOME, AR 72653 |
| Date Filed | 12/18/2019 |
| Officers | MORGAN NOBLE , Incorporator/Organizer CODY R WILSON , President BENJAMIN DENIO , Vice-President |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Purchase a Certificate of Good Standing for this Entity**     **Pay Franchise Tax for this corporation**

# EXHIBIT 2





# Franchise Tax Account Status

As of : 11/04/2021 17:59:48

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

### DEFCAD INC.

**Texas Taxpayer Number** 32076502882

**Mailing Address** 2320 DONLEY DR STE C AUSTIN, TX 78758-4514

**❸ Right to Transact Business in Texas** ACTIVE

**State of Formation** AR

**Effective SOS Registration Date** 10/23/2020

**Texas SOS File Number** 0803815948

**Registered Agent Name** DEFENSE DISTRIBUTED

**Registered Office Street Address** 2320 DONLEY DR., STE C AUSTIN, TX 78758

# EXHIBIT 3



