**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

EVERYTOWN FOR GUN SAFETY
ACTION FUND, INC.,

*Plaintiff*

v.

DEFCAD, INC.; ODYSEE USER
XYEEZYSZN; DEFCAD USER
XYEEZYSZN; ODYSEE USER
THEGATALOG-
PRINTABLEMAGAZINES; THE
GATALOG; DEFCAD USER
FREEMAN1337; TWITTER USER
XYEEZYSZN; PHILLIP ROYSTER.
*Defendants*

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Civil Action No. 1:21-cv-08704-PGG

**DECLARATION OF GARRET WALLIMAN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE TO TRANSFER TO THE WESTERN DISTRICT OF TEXAS**

1.      I am over 18 (eighteen) years of age, I am competent to testify to the facts in this Declaration based on my personal knowledge.

2.      I have worked for Defense Distributed, Inc. ("Defense Distributed") as Lead Software Developer since 2018.  I hold a Bachelor's degree in Computer Systems Engineering and a Master's degree in Computer Science.

3.      Defense Distributed is the parent corporation of Defcad, Inc. ("Defcad"), a Defendant in this matter.  In my capacity as Lead Software Developer for Defense Distributed, I provide information technology and other software related services for

1

Defcad.  Specifically, I act as a project lead, lead software engineer, and lead quality assurance (QA) engineer for Defcad.  I also provide technical support services related to the software that runs on Defcad's systems, for example, the software that generates the functionality of the website at www.defcad.com ("the website").

4.    I designed and built the website, and am familiar with its function and operation. Specifically, I am familiar with how users provide content to and get content from the website.  I am also familiar with how Defcad conducts transactions that occur through the website.  I am not a resident of New York, and I performed all the work I have done on the website and Defcad's computer systems from outside the state of New York.

5.    I have reviewed the Complaint and Amended Complaint and the Declarations of Delia Green which have been filed in this lawsuit.

6.    I have also reviewed logs kept by Defcad's systems regarding the transactions that Ms. Green attempted through the website.

7.    Before a user is able to receive any computer files from Defcad, Defcad's systems perform a number of security checks to try to ensure that the individual is located in the U.S., and that the files are being provided in accordance with the laws of the user's state.

8.    Defcad's systems use a method called "IP geolocation" to try to determine the state from which the user is accessing the website.  IP geolocation is a third-party service which correlates IP addresses with the last known physical location of the device using this IP address. The IP geolocation service provides this information in a searchable, regularly updated database. An IP geolocation lookup is performed by looking up the IP address of the computer being used in a geolocation database and retrieving the physical

location information corresponding to that IP address. A computer's IP address provides information allowing for the routing of data packets over the internet to that computer. A computer's IP address acts like the physical address that one writes on an envelope when sending a letter through the mail.

9.    In the case of Ms. Green, Defcad's systems indicated that the IP address of the computer being used by Ms. Green to access the website was located in Baltimore, Maryland, not New York.

10.    All Defcad users are required to pass a series of tests when attempting to request access to a file on the website.  My review of logs associated with Ms. Green's Defcad account indicates that she attempted to take this series of tests at least three times. I am able to see in my logs that Ms. Green explicitly failed a test in two of these attempts. In her third attempt, I can see that Ms. Green did not explicitly fail any test, but also did not complete all of the tests in the series. Ms. Green did not successfully pass all of the tests in the series in any of her attempts.

11.    Users accessing the website from computers with IP addresses associated with certain states are subject to additional requirements before they can complete a transaction on the website.  We call these heightened requirements "Level 0 security". Maryland is one of these Level 0 states.  Ms. Green was flagged as a Level 0 user.  I know this because the system detected her as coming from a Maryland IP address, and she saw an "add to cart" button during her attempted transactions.  *See* Green Declaration, paragraphs 17, 20 and 29 and Exhibits C, D and G.  The "add to cart" experience is only provided to Level 0 security users.

12.    Defcad only sends files to Level 0 users who hold or are associated with a

3

Federal Firearms License ("FFL").  To complete the checkout process, Level 0 security users must provide information regarding their FFL, including the license number and zip code of the FFL holder.  If they do this, they must then pay a fee for processing and handling of the files. This fee is paid in Bitcoin. At that point, the transaction is complete, and the order is forwarded to Defcad employees for fulfillment.

13.     Defcad fulfills the Level 0 orders by loading the requested files on to a USB flash drive, then shipping it to the registered FFL address.  Level 0 users cannot download any files from the website.

14.     Ms. Green set up an account on the website, but she never performed all the steps necessary to complete a transaction.  Ms. Green never received any files.  She was never in a position to receive any files because she never completed all the steps necessary to complete a transaction.  She was never able to download any files from the website, because she was flagged as a Level 0 Security user.

15.     Even had she completed all the steps necessary to complete the transaction, she would never have received any files.  This is because Defcad does not ship files to any user known or believed to be in the state of New York. If Ms. Green had continued in her attempt to complete one of her transactions, which our system showed originated in Maryland, Defcad would still have refused the order once it became aware that Ms. Green was a resident of New York.

16.     Consistent with Defcad's blocking of downloads in New York, Defcad does not ship files to New York FFL holders, in accordance with a similar policy to refuse to ship files to New Jersey FFL holders. Defcad does this because New York and

New Jersey have objected to Defcad providing files to people in those states.

17.    Other than a single flash drive that happened to be shipped to a New York based FFL in May of 2021, Defcad has not permitted any individuals known or believed by Defcad to be residents of the State of New York to receive any files, by any method, since 2020. Because this one flash drive was sent prior to any of the subject files being uploaded to Defcad.com, none of the files on the flash drive were or could have been the subject files

18.    None of the files cited in the Complaint, or Ms. Green's Declaration, which are allegedly hosted on Defcad, have ever been provided, by any method, to individuals known or suspected by Defcad to be residents of the state of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

GARRET WALLIMAN

Dated: June 15, 2022

5

New Jersey have objected to Defcad providing files to people in those states.

17.    Other than a single flash drive that happened to be shipped to a New York based FFL in May of 2021, Defcad has not permitted any individuals known or believed by Defcad to be residents of the State of New York to receive any files, by any method, since 2020. Because this one flash drive was sent prior to any of the subject files being uploaded to Defcad.com, none of the files on the flash drive were or could have been the subject files

18.    None of the files cited in the Complaint, or Ms. Green's Declaration, which are allegedly hosted on Defcad, have ever been provided, by any method, to individuals known or suspected by Defcad to be residents of the state of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

GARRET WALLIMAN

Dated: June 15, 2022

5