UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERYTOWN FOR GUN SAFETY
ACTION FUND, INC.,

                   Plaintiff,

- against -

DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; and PHILLIP ROYSTER,

                   Defendants.

**MEDIATION REFERRAL ORDER**

21 Civ. 8704 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

       This case is referred to this District's mediation program. Local Rule 83.9 and the Mediation Program Procedures will govern the mediation, and the parties are directed to participate in the mediation in good faith.

Dated: New York, New York
       July 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge