# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> *Plaintiff* <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br> *Defendants* | Civil Action No. 1:21-cv-08704-PGG |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2022, I electronically filed the following with the Clerk of Court:

SUPPLEMENTAL LETTER BRIEF IN FURTHER SUPPORT OF EMERGENCY MOTION TO BE RELIEVED AS COUNSEL TO DEFENDANT DEFCAD USER FREEMAN1337 (Redacted).

SUPPLEMENTAL DECALRATION OF DANIEL L. SCHMUTTER IN FURTHER SUPPORT OF EMERGENCY MOTION TO BE RELIEVED AS COUNSEL TO DEFENDANT DEFCAD USER FREEMAN1337 (Redacted).

by using the CM/ECF system which will then send notification and copies of this filing to the

following:

Meaghan Hemmings Kent
Venable LLP (DC)
600 Massachusetts Ave. NW
Washington DC 20001
(202) 344-8300
Email: mhkent@venable

Marcella Ballard
Venable LLP (NY)
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 370-6289
Email: mballard@venable.com

*Counsel for Plaintiff*
*Everytown for GunSafety Action Fund, Inc.*

On September 6, 2022, I further provided by email an unredacted version of the foregoing document to the chambers of the Honorable Paul G. Gardephe, U.S.D.J. for **IN CAMERA** review as well as the redacted version.

On September 6, 2022, I further served both an unredacted and the filed redacted version of the foregoing document on the client DEFCAD USER FREEMAN1337 by email using the usual email address that has been used since the beginning of this matter for all communication with the client.

*/s/ Daniel L. Schmutter*_____
Daniel L. Schmutter