# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-two.

Before:   Jon O. Newman,
          *Circuit Judge,*

---

Everytown for Gun Safety Action Fund, Inc.,

    Plaintiff - Appellee,

v.

Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, Phillip Royster,

    Defendants - Appellants,

Twitter, Inc.,

    Intervenor.

**ORDER**

Docket No. 22-1183

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: Sep 09 2022]

---

Appellants move for an extension of time to file their principal brief to either 30 days from the current due date or 30 days from the time the district court provides the clarification this Court ordered in the non-dispositive summary order dated July 12, 2022, whichever is later.

IT IS HEREBY ORDERED that the motion is GRANTED as requested.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 9, 2022