**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | Civil Action No. 1:21-cv-08704-PGG-RWL |
| Plaintiff, | |
| v. | |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| Defendants. | |

Pursuant to Local Civil Rule 1.4, Meaghan H. Kent, of the law firm of Venable LLP, hereby enters this motion to withdraw as counsel for Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), subject to approval by the Court. This motion is based on the accompanying Declaration of Meaghan H. Kent.

In support of this motion to withdraw, Everytown has been notified and consents to the withdrawal of Ms. Kent. Everytown will continue to be represented in this matter by its counsel of record Marcella Ballard, Maria Sinatra, and Alicia Sharon from the law firm of Venable LLP.

Ms. Kent's withdrawal will not materially affect the interests of Everytown or interfere with these proceedings.

Counsel also requests that Ms. Kent be removed from the Court's CM/ECF email notification list for this case.

Dated: September 30, 2022

VENABLE LLP

*/s/Marcella Ballard*
Marcella Ballard
Maria Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: 212-370-6289
Fax: 212-307-5598
mballard@venable.com
mrsinatra@venable.com

Meaghan H. Kent*
Alicia Sharon*
600 Massachusetts Avenue NW
Washington, DC 20001
Phone: 202.344.4000
Fax: 202.344.8300
MHKent@Venable.com
ASharon@venable.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiff Everytown for Gun Safety Action Fund, Inc.*

Motion granted.

SO ORDERED:

9/30/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

4

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of September 2022, a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF and supporting documents were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

<u>s/Marcella Ballard</u>
Marcella Ballard

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | Civil Action No. 1:21-cv-08704-PGG-RWL |
| Plaintiff, | |
| v. | |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| Defendants. | |

Now before the Court is the Motion to Withdraw as Counsel for Plaintiff Everytown For Gun Safety Action Fund, Inc. and the supporting documents thereto.

The Motion has been considered and is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: _____, 2022      _____
New York, New York                                               HON. PAUL G. GARDEPHE
                                                                                    United States District Court Judge

1