

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS, 24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500 F 212.307.5598 www.Venable.com

November 14, 2022

**T 212.370.6289**
**F 212.307.5598**
MBallard@Venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2022

**VIA ECF**
Judge Robert W. Lehrburger
500 Pearl Street, Room 18D
United States Courthouse
Southern District of New York
New York, New York 10007

Re: **Everytown for Gun Safety Action Fund, Inc. v. Defcad, Inc., et al., Case No. 21-cv-08704**

Dear Judge Lehrburger:

We write on behalf of Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendants Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Twitter User xYeezySZN, and Phillip Royster (together "Defendants") to respectfully request an extension of the current case deadlines in the above captioned case.

Previously, the Parties sought an extension of the following case deadlines, which the Court granted. *See* ECF Nos. 137, and 138.

| | **Original Scheduling Order** | **Modified Deadline per ECF 138** |
|---|---|---|
| Deadline to Complete Fact Depositions | September 15, 2022 | November 14, 2022 |
| Deadline to Complete Fact Discovery | September 15, 2022 | November 14, 2022*<br><br>*Extension for Requests for Admission only. |
| Deadline to Complete Expert Discovery | November 15, 2022 | January 30, 2023 |





Since the Parties previous request for an extension, they have continued to engage in settlement discussions under the auspices of the Southern District Court's Mediation Program in this matter that have the potential to resolve the dispute amongst the Parties. The Parties believe that good cause exists for an additional extension of the case deadlines as proposed below because an extension will allow them to continue to explore settlement without further burdening the Court.

| | **Current Deadlines per ECF 138** | **Proposed Deadlines** |
|---|---|---|
| Deadline to Complete Fact Depositions | November 14, 2022 | January 31, 2023 |
| Deadline to Complete Fact Discovery | November 14, 2022*<br><br>*Extension for Requests for Admission only. | January 31, 2023*<br><br>*Extension for deadline to serve responses and objections to Requests for Admission only |
| Deadline to Complete Expert Discovery | January 30, 2023 | March 31, 2023 |

Modifying the case deadlines as proposed above will not burden the Court given that a trial date has not yet been set in this matter.

Respectfully submitted,

/s/Marcella Ballard

Cc: Counsel of Record

Granted.

SO ORDERED:

11/15/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE