**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : |
| Plaintiff, | : Civil Action No. 21-cv-08704-PGG |
| v. | : |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | : [PROPOSED] ORDER |
| Defendants. | : |

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant

Defcad, Inc. ("Defcad") (together the "Parties") hereby agree to entry of a joint stipulated Order

as follows:

WHEREAS Everytown and Defcad are interested in resolving the issues in the First

Amended Complaint [ECF 89] ("FAC") in this action, and have negotiated in good faith for that

purpose;

WHEREAS Everytown has identified certain file listings ("Files") in the FAC that have

been uploaded to and are accessible on www.defcad.com as follows:

1. "Everytown" 3D Printable AR 15 22LR Magazine (https://defcad.com/library/c4e0a685-04ad-4034-ab25-44f90b09a725/);

1

2.  Everytown – Firebolt 5.56 Bold Catch (r) Magwell Panel

    (https://defcad.com/library/b53093c0-5214-475a-bb23-fc7684ef1ff3/); and

3.  Moms Demand Action – Firebolt 5.56 Bolt Catch Magwell

    (https://defcad.com/library/2d0f5a72-3147-4076-9ed9-9aa843710f67/).

    IT IS HEREBY STIPULATED AND AGREED by Everytown and Defcad:

1.  Defcad shall permanently takedown the Files from the Defcad website and make the Files

    inaccessible to the public on the Defcad website within two (2) business days of entry of

    this stipulated Order: and

2.  Defcad shall submit to only limited jurisdiction in the U.S. District Court for the Southern

    District of New York solely for the purpose of enforcing this Order.

IT IS HEREBY STIPULATED

Dated: March 2, 2023                          EVERYTOWN FOR GUN SAFETY ACTION
                                              FUND, INC.

                                              By:  /s/Marcella Ballard_____

                                              VENABLE LLP
                                              Marcella Ballard
                                              Maria Sinatra
                                              1270 Avenue of the Americas, 24th Floor
                                              New York, NY 10020
                                              Tel: 212-370-6289
                                              Fax: 212-307-5598
                                              mballard@venable.com
                                              mrsinatra@venable.com

                                              Attorneys for Plaintiff Everytown for Gun Safety
                                              Action Fund, Inc.

Dated: March 2, 2023                     DEFCAD, INC.

                                          By:  _/s/Daniel Louis Schmutter___

                                          HARTMAN & WINNICKI, P.C.
                                          Daniel Louis Schmutter
                                          74 Passaic Street
                                          Ridgewood, NJ 07450
                                          201 967 8040
                                          Fax: 201 967 0590
                                          dschmutter@hartmanwinnicki.com

                                          STEVENS & LEE
                                          Elliott J. Stein
                                          100 Lenox Drive, Suite 200
                                          Lawrenceville, New Jersey 08648
                                          (609) 243-9111
                                          ejs@stevenslee.com

                                          Attorneys for Defendant Defcad, Inc.


**IT IS SO ORDERED.**


Dated:                                    _____
                                          HONORABLE PAUL G. GARDEPHE
                                          UNITED STATES DISTRICT COURT JUDGE