IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 21-cv-08704-PGG <br><br> **[PROPOSED] ORDER** |

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant The Gatalog ("Gatalog") stipulate to entry of a joint stipulated order as follows:

WHEREAS Everytown and Gatalog are interested in resolving the issues in the First Amended Complaint [ECF 89] ("FAC") and have negotiated in good faith for that purpose;

WHEREAS Everytown identified certain links to file listings or accounts ("Links") in the FAC which Links can or previously could be found on www.thegatalog.com and/or other online webpages and social media accounts owned and/or operated by Gatalog: www.ctrlpew.com (CTRL+pew) and https://www.instagram.com/thegatalog/, (suspended/deleted) as follows:

1. 'Everytown' 3D Printable AR15 22lr Magazine (https://odysee.com/@TheGatalog-PrintableMagazines:6/everytown-cmmg-22lr-mag-25round:f);

2. File Drop: 'Everytown' 3D Printable AR15 22lr Magazine (https://ctrlpew.com/file-drop-everytown-3d-printable-ar15-22lr-magazine/); and

3. www.instagram.com/p/CQmac_SgTTe/ (a screenshot of the link contained within FAC Exhibit 6 is attached to this Order as **Exhibit A**) (suspended/not accessible).

IT IS HEREBY STIPULATED AND AGREED:

1. Gatalog shall permanently takedown the Links on active online webpages and active social media accounts owned and/or operated by the Defendant and make the Links inaccessible to the public within 2 business days of entry of this stipulated order; and

2. Gatalog shall submit to only limited jurisdiction in the U.S. District Court for the Southern District of New York solely for the purpose of enforcing this Order

IT IS HEREBY STIPULATED

Dated: March 2, 2023                   EVERYTOWN FOR GUN SAFETY ACTION
                                       FUND, INC.

                                       By:  /s/Marcella Ballard_____

                                       VENABLE LLP
                                       Marcella Ballard
                                       Maria Sinatra
                                       1270 Avenue of the Americas, 24th Floor
                                       New York, NY 10020
                                       Tel: 212-370-6289
                                       Fax: 212-307-5598
                                       mballard@venable.com
                                       mrsinatra@venable.com

                                       *Attorneys for Plaintiff Everytown for Gun Safety Action Fund, Inc.*

Dated: March 2, 2023          THE GATALOG

By: /s/Daniel Louis Schmutter

HARTMAN & WINNICKI, P.C.
Daniel Louis Schmutter
74 Passaic Street
Ridgewood, NJ 07450
201 967 8040
Fax: 201 967 0590
dschmutter@hartmanwinnicki.com

*Attorneys for Defendant The Gatalog*

**IT IS SO ORDERED.**

Dated: _____

HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**

