IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : : : : : : : : : : : : : : | Civil Action No. 21-cv-08704-PGG<br><br>**ORDER** |
| Plaintiff, | | |
| v. | | |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | | |
| Defendants. | | |

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant Defcad, Inc. ("Defcad") (together the "Parties") hereby agree to entry of a joint stipulated Order as follows:

WHEREAS Everytown and Defcad are interested in resolving the issues in the First Amended Complaint [ECF 89] ("FAC") in this action, and have negotiated in good faith for that purpose;

WHEREAS Everytown has identified certain file listings ("Files") in the FAC that have been uploaded to and are accessible on www.defcad.com as follows:

1. "Everytown" 3D Printable AR 15 22LR Magazine (https://defcad.com/library/c4e0a685-04ad-4034-ab25-44f90b09a725/);

2. Everytown – Firebolt 5.56 Bold Catch (r) Magwell Panel

   (https://defcad.com/library/b53093c0-5214-475a-bb23-fc7684ef1ff3/); and

3. Moms Demand Action – Firebolt 5.56 Bolt Catch Magwell

   (https://defcad.com/library/2d0f5a72-3147-4076-9ed9-9aa843710f67/).

IT IS HEREBY STIPULATED AND AGREED by Everytown and Defcad:

1. Defcad shall permanently takedown the Files from the Defcad website and make the Files inaccessible to the public on the Defcad website within two (2) business days of entry of this stipulated Order: and

2. Defcad shall submit to only limited jurisdiction in the U.S. District Court for the Southern District of New York solely for the purpose of enforcing this Order.

IT IS HEREBY STIPULATED

Dated: March 2, 2023                    EVERYTOWN FOR GUN SAFETY ACTION
                                        FUND, INC.

                                        By: _/s/Marcella Ballard_____

                                        VENABLE LLP
                                        Marcella Ballard
                                        Maria Sinatra
                                        1270 Avenue of the Americas, 24th Floor
                                        New York, NY 10020
                                        Tel: 212-370-6289
                                        Fax: 212-307-5598
                                        mballard@venable.com
                                        mrsinatra@venable.com

                                        Attorneys for Plaintiff Everytown for Gun Safety
                                        Action Fund, Inc.

Dated: March 2, 2023                    DEFCAD, INC.

By: _/s/Daniel Louis Schmutter___

HARTMAN & WINNICKI, P.C.
Daniel Louis Schmutter
74 Passaic Street
Ridgewood, NJ 07450
201 967 8040
Fax: 201 967 0590
dschmutter@hartmanwinnicki.com

STEVENS & LEE
Elliott J. Stein
100 Lenox Drive, Suite 200
Lawrenceville, New Jersey 08648
(609) 243-9111
ejs@stevenslee.com

Attorneys for Defendant Defcad, Inc.

**IT IS SO ORDERED.**

Dated: March 8, 2023               _____
                                   HONORABLE PAUL G. GARDEPHE
                                   UNITED STATES DISTRICT COURT JUDGE

3