IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 21-cv-08704-PGG |
| v. | : : | |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | : : : : : : : | **[ORDER** |
| Defendants. | : : | |

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant The Gatalog ("Gatalog") stipulate to entry of a joint stipulated order as follows:

WHEREAS Everytown and Gatalog are interested in resolving the issues in the First Amended Complaint [ECF 89] ("FAC") and have negotiated in good faith for that purpose;

WHEREAS Everytown identified certain links to file listings or accounts ("Links") in the FAC which Links can or previously could be found on www.thegatalog.com and/or other online webpages and social media accounts owned and/or operated by Gatalog: www.ctrlpew.com (CTRL+pew) and https://www.instagram.com/thegatalog/, (suspended/deleted) as follows:

1. 'Everytown' 3D Printable AR15 22lr Magazine (https://odysee.com/@TheGatalog-PrintableMagazines:6/everytown-cmmg-22lr-mag-25round:f);

2. File Drop: 'Everytown' 3D Printable AR15 22lr Magazine (https://ctrlpew.com/file-drop-everytown-3d-printable-ar15-22lr-magazine/); and

3. www.instagram.com/p/CQmac_SgTTe/ (a screenshot of the link contained within FAC Exhibit 6 is attached to this Order as **Exhibit A**) (suspended/not accessible).

IT IS HEREBY STIPULATED AND AGREED:

1. Gatalog shall permanently takedown the Links on active online webpages and active social media accounts owned and/or operated by the Defendant and make the Links inaccessible to the public within 2 business days of entry of this stipulated order; and

2. Gatalog shall submit to only limited jurisdiction in the U.S. District Court for the Southern District of New York solely for the purpose of enforcing this Order

IT IS HEREBY STIPULATED

Dated: March 2, 2023                    EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.

By: /s/Marcella Ballard

VENABLE LLP
Marcella Ballard
Maria Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: 212-370-6289
Fax: 212-307-5598
mballard@venable.com
mrsinatra@venable.com

*Attorneys for Plaintiff Everytown for Gun Safety Action Fund, Inc.*

Dated: March 2, 2023				THE GATALOG

					By: /s/Daniel Louis Schmutter

					HARTMAN & WINNICKI, P.C.
					Daniel Louis Schmutter
					74 Passaic Street
					Ridgewood, NJ 07450
					201 967 8040
					Fax: 201 967 0590
					dschmutter@hartmanwinnicki.com

					*Attorneys for Defendant The Gatalog*

**IT IS SO ORDERED.**

Dated: March 8, 2023			_____
					HONORABLE PAUL G. GARDEPHE
					UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

