**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : |
| Plaintiff, | : |
| v. | : |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | : |
| Defendants. | : |

Civil Action No. 21-cv-08704-PGG

**ORDER**

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendants Phillip Royster, Odysee User xYeezySZN, Defcad User xYeezySZN, and Twitter User xYeezySZN ("Royster Defendants") hereby agree to entry of a joint stipulated Order as follows:

WHEREAS Everytown and the Royster Defendants are interested in resolving the issues in the First Amended Complaint [ECF 89] ("FAC") and have negotiated in good faith for that purpose;

WHEREAS Everytown identified certain file listings ("Files") in the FAC that pertain to the Royster Defendants on online webpages, such as www.odysee.com and www.defcad.com, and social media accounts owned and/or operated by the Royster Defendants as follows:

1. Everytown – Firebolt 5.56 Bold Catch (r) Magwell Panel

   (https://defcad.com/library/b53093c0-5214-475a-bb23-fc7684ef1ff3/);

2. Moms Demand Action – Firebolt 5.56 Bolt Catch Magwell

   (https://defcad.com/library/2d0f5a72-3147-4076-9ed9-9aa843710f67/);

3. Everytown -Firebolt Magwell (R) 5.56 Bolt Catch;

   (https://odysee.com/@xYeezySZN:f/EverytownFireboltMagwell:f);

4. Moms Demand – Firebolt Magwell (R) 5.56 Bolt Catch;

   (https://odysee.com/@xYeezySZN:f/MomsDemandFirebolt:7); and

5. www.twitter.com/xYeezySZN/status/1445050876318605322 (a screenshot of the link

   contained within FAC Exhibit 6 is attached to this Order as **Exhibit A**).

   IT IS HEREBY STIPULATED AND AGREED:

1. Royster Defendants shall permanently takedown the Files on online webpages and social

   media accounts, such as accounts with www.odysee.com and www.defcad.com,

   controlled, owned and/or operated by the Royster Defendants ("Active Accounts") and

   make the Files inaccessible to the public within 2 business days of entry of this stipulated

   Order; the Parties acknowledge that the twitter.com account referenced above is not

   currently active and cannot be taken down.

2. Royster Defendants shall not advertise, sponsor, offer to sell, sell and/or distribute files

   for the manufacture of 3D printed guns, gun parts and/or gun accessories bearing the

   registered trademarks specifically listed in paragraphs 78 and 79 of Everytown's FAC,

   attached hereto within **Schedule 1** (the "Schedule 1 Marks"), provided that this

   restriction will not apply to the use or depiction of the flag of the United States and/or a

   check mark[1], or facsimile thereof notwithstanding any of the Schedule 1 Marks.

3. Royster Defendants shall not advertise, sponsor, offer to sell, sell and/or distribute files

---

[1] An example of a "check mark" symbol is depicted as follows: ✓

for the manufacture of 3D printed guns, gun parts and/or gun accessories bearing any of the trademarks listed within **Schedule 2** attached hereto (the "Schedule 2 Marks"), or any marks confusingly similar to the Schedule 1 Marks or Schedule 2 Marks (collectively, the Schedule 1 Marks and Schedule 2 Marks, the "Everytown Marks"), which mark is likely to cause consumer confusion as to the source of the goods or services being advertised, sponsored, offered for sale, sold, or distributed by the Royster Defendants or is likely to dilute[2] the distinctiveness of the Everytown Marks provided, however, that the use or depiction of the flag of the United States and/or a check mark, or facsimile thereof shall not form the basis for a finding of confusion.

4. Represent, by any means whatsoever, that the Royster Defendants, or any goods or services offered by the Royster Defendants are sponsored by, affiliated with, or approved in any way by Everytown.

5. If Everytown identifies one or more Files on Active Accounts that Everytown alleges is an infringement of one or more of the Everytown Marks, Everytown shall notify the Royster Defendants in writing, by certified and regular mail at their last known address, or the specific File(s), detailing the grounds for the assertion. If within five business days of receiving notice, the Royster Defendants remove the File(s) from public access on the Active Accounts, the Royster Defendants shall not be deemed to be or have been in violation of this Order.

6. Royster Defendants shall submit to only limited jurisdiction in the U.S. District Court for the Southern District of New York solely for the purpose of enforcing this Order.

---

[2] For purposes of this Order, "dilute" refers to conduct prohibited under New York General Business Law Section 360-L.

IT IS HEREBY STIPULATED:

Dated: March 2, 2023

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.

By: ___/s/Marcella Ballard_____

VENABLE LLP
Marcella Ballard
Maria Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: 212-370-6289
Fax: 212-307-5598
mballard@venable.com
mrsinatra@venable.com

Attorneys for Plaintiff Everytown for Gun Safety Action Fund, Inc.

Dated: March 2, 2023

PHILLIP ROYSTER, DEFCAD USER XYEEZYSZN; ODYSEE USER XYEEZYSZN; and TWITTER USER XYEEZYSZN

By: /s/Daniel Louis Schmutter

HARTMAN & WINNICKI, P.C.
Daniel Louis Schmutter
74 Passaic Street
Ridgewood, NJ 07450
201 967 8040
Fax: 201 967 0590
dschmutter@hartmanwinnicki.com

Attorneys for Defendants Phillip Royster, Odysee User xYeezySZN, Defcad User xYeezySZN, and Twitter User xYeezySZN

**IT IS SO ORDERED.**

Dated:  March 8, 2023

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A to Order**



**SCHEDULE 1 to Order**

| | USPTO Registration No. | Trademark |
|---|---|---|
| 1 | 5142124 | EVERYTOWN |
| 2 | 5092082 | EVERYTOWN |
| 3 | 5223511 | EVERYTOWN FOR GUN SAFETY ACTION FUND |
| 4 | 5142128 | EVERYTOWN FOR GUN SAFETY SUPPORT FUND |
| 5 | 4569205 | MOMS DEMAND ACTION |
| 6 | 5092084 | MOMS DEMAND ACTION |
| 7 | 5142125 | |
| 8 | 5142126 | |
| 9 | 5092083 | |
| 10 | 6213804 | |
| 11 | 5151549 | |

### SCHEDULE  2 to Order

|    | U.S. Registration No. and/or Serial No. |
|----|------------------------------------------|
| 1  | 5912342 |
| 2  | 5912346 |
| 3  | 90874675 |
| 4  | 90874708 |
| 5  | 6275180 |
| 6  | 6436062 |
| 7  | 6364605 |
| 8  | 6436063 |
| 9  | 5330287 |
| 10 | 5498025 |
| 11 | 5481255 |
| 12 | 5078530 |
| 13 | 5807091 |
| 14 | 5134188 |
| 15 | 5092024 |
| 16 | 6380618 |
| 17 | 6380619 |
| 18 | 5801150 |
| 19 | 6464097 |
| 20 | 5481254 |
| 21 | 5092064 |
| 22 | 6280093 |
| 23 | 97636630 |
| 24 | 97636622 |
| 25 | 5093025 |
| 26 | 6148355 |