**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : | |
| | : | Civil Action No. 21-cv-08704-PGG |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO EITHER PARTY**

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant Defcad, Inc. ("Defcad") hereby stipulate as follows:

1. Everytown and Defcad have reached a settlement of the above-captioned action, and as a condition of their settlement, the Parties have agreed to the entry of a Stipulated Order.

2. This Court entered the Stipulated Order on March 8, 2023 [DKT. 149].

3. Everytown now agrees to dismiss its claims against Defcad with prejudice.

Therefore, Everytown and Defcad stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Everytown voluntarily dismisses its claims against Defcad with

prejudice.  Everytown and Defcad waive any right to recover attorneys' fees or costs from each other in connection with the above-captioned action upon dismissal.

All parties who have appeared in this action on behalf of Everytown or Defcad have signed this stipulation below, by themselves or through their respective attorneys of record.

Respectfully submitted,

Dated: March 15, 2023

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.

By: /s/Marcella Ballard_____

VENABLE LLP
Marcella Ballard
Maria Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: 212-370-6289
Fax: 212-307-5598
mballard@venable.com
mrsinatra@venable.com

*Attorneys for Plaintiff Everytown for Gun Safety Action Fund, Inc.*

Dated: March 15, 2023

DEFCAD, INC.

By: /s/Daniel Louis Schmutter_____

HARTMAN & WINNICKI, P.C.
Daniel Louis Schmutter
74 Passaic Street
Ridgewood, NJ 07450
201 967 8040
Fax: 201 967 0590
dschmutter@hartmanwinnicki.com

STEVENS & LEE
Elliott J. Stein
100 Lenox Drive, Suite 200
Lawrenceville, New Jersey 08648

2

(609) 243-9111
ejs@stevenslee.com

*Attorneys for Defendant Defcad, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | : : : |
| Plaintiff, | : |
| v. | : |
| DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. | : : : : : : |
| Defendants. | : : |

Civil Action No. 21-cv-08704-PGG

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

Upon stipulation by Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant Defcad, Inc. ("Defcad") requesting that Everytown's claims against Defcad be dismissed with prejudice, and for good cause shown:

**IT IS HEREBY ORDERED** that all claims against Defcad are dismissed, with prejudice, in connection with the above-captioned action.  Each party assumes its own attorneys' fees and costs.

Dated: _____, 2023

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE