**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 21-cv-08704-PGG |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO EITHER PARTY**

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant Defcad, Inc. ("Defcad") hereby stipulate as follows:

1. Everytown and Defcad have reached a settlement of the above-captioned action, and as a condition of their settlement, the Parties have agreed to the entry of a Stipulated Order.

2. This Court entered the Stipulated Order on March 8, 2023 [DKT. 149].

3. Everytown now agrees to dismiss its claims against Defcad with prejudice.

Therefore, Everytown and Defcad stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Everytown voluntarily dismisses its claims against Defcad with

prejudice. Everytown and Defcad waive any right to recover attorneys' fees or costs from each other in connection with the above-captioned action upon dismissal.

All parties who have appeared in this action on behalf of Everytown or Defcad have signed this stipulation below, by themselves or through their respective attorneys of record.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 16, 2023 | EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.<br><br>By: _____<br><br>VENABLE LLP<br>Marcella Ballard<br>Maria Sinatra<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Tel: 212-370-6289<br>Fax: 212-307-5598<br>mballard@venable.com<br>mrsinatra@venable.com<br><br>*Attorneys for Plaintiff Everytown for Gun Safety Action Fund, Inc.* |
| Dated: March 16, 2023 | DEFCAD, INC.<br><br>By: _____<br><br>HARTMAN & WINNICKI, P.C.<br>Daniel Louis Schmutter<br>74 Passaic Street<br>Ridgewood, NJ 07450<br>201 967 8040<br>Fax: 201 967 0590<br>dschmutter@hartmanwinnicki.com<br><br>STEVENS & LEE<br>Elliott J. Stein<br>100 Lenox Drive, Suite 200<br>Lawrenceville, New Jersey 08648 |

(609) 243-9111
ejs@stevenslee.com

*Attorneys for Defendant Defcad, Inc.*