**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 21-cv-08704-PGG |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO EITHER PARTY**

Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendants Phillip Royster, Odysee User xYeezySZN, Defcad User xYeezySZN, and Twitter User xYeezySZN ("Royster Defendants") hereby stipulate as follows:

1. Everytown and the Royster Defendants have reached a settlement of the above-captioned action, and as a condition of their settlement, the Parties have agreed to the entry of a Stipulated Order.

2. This Court entered the Stipulated Order on March 8, 2023 [DKT. 151.

3. Everytown now agrees to dismiss its claims against the Royster Defendants with prejudice.

1

Therefore, Everytown and the Royster Defendants stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Everytown voluntarily dismisses its claims against the Royster Defendants with prejudice. Everytown and the Royster Defendants waive any right to recover attorneys' fees or costs from each other in connection with the above-captioned action upon dismissal.

All parties who have appeared in this action on behalf of Everytown or the Royster Defendants have signed this stipulation below, by themselves or through their respective attorneys of record.

Dated: March 16, 2023

Respectfully submitted,

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.

By: _____

VENABLE LLP
Marcella Ballard
Maria Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: 212-370-6289
Fax: 212-307-5598
mballard@venable.com
mrsinatra@venable.com

*Attorneys for Plaintiff Everytown for Gun Safety Action Fund, Inc.*

Dated: March 16, 2023

PHILLIP ROYSTER, DEFCAD USER XYEEZYSZN; ODYSEE USER XYEEZYSZN; and TWITTER USER XYEEZYSZN

By: _____

HARTMAN & WINNICKI, P.C.
Daniel Louis Schmutter
74 Passaic Street

Ridgewood, NJ 07450
201 967 8040
Fax: 201 967 0590
dschmutter@hartmanwinnicki.com

Attorneys for Defendants Phillip Royster, Odysee User xYeezySZN, Defcad User xYeezySZN, and Twitter User xYeezySZN

3