IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 21-cv-08704-PGG |

**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE**

Upon stipulation by Plaintiff Everytown for Gun Safety Action Fund, Inc. ("Everytown"), and Defendant Defcad, Inc. ("Defcad") requesting that Everytown's claims against Defcad be dismissed with prejudice, and for good cause shown:

**IT IS HEREBY ORDERED** that all claims against Defcad are dismissed, with prejudice, in connection with the above-captioned action. Each party assumes its own attorneys' fees and costs.

Dated: __March 28__, 2023

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE