## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 21-cv-08704-PGG <br><br> **CLERK'S CERTIFICATE OF DEFAULT** |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 22, 2021 with the filing of summonses, a complaint, and other case initiating documents. A copy of the summons and complaint were served on Defendant Odysee User TheGatalog-PrintableMagazines by electronic mail on April 25, 2022 pursuant to the Court's November 5, 2021 Order (Dkt. 30, at 4) granting alternative service. *See* ECF 88 (containing proof of service for summons and complaint).

I further certify that the complaint was amended on May 2, 2022. Dkt. 89.  A copy of the amended complaint was served on Defendant Odysee User TheGatalog-PrintableMagazines on May 2, 2022 by electronic mail pursuant to the Court's November 5, 2021 Order (Dkt. 30, at 4). *See* Dkt. 90 (containing proof of service for amended complaint).

1

I further certify that the docket entries indicate that Defendant Odysee User TheGatalog-PrintableMagazines has not filed an answer or otherwise responded with respect to Everytown's complaint or amended complaint herein. The default of Defendant User TheGatalog-PrintableMagazines is hereby noted.

Dated: New York, New York

    April 5    , 2023                                          RUBY J. KRAJICK
                                                                    Clerk of Court

                                      By:_____
                                                  Deputy Clerk