IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFCAD, INC.; ODYSEE USER XYEEZYSZN; DEFCAD USER XYEEZYSZN; ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES; THE GATALOG; DEFCAD USER FREEMAN1337; TWITTER USER XYEEZYSZN; PHILLIP ROYSTER. <br><br> Defendants. | Civil Action No. 1:21-cv-08704-PGG-RWL |

## ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT ODYSEE USER THEGATALOG-PRINTABLEMAGAZINES

This matter having come before the Court on Plaintiff's Application and Motion for Default Judgment as to Defendant Odysee User TheGatalog-PrintableMagazines ("Defendant"), and the Court having considered the following documents attached hereto:

1. Plaintiff's Application for Entry of Motion for Default Judgment;

2. Declaration of Maria Sinatra in Support of Plaintiff's Application for Entry of Motion for Default Judgement, and exhibits thereto including but not limited to copies of the pleadings, affidavit of service for the summons and complaint, and Clerk's Entry of Default as to Defendant; and

3. [Proposed] Default Judgment Order and Opinion;

IT IS HEREBY ORDERED that the parties appear before this Court in the courtroom of the Honorable Paul G. Gardephe, United States District Court Judge, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York 10007, Courtroom 705 on _____, 2023, at _____, then and there to show cause, if any there be, why, pursuant to Federal Rule of Civil Procedure 55, the proposed "Application for Entry of Motion for Default Judgment" should not be entered. Plaintiff shall serve this Order to Show Cause and accompanying documents on Defendant Odysee User TheGatalog-PrintableMagazines by _____, 2023. As detailed in the Court's November 5, 2021 Order [ECF 30], the Plaintiff is permitted to serve this order and all documents in connection with Plaintiff's request for default judgment on Defendant Odysee User TheGatalog-PrintableMagazines via email.

Dated:_____

_____
Paul G. Gardephe
United States District Judge