UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.,<br><br>                                Plaintiff,<br><br>               - against -<br><br>ODYSEE USER THEGATALOG-PRINTABLE MAAGAZINES,<br><br>                                Defendant. | **ORDER TO SHOW CAUSE**<br><br>21 Civ. 8704 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        This matter having come before the Court on Plaintiff's application for a default judgment as to Defendant Odysee User TheGatalog-PrintableMagazines ("Defendant"), and the Court having considered the following documents attached hereto:

1. Plaintiff's motion for a default judgment;

2. Declaration of Maria Sinatra in support of Plaintiff's motion for a default judgment, and exhibits thereto, including but not limited to copies of the pleadings, affidavit of service for the summons and complaint, and Clerk's Certificate of Default as to Defendant; and

3. [Proposed] Default Judgment Order and Opinion;

        It is further ordered that the parties appear before this Court in the courtroom of the Honorable Paul G. Gardephe, United States District Judge, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York 10007, Courtroom 705 **on October 11, 2023 at 10:00 a.m.** for purposes of Defendant showing cause why, pursuant to Federal Rule of Civil Procedure 55, the proposed default judgment should not be entered. Plaintiff shall serve this Order to Show Cause and accompanying documents on Defendant Odysee User TheGatalog-PrintableMagazines by **September 29, 2023**. As detailed in the

Court's November 5, 2021 Order (Dkt. No. 30), Plaintiff is permitted to serve this order and all documents in connection with Plaintiff's request for a default judgment on Defendant Odysee User TheGatalog-PrintableMagazines via email. Any opposition papers will be served and filed by **October 4, 2023**, and any reply papers will be served and filed by **October 9, 2023.**

Dated: New York, New York
       September 26, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge