# EXHIBIT 1

# The Gatalog

Team Chat (Det Disp)    The Getting Started Guide (CTRLPew)    Submit Your Files    Beta Program    Bounties (CTRLPew)

## Submit Your Files

If you :

- Are the developer of a design package or remix
- Wish to release it via The Gatalog
- Have proven its functionality through public testing

Submit your files below and our team will contact you regarding its publishing.

**Name** *

| John | Doe |
|---|---|
| First | Last |

**Email** *

[                    ]

**What is the name of your project?** *

[                    ]

**What would you categorize your design as?**

- ○ Frame / Reciever
- ○ Accessory / Component / Mag
- ○ Hybrid / Fully Printable

**What is your project?**

- ○ New Design
- ○ Cosmetic Remix to Existing Design
- ○ Functional Remix to Existing Design

Privacy - Terms

Case 1:21-cv-08704-PGG-RWL   Document 187-1   Filed 07/29/22   Page 3 of 3

# The Gatalog

Team Chat (Det Disp)    The Getting Started Guide (CTRLPew)    Submit Your Files    Beta Program Bounties (CTRLPew)

**File URL**

Please zip your project package and upload it to your choice of file sharing sites. Send space or WeTransfer are common ones we use. Paste the URL for download here. (We won't publish this, It's only for review by our admin team)

**Comment or Message** *

Submit

© 2022 The Gatalog.

Privacy - Terms