# EXHIBIT 2

Google   alexander holladay linkedin                                                    Sign in

All    News    Images    Maps    Shopping    More                              Tools

About 67,000 results (0.57 seconds)

https://www.linkedin.com › pub › dir › Holladay
### 7 "Alexander Holladay" profiles - LinkedIn
View the profiles of professionals named "**Alexander Holladay**" on **LinkedIn**. There are 7 professionals named "**Alexander Holladay**", who use **LinkedIn** to ...

https://www.linkedin.com › alexholladay
### Alex Holladay - Marketing Analytics and Business Intelligence
Austin, Texas, United States · Marketing Analytics and Business Intelligence · Dell Technologies
View **Alex Holladay's** profile on **LinkedIn**, the world's largest professional community. Alex has 11 jobs listed on their profile. See the complete profile on ...

https://www.linkedin.com › alex-holladay
### Alexander Holladay - Integrated Openings Solutions - LinkedIn
Overland Park, Kansas, United States · Sales Specialist · Integrated Openings Solutions
Accomplished management professional with over 15 years of experience in education, sales, recruitment, product development and service. Little Rock, AR. 6 ...

https://www.linkedin.com › alexander-holladay
### Alexander Holladay - Owner - CTRLPew - LinkedIn
View **Alexander Holladay's** profile on **LinkedIn**, the world's largest professional community. Alexander has 8 jobs listed on their profile.

https://www.linkedin.com › alex-holladay-b2393b99
### Alex Holladay - AVP | Physical Security Intelligence Lead - PNC
College Station, Texas, United States · AVP | Physical Security Intelligence Lead · PNC
Intelligence and Security Professional with proven expertise planning, directing, and managing intelligence collection, analysis, and dissemination in ...

https://www.linkedin.com › alex-holladay-9b764a8
### Alex Holladay - Community Health Centers of Arkansas, Inc.
Little Rock, Arkansas, United States · Education Coordinator · Community Health Centers of Arkansas, Inc.
View **Alex Holladay's** profile on **LinkedIn**, the world's largest professional community. Alex has 9 jobs listed on their profile. See the complete profile on ...

https://www.linkedin.com › aakastanas
### Alex Kastanas Holladay - NC Broker/REALTOR - LinkedIn
View **Alex** Kastanas **Holladay's** profile on **LinkedIn**, the world's largest professional community. **Alex** has 3 jobs listed on their profile.

https://www.linkedin.com › us-212-Des-Moines,-Iowa-Area
### 7 "Holladay" profiles | LinkedIn
7Results for "Holladay" · Leisyl Holladay · Jeff Holladay · **Alexander Holladay** · Mike Holladay · Brian Holladay · Amanda Holladay · Aleah Holladay.

Images for alexander holladay linkedin

    

Feedback

View all

https://www.linkedin.com › alex-linden-0602b1166

### Alex Linden - Commercial Property Manager - LinkedIn

South Bend-Mishawaka Region · Commercial Property Manager · Holladay Properties

**Alex** Linden. Commercial Property Manager at **Holladay** Properties. **Holladay** PropertiesIllinois Academy of Real Estate. South Bend-Mishawaka Region69 ...



1  2  3  4  5  6    Next

● **New York** - Based on your past activity - Update location

Help     Send feedback     Privacy     Terms