# EXHIBIT 3

# Electronic Articles of Incorporation
# For

GATALOG FOUNDATION INC.

N21000006406
FILED
May 27, 2021
Sec. Of State
tscott

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  GATALOG FOUNDATION INC.

## Article II
The principal place of business address:
  16210 SUNFLOWER TRAIL
  ORLANDO, FL. US  32828

The mailing address of the corporation is:
  PO BOX 541772
  GREENACRES, FL. US  33454

## Article III
The specific purpose for which this corporation is organized is:
  OUTREACH & EDUCATION

## Article IV
The manner in which directors are elected or appointed is:
  AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
  MATTHEW  LAROSIERE ESQ.
  6964 HOULTON CIRCLE
  LAKE WORTH, FL.  33467

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MATTHEW LAROSIERE

N21000006406
FILED
May 27, 2021
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

MATT LAROSIERE
6964 HOULTON CIRCLE

LAKE WORTH FL 33467

Electronic Signature of Incorporator:   MATTHEW LAROSIERE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
MATTHEW  LAROSIERE
6964 HOULTON CIRCLE
LAKE WORTH, FL.   33467  US

Title:  T
ALEXANDER  HOLLADAY
602 W DIVISION
OGDEN, IA.   50212  US

Title:  D
JOHN  ELIK
134 SE 30TH ST
CAPE CORAL, FL.   33904-349  US

**2022 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N21000006406

**Entity Name:** GATALOG FOUNDATION INC.

**FILED**
**Jan 25, 2022**
**Secretary of State**
**9896674234CC**

**Current Principal Place of Business:**

16210 SUNFLOWER TRAIL
ORLANDO, FL 32828

**Current Mailing Address:**

PO BOX 541772
GREENACRES, FL 33454 US

**FEI Number:** 87-4618284

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LAROSIERE, MATTHEW ESQ.
6964 HOULTON CIRCLE
LAKE WORTH, FL 33467 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | T |
| Name | LAROSIERE, MATTHEW | | Name | HOLLADAY, ALEXANDER |
| Address | 6964 HOULTON CIRCLE | | Address | 602 W DIVISION |
| City-State-Zip: | LAKE WORTH FL 33467 | | City-State-Zip: | OGDEN IA 50212 |
| Title | D | | | |
| Name | ELIK, JOHN | | | |
| Address | 134 SE 30TH ST | | | |
| City-State-Zip: | CAPE CORAL FL 33904 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MATTHEW LAROSIERE                    PRESIDENT                    01/25/2022

Electronic Signature of Signing Officer/Director Detail                    Date