# EXHIBIT 4



lbryio / **dmca**

<> Code      ⊙ Issues      ⑧ Pull requests      ▶ Actions      ▦ Projects      ⊘ Security      �︾ Insights



master ▾                                                                    ⋯



dmca / 2021 / **2021-08-24-Venable-LLP+COUNTERCLAIM-MATTHEW-LAROSIERE.md**

tzarebczan Update 2021-08-24-Venable-LLP+COUNTERCLAIM-MATTHEW-LAROSIER...        ⟲ History

⚇ 1 contributor

---

53 lines (39 sloc) | 3.19 KB                                                        ⋯

Dear LBRY,

Our firm, Venable, LLP represents EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.
(official presence: https://everytown.org/ and official store:
https://store.everytown.org/collections) in connection with certain intellectual property
matters and as such, we are authorized to act on behalf of the rights owner. Further, we
have a good-faith belief that the use of the content described in this complaint is not
authorized by the rights owner, its agent, or the law.

Their websites are located at: https://everytown.org and https://momsdemandaction.org/.
Their social media sites are https://twitter.com/momsdemand and
https://www.facebook.com/MomsDemandAction/. Their official store is located at:
https://store.everytown.org.

The following posts are infringing our client's trademarks:

- https://odysee.com/@TheGatalog-
  Accessories:e/MomsDemandFullAuto3DPrintableSwiftLink:3
- https://odysee.com/@xYeezySZN:f/MomsDemandFirebolt:7
- https://odysee.com/@xYeezySZN:f/EverytownFireboltMagwell:f
- https://odysee.com/@TheGatalog-PrintableMagazines:6/everytown-cmmg-22lr-mag-
  25round:f All information provided in this notice is accurate. We kindly request that
  you remove the infringing posts from your marketplace.

Should you require additional information, we are available to speak with you further via telephone or email. Thank you in advance for your kind assistance.

Best regards,

Sign

Erin Galloway

Counter claim received on 8/31/2021. Claimant will be notified via email. If no court order is received, content will be restored on Sept 15, 2021

Dear LBRY, This office has the pleasure of representing The Gatalog, Gatalog Foundation, et al in all matters relating to intellectual property. As such, this office acts on behalf of the Gatalog and its members. This office is in receipt of the copy of the letter sent to you by Mme Galloway, representative of EVERYTOWN FOR GUN SAFETY ACTION FUND, INC, alleging violations of intellectual property rights (the "Everytown notice"). This letter is intended as a Counter-Notification as authorized by 17 U.S.C. § 512(g). My client has a good faith belief that the material which was removed or disabled as a result of the Everytown notice was as a result of mistake or misidentification of the material. I therefore request that the material be replaced and/or no long be disabled. The content wrongfully removed was previously found at the following addresses:

• https://odysee.com/@TheGatalog-Accessories:e/MomsDemandFullAuto3DPrintableSwiftLink:3

• https://odysee.com/@xYeezySZN:f/MomsDemandFirebolt:7 • https://odysee.com/@xYeezySZN:f/EverytownFireboltMagwell:f

• https://odysee.com/@TheGatalog-PrintableMagazines:6/everytown-cmmg- 22lr-mag-25round:f

This office is of the position that it is manifestly clear that the above referenced materials cannot reasonably be understood to be violative of Everytown's intellectual property, that the works are manifestly distinct from any and all Everytown marks, that the works are protected parody—to any extent they are similar—and that the Everytown notice was issued fraudulently.