# EXHIBIT 5

Page 1
The Gatalog – The Gatalog
https://thegatalog.com/

# The Gatalog

Team Chat (Det Disp)   The Getting Started Guide (CTRLPew)   Submit Your Files   Beta Program   Bounties (CTRLPew)   



- Hybrid Designs
- Printable Frames and Receivers
- Primarily Printed Designs
- DIY Suppressors
- 3D Printable Magazines
- Accessories
- Guides and Tutorials
- Technical Data Packages
- Reference Models

**Please bear with us during our transition. For more visit Deterrence Dispensed.**

 Instagram     Twitter     Facebook     Youtube

© 2022 The Gatalog.

Captured by FireShot Pro: 08 July 2022, 09:16:06
https://getfireshot.com