# EXHIBIT 6






Hybrid Designs

Printable Frames and Receivers

Primarily Printed Designs

DIY Suppressors

3D Printable Magazines

Accessories

Guides and Tutorials

Technical Data Packages

Reference Models

Please bear with us during our transition. For more visit Deterrence Dispensed.

 Instagram

 Twitter

 Facebook

 Youtube

© 2022 The Gatalog.

Captured by FireShot Pro: 08 July 2022, 10:14:17
https://getfireshot.com

**Page 2**
**The Gatalog's Hybrid Designs**
**https://odysee.com/@TheGatalog-HybridDesigns:0**



**Page 3**
**The Gatalog's Printable Frames and Receivers**
**https://odysee.com/@TheGatalog-PrintableFramesReceivers:9**



**Page 4**
**The Gatalog's Primarily Printed Designs**
**https://odysee.com/@TheGatalog-PrimarilyPrintedDesigns:9**




**Captured by FireShot Pro: 08 July 2022, 10:14:32**
**https://getfireshot.com**

**Page 5**
**The Gatalog's DIY Suppressors**
**https://odysee.com/@TheGatalog-Suppressors:a**



**Page 6**
**The Gatalog's 3D Printable Magazines**
**https://odysee.com/@TheGatalog-PrintableMagazines:6**




**Captured by FireShot Pro: 08 July 2022, 10:14:46**
**https://getfireshot.com**

**Page 7**
**The Gatalog's Collection of Accessories**
**https://odysee.com/@TheGatalog-Accessories:e**




**Captured by FireShot Pro: 08 July 2022, 10:14:54**
**https://getfireshot.com**

**Page 8**
**The Gatalog's Guides and Tutorials**
**https://odysee.com/@TheGatalog-Guides_Tutorials:b**




Captured by FireShot Pro: 08 July 2022, 10:14:59
https://getfireshot.com

**Page 9**
**The Gatalog's Technical Data Packages**
**https://odysee.com/@TheGatalog-TechnicalDataPackages:c**



**Page 10**
**The Gatalog's Reference Models**
**https://odysee.com/@TheGatalog-ReferenceModels:b**




Captured by FireShot Pro: 08 July 2022, 10:15:15
https://getfireshot.com