# EXHIBIT 7



# Gatalog

A **catalog** of **firearms**

**Hubert**: I need a new **6-shooter**
Bubert: Here. Look through my **gatalog**. It has the finest and latest firearms ever made.

by **authOOr** June 17, 2006

👍 9   👎 3                    ⚑ FLAG

Get the **Gatalog** mug.

**More random definitions**

© 1999-2021 Urban Dictionary ®

ads · terms of service · privacy · dmca

bugs · help · data subject request