# EXHIBIT 8



You have found the edge of the internet. **Repost** or **publish** your stuff here to claim this spot.

≣ Filter ⌄



### The Gatalog's Printable Frames and Receivers

@TheGatalog-PrintableFramesReceivers

5,542 Followers • 63 uploads

♥ Follow



### The Gatalog's Guides and Tutorials

@TheGatalog-Guides_Tutorials

1,811 Followers • 6 uploads

♥ Follow



### The Gatalog's Collection of Accessories

@TheGatalog-Accessories

2,593 Followers • 20 uploads

♥ Follow



these?

Get Odysee Premium+
for an ad free experience.



### The Gatalog's Technical Data Packages

@TheGatalog-TechnicalDataPackages

1,382 Followers • 42 uploads

♥ Follow



The Gatalog's Hybrid Designs

@TheGatalog-HybridDesigns

2,677 Followers • 5 uploads

♥ Follow

### The Gatalog's 3D Printable Magazines

@TheGatalog-PrintableMagazines

1,979 Followers • 8 uploads

♥ Follow

### The Gatalog's Primarily Printed Designs

@TheGatalog-PrimarilyPrintedDesigns

1,844 Followers • 5 uploads

♥ Follow

### The Gatalog's DIY Suppressors

@TheGatalog-Suppressors

1,798 Followers • 4 uploads

♥ Follow

### The Gatalog's Reference Models

@TheGatalog-ReferenceModels

1,298 Followers • 3 uploads

♥ Follow

### The Plastikov v3 - 3D Printable AKM/RPK/AK100 Receiver

The Gatalog's Printable Frames and Receivers
6 days ago

### Fanny Blaster Release Trailer

CTRLPew
8 months ago

00:51



odysee    thegatalog    Lo...   S...

diy    gaming    gun

### The Wooly Bully 3D Printable Taurus G3 Frame

The Gatalog's Printable Frames and Receivers
1 month ago

### FGC-9 MKII - 'Stingray'

The Gatalog's Hybrid Designs
20 days ago

### The UBAR2 3D Printable AR15 Lower

The Gatalog's Printable Frames and Receivers
8 months ago

### FGC-9 MKII

The Gatalog's Hybrid Designs
1 year ago

### SG22 3D Printable AR-15/22

The Gatalog's Printable Frames and Receivers
1 year ago

### Best of new years 3d printed firearms

CoffeeBoom Studios|Workshop|Designs
1 year ago

gun    guns

### The Amigo Grande - 3D Printable CETME C 308 Receiver

The Gatalog's Printable Frames and Receivers
4 months ago

### The MacDaddy v2.0



The Gatalog's Printable Frames and Receivers
2 months ago

### The Thunderbolt V2 3D Printable AR10 Lower Receiver

The Gatalog's Printable Frames and Receivers
10 months ago

### Matthew's Patent Project 99

The Gatalog's Printable Frames and Receivers
2 months ago

### TMS 94 'Effeeness' 3D Printable FNS40/FNS9 Frame

The Gatalog's Printable Frames and Receivers
11 months ago

### The FMDA DD26.2 3D Printable Glock Frame

The Gatalog's Printable Frames and Receivers
1 year ago

### The FMDA DD17.2 3D Printable Glock Frame

The Gatalog's Printable Frames and Receivers
1 year ago

recommended

### The FMDA DD19.2 3D Printable Glock Frame

The Gatalog's Printable Frames and Receivers
1 year ago

recommended

### Glock v2 Frames GIGAPACK: 3D Printable Stippled+ErgoMod Frames

The Gatalog's Printable Frames and Receivers
10 months ago



odysee

thegatalog

Lo...   S...

