# EXHIBIT 9

The Gatalog        Team Chat (Det Disp)   The Getting Started Guide (CTRLPew)   Submit Your Files   Beta Program   Bounties (CTRLPew)

## About the Program

**What the beta program is.**

The beta program exists as a space in which a developer can collaborate with the community in an effort to verify the integrity of a model, and instructions. Verifying fit and function as well as providing feedback on performance and repeatability to the developer. The results of which will be a single release package containing third-party verified models and documentation containing thorough build details and instructions.

**What the beta program is not.**

The beta is not a place for people to "get the files early". These are unproven files, and we do not want beta files to live on the internet forever. We want the full release package to live forever. So when some random completely disconnected from all of us person finds the files they are able to construct them successfully. We ask, should you decide to participate in a beta program, do not give the files out to anyone.

The beta is not a place for people to modify the files to their liking. The goal of the program is to get to a single released and proven package. This is impossible if everyone in the room decides to modify the files as they see fit. Instead, if there is some change necessary for function communicate that to the developer, modify it if they request it. If you have a change that's aesthetic in nature, wait to make it until the developer has declared a "final" release version. We will then include it in the remix part of the package.

**So you want to help test?**

First, your printer should be working, and you need to know how to use it. You should also have some basic understanding of firearms components and operations, and troubleshooting as well as the judgment to determine if it is safe to fire. (TLDR this should not be your first firearm build or first print. If it is, I suggest you read theguide.ctrlpew.com and start with a well documented build.)

If you have all of this, click the button on the right, and check out the current program list.

**So you have something you want to test?**

Before a beta program will be started for your project you will need to have to be functional, and you will have to provide some proof to the beta program manager. It's your CAD, your judgment, your hands that have to be risked first before you ask anyone else in the community to do so.

If this is you, or you have questions, click the button on the right and get in touch with one of the beta managers.

## Get Involved

**View the Current Betas**

© 2022 The Gatalog.

Captured by FireShot Pro: 08 July 2022, 09:39:30
https://getfireshot.com