# EXHIBIT 11

Page 1
Deterrence Dispensed – Print Freedom
https://www.deterrencedispensed.com/

