# EXHIBIT 12

English

**ICANN** | L O O K U P (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

www.deterrencedispensed.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** DETERRENCEDISPENSED.COM

**Registry Domain ID:** 2429861828_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS3.EPIK.COM
NS4.EPIK.COM

## Dates

**Registry Expiration:** 2023-09-04 17:26:17 UTC

**Updated:** 2021-09-17 14:46:14 UTC

**Created:** 2019-09-04 17:26:17 UTC

## Contact Information

## Registrant:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** deterrencedispensed.com-s0v1mxpjj885@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

## Administrative:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** deterrencedispensed.com-s0v1mxpjj885@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

## Technical:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** deterrencedispensed.com-s0v1mxpjj885@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

# Registrar Information

**Name:** Epik Holdings Inc

**IANA ID:** 617

# DNSSEC Information

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag:  43211

Algorithm: 13

Digest Type: 2

Digest: F97EC17FA182F7B71DAB3C4BEFE8B23B268E9574C83CC9B9A642A32D87E45B97

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/deterrencedispensed.com (https://rdap.verisign.com/com/v1/domain/deterrencedispensed.com)

**Last updated from Registry RDAP DB:** 2022-07-08 13:42:34 UTC

**Registrar Server URL:** https://rdap-whois.epik.com/domain/DETERRENCEDISPENSED.COM (https://rdap-whois.epik.com/domain/DETERRENCEDISPENSED.COM)

## Notices and Remarks

### Notices:

**Terms of Service**

Terms of Service

https://www.epik.com/terms (https://www.epik.com/terms)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube
(http://www.youtube.com/icannnews)



Twitter
(https://www.twitter.com/icann)



Linkedin
(https://www.linkedin.com/company/icann)



Flickr
(http://www.flickr.com/photos/icann)



Facebook
(http://www.facebook.com/icannorg)



Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki
(https://community.icann.org/)

ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy
(https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)
Cookies Policy (https://www.icann.org/privacy/cookies)

English

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

www.thegatalog.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** THEGATALOG.COM

**Registry Domain ID:** 2603215460_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS1.DREAMHOST.COM
NS2.DREAMHOST.COM

## Dates

**Registry Expiration:** 2023-04-06 17:57:13 UTC

**Updated:** 2022-03-31 08:06:18 UTC

**Created:** 2021-04-06 17:57:13 UTC

## Contact Information

## Registrant:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** THEGATALOG.COM-to4kjus1wchc@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

## Administrative:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** THEGATALOG.COM-to4kjus1wchc@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

## Technical:

**Name:** Privacy Administrator

**Organization:** Anonymize, Inc.

**Email:** THEGATALOG.COM-to4kjus1wchc@anonymize.com

**Mailing Address:** 1100 Bellevue Way NE, Ste 8A-601, Bellevue, WA, 98004, US

# Registrar Information

**Name:** Epik Holdings Inc

**IANA ID:** 617

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/thegatalog.com (https://rdap.verisign.com/com/v1/domain/thegatalog.com)

**Last updated from Registry RDAP DB:** 2022-07-08 13:41:34 UTC

**Registrar Server URL:** https://rdap-whois.epik.com/domain/THEGATALOG.COM (https://rdap-whois.epik.com/domain/THEGATALOG.COM)

# Notices and Remarks

## Notices:

**Terms of Service**

Terms of Service

https://www.epik.com/terms (https://www.epik.com/terms)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube
(http://www.youtube.com/icannnews)



Twitter
(https://www.twitter.com/icann)



Linkedin
(https://www.linkedin.com/company/icann)



Flickr
(http://www.flickr.com/photos/icann)



Facebook
(http://www.facebook.com/icannorg)



Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)



Community Wiki
(https://community.icann.org/)



ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy (https://www.icann.org/privacy/cookies)