PT-111 G2 3D Printable Frame

The Gatalog's Printable Frames and Receivers
1 year ago

### The 3011 - 3D Printable 1911 Frame

The Gatalog's Printable Frames and Receivers
8 months ago

### The Fanny Blaster - 3D Printable Taurus 709 Frame

The Gatalog's Printable Frames and Receivers
8 months ago

### Lo-Point v2

The Gatalog's Printable Frames and Receivers
1 year ago

### HerzAnHerz - 3D Printable SP2022 Frame

The Gatalog's Printable Frames and Receivers
1 year ago

### Everytown - Firebolt Magwell (R) 5.56 Bolt Catch

xYeezySZN's Forbidden Knowledge Emporium
10 months ago

2a    3d printed    ar-15

### Invader PDW v2

The Gatalog's Printable Frames and Receivers
7 months ago

### The Merlin 3D Printable Marlin 60/795 Receiver

The Gatalog's Printable Frames and Receivers
11 months ago





odysee

Vinh's SW9 - 3D Printable SW9 Frame

The Gatalog's Printable Frames and Receivers
6 months ago

**Shield 9 ASP**

The Gatalog's Printable Frames and Receivers
1 year ago

**3D Printable AR15 Waffle Magazine**

The Gatalog's 3D Printable Magazines
1 year ago

**The Firebolt V2 : 3D Printable AR-15/9/45 Lower Receiver System**

The Gatalog's Printable Frames and Receivers
1 year ago

recommended

**K-CAD 3D Printed Suppressor Pack V1.0**

The Gatalog's DIY Suppressors
1 year ago

**The Common Sense Gun Control Group 3D Printable Fire Control Group**

The Gatalog's Collection of Accessories
1 year ago

**The SD40 Cobra - 3D Printable SD40 Frame**

The Gatalog's Printable Frames and Receivers
5 months ago

**AR15 Foregrip Pack**

The Gatalog's Collection of Accessories
1 year ago



**The Gatalog's Printable Frames and Receivers**
6 months ago

### The Shush Puppy

**The Gatalog's DIY Suppressors**
1 year ago

### The Songbird PM4 CenterFire v1.1

**The Gatalog's Primarily Printed Designs**
8 months ago

### Saturn Suppressor System

**The Gatalog's DIY Suppressors**
1 year ago

### Vinh's AR7 Camper - 3D Printable AR7 Receiver

**The Gatalog's Printable Frames and Receivers**
6 months ago

### Anderson Firearms Hellfire

**The Gatalog's Printable Frames and Receivers**
1 year ago

### The FOSS Cannon - 3D Printable Taurus PG111G2/G2/G2C/G3C Frame

**The Gatalog's Printable Frames and Receivers**
6 months ago

### (ODYSEE EXCLUSIVE) ECM: How I made Rifled Barrels in my Bathtub

**AG Cast**
1 year ago

09:44



The Gatalog's 3D Printable Magazines
1 year ago

### Freeman1337's AR15 Magazine Speedloader

The Gatalog's Collection of Accessories
9 months ago

### The Freeloader - AR15 Magazine Loader/Unloader

The Gatalog's Collection of Accessories
9 months ago

### The Choosy Express

The Gatalog's Collection of Accessories
5 months ago

### 3D Printable Hi-Power 3rd Hand Assembly Tool

The Gatalog's Collection of Accessories
1 month ago

### Do-It-Yourself Electrochemical Machining v2.1 Barrelmaking Package

The Gatalog's Guides and Tutorials
1 year ago

### PilotGeek's Maverick v2.4

The Gatalog's Primarily Printed Designs
1 year ago

### PilotGeek's Aurora

The Gatalog's Primarily Printed Designs
1 year ago



The Gatalog's 3D Printable Magazines
1 year ago

**Printable Ambidextrous AR-15 Safety Select**

internetpizza's gun shit warehouse
4 months ago

**Freeman1337's Angled Foregrip Pack**

The Gatalog's Collection of Accessories
7 months ago

**ButWhatAboutAmmo: Volume 2 - Bullets by Cathode**

The Gatalog's Guides and Tutorials
1 year ago

**The Cheetah-9 Hybrid SMG**

The Gatalog's Hybrid Designs
1 year ago

**SW1522 3D Printable Receiver**

The Gatalog's Printable Frames and Receivers
1 year ago

**Superstar-15 3D Printable Lower Receiver**

The Gatalog's Printable Frames and Receivers
1 year ago

**The Moe-esque AR15 Pistol Grip Pack**

The Gatalog's Collection of Accessories
6 months ago







The Gatalog's Printable Frames and Receivers
1 year ago

odysee    thegatalog    Lo...    S...

### Moms Demand - Firebolt Magwell (R) 5.56 Bolt Catch

xYeezySZN's Forbidden Knowledge Emporium
10 months ago

2a    3d printing    ar-15

### Professor Parabellum's Hybrid Square Tube SMG

The Gatalog's Hybrid Designs
1 year ago

### Ivan's 3D Printable 10-22 Receiver

The Gatalog's Printable Frames and Receivers
2 years ago

### A2 flash hider adapter for Saturn Suppressor System

Klaviermeister
7 months ago

3d printing    guns

### Menendez Extended Competition Mags for Glock

Tavelkyosoba
5 months ago

### U-Bolt Vanguard 3D Printable AR15 Lower Receiver

The Gatalog's Printable Frames and Receivers
2 years ago

### Braced Pistol Weapon System

The Gatalog's Collection of Accessories
1 year ago



odysee    thegatalog    Lo...    S...

ButWhatAbout: Ammo Volume 1: How to create live 9x19mm ammo from deactivated ammo in Europe

The Gatalog's Guides and Tutorials
2 years ago

FGC6FA: the wait is over... release trailer 3d printable FGC9 airsoft GBB replica

00:24

UntangleWORKS
10 months ago

3d printing      airsoft      fgc

AUG Waffle Magazine

Anonymous 2 months ago

'Make Glocks Full Auto' Glock autosear

The Gatalog's Collection of Accessories
2 years ago

3D Printable AR22LR Magazine Kit

The Gatalog's 3D Printable Magazines
2 years ago

Heritage Rough Rider Mods

The Gatalog's Collection of Accessories
2 years ago

The FGC-9

The Gatalog's Hybrid Designs
2 years ago

TJB556

@TJB556
5 Followers • 2 uploads







odysee    thegatalog    Lo...    S...

Yankee Boogle 3D Printable AR15 Full-Auto Mod (Swift Link)

The Gatalog's Collection of Accessories
2 years ago

### PolyPlinker by Point9cmBenis

The Gatalog's Printable Frames and Receivers
2 years ago

### 3D Printable AR15/AR9 80% Receiver Milling Jigs by CTRLPew

The Gatalog's Collection of Accessories
2 years ago

### Project LoPoint - 3D Printable HiPoint C9/CF380 Frame by CTRLPew

The Gatalog's Printable Frames and Receivers
2 years ago

### Professor Parabellum Library (Vol 1-24)

The Gatalog's Technical Data Packages
2 years ago

### Mosin-Nagant 1933 Partial Print Set

The Gatalog's Technical Data Packages
2 years ago

### KCAD 3D-Printable Fuel Filter Baffels Gen 1

The Gatalog's DIY Suppressors
2 years ago

### McGraw-Hill Complete 1903 Springfield Build Instructions (TDP + Machining Steps)

The Gatalog's Technical Data Packages
2 years ago



Russian Pattern Maxim Technical Data Package

The Gatalog's Technical Data Packages
2 years ago

**FreeMan's EAA SAR P2K 3D Printable Frame**

The Gatalog's Printable Frames and Receivers
2 years ago

**DDA3V4 3D Printable Pistol Brace**

The Gatalog's Collection of Accessories
2 years ago

**SD9 Glock Mag Conversion Frame**

The Gatalog's Printable Frames and Receivers
2 years ago

**Moms Demand Full Auto 3D-Printable Swift Link**

The Gatalog's Collection of Accessories
2 years ago

**FreeMan's SR9C 3D Printable Frame**

The Gatalog's Printable Frames and Receivers
2 years ago

**FreeMan's EAA Witness 9mm 3D Printable Frame**

The Gatalog's Printable Frames and Receivers
2 years ago

**3D Printable +4 and +6 OEM Glock Mag Extensions**

The Gatalog's 3D Printable Magazines
2 years ago



odysee    thegatalog

Complete 1911A1 Drawings

The Gatalog's Technical Data Packages
2 years ago

### Partial P08 Luger Drawings

The Gatalog's Technical Data Packages
2 years ago

### Freeman's SR9 - 3d Printable SR9 Frame

The Gatalog's Printable Frames and Receivers
3 years ago

### Freeman's SD9 - 3d Printable SD9 Frame

The Gatalog's Printable Frames and Receivers
3 years ago

### FreeMenDontAsk AR-15 22lr Lower Receiver

The Gatalog's Printable Frames and Receivers
3 years ago

### Freeman's DB380 - 3d Printable DB380 Frame

The Gatalog's Printable Frames and Receivers
3 years ago

### FreeMenDontAsk 3d Printable M&P Shield Frame

The Gatalog's Printable Frames and Receivers
3 years ago

### 3d Printable G43 SS80 Frame - FreeMenDontAsk

The Gatalog's Printable Frames and Receivers
3 years ago



The Gatalog's Technical Data Packages
3 years ago

## M-79 Grenade Launcher 'Thumper' TDP

The Gatalog's Technical Data Packages
3 years ago

## AR15 DIY Sheet Metal Lower Receiver

The Gatalog's Technical Data Packages
3 years ago

## M249 SAW Receiver Blueprints

The Gatalog's Technical Data Packages
3 years ago

## Sten MKII Blueprint Pack

The Gatalog's Technical Data Packages
3 years ago

## M16 FCG CAD

The Gatalog's Reference Models
3 years ago

## AR15 Complete CAD reference model with Technical Data Package (Blueprint pack) V1.1

The Gatalog's Reference Models
3 years ago

## Ruger 10/22 Receiver Drawing

The Gatalog's Technical Data Packages
3 years ago



odysee  thegatalog  Lo...  S...

The Gatalog's Technical Data Packages
3 years ago

Thompson 1928 Technical Data Package

The Gatalog's Technical Data Packages
3 years ago

Ruger MK1 Recevier Drawing

The Gatalog's Technical Data Packages
3 years ago

Browning Hi-Power Full TDP (UK Spec)

The Gatalog's Technical Data Packages
3 years ago

HK MP5 Technical Data Package

The Gatalog's Technical Data Packages
3 years ago

M16 Technical Data Package

The Gatalog's Technical Data Packages
3 years ago

Browning 1919 A4/A6 Technical Data Package

The Gatalog's Technical Data Packages
3 years ago

Browning 1918 BAR

The Gatalog's Technical Data Packages
3 years ago





These search results are provided by Odysee.

Community Guidelines

FAQ

Support

Terms

Privacy Policy