# EXHIBIT 13



odysee  Search  Lo...  S...

**Deterrence Dispensed -> Go to TheGatalog.com**

9,144 Followers

Content     Playlists     About     Community

## Description

Deterrnce Dispensed has moved over to thegatalog.com - find all the files and information over there!

## Contact

ivanthetroll@protonmail.com
(mailto:ivanthetroll@protonmail.com)

## Site

https://ivanthetroll.keybase.pub/index.html
(https://ivanthetroll.keybase.pub/index.html)

## Tags

## Languages

## Total Uploads

20

## Last Updated

3 years ago



Search

## URL

lbry://@Deterrence-Dispensed#2

## Claim ID

2220267092172632beb2032793bf9b62ed909d97

## Staked Credits

2,584.0279 view other claims at lbry://@Deterrence-Dispensed

Case 1:21-cv-08704-PGG-RWL   Document 176-13   Filed 09/29/23   Page 3 of 7



# We've Moved! Go to thegatalog.com to find the latest files!

April 16th, 2021 • 60K views

🔥 42                                                                          ✳ 0

💲 Support            🔁 2 Reposts            ☍ Share            •••

Deterrence Dispensed -> Go to TheGatalog.com
**@Deterrence-Dispensed**
9,144 Followers                                                    ❤ Follow

URL
lbry://@Deterrence-Dispensed#2/We've_Moved#5

Claim ID
5ae5ac53bcfabb175c59301d589a15de2864e462

497.39 KB

Less                                                                   ◈ 402.47

6 comments   🏅 Best   ✦ Controversial   ✨ New                         ⟳

Say something about this...





odysee    29:28    🔍 Search    ☁    ⚙    ❓    Lo...    S...

**I Moved To Russia...**
Rachel Blevins
9 days ago
09:55

**Scammer gets ANGRY after I DELETE his files! + Reaction**
ScammerRevolts
3 days ago
23:16

**California's Latest Move Against Kids**
Sarah Cain
8 months ago
01:05

**Latest Declassified FBI Files Show Direct Saudi-9/11 Hijackers Link**
Adam Fitzgerald
3 months ago
22:12

**Luhansk Liberated + Latest News**
Ryan Dawson
4 days ago
01:48:27

**Trump 2024? His Latest Move Can Only Mean One Thing**
The Next News Network
10 months ago
03:11

**I Moved!**
Jreg
2 months ago
03:01

**We've SOMEHOW Turned a VERY Strange Corner**
HighImpactTV
8 days ago
08:39

**Kamala Harris' Latest Move PROVES She's the One in Charge**
The Next News Network
1 year ago
03:25

**Fixing the X Files Films preview**
Beyond Top Secret Texan
1 year ago
35:39

**AMD's Latest PRO & ANTI-Consumer Moves!**
The Good Old Gamer
3 months ago

19:48

Case 1:21-cv-08704-PGG-RWL   Document 176-13   Filed 09/29/23   Page 7 of 7

odysee

Search

Lo...

S...

GAB RESPONDS To ADL's Latest Move

Nationalist News & Views

1 year ago

03:06

Does Biden HATE Police? His Latest Move May Answer the Question

The Next News Network

1 year ago

04:43

Build Back Better? Ford's Latest Move Proves THAT was a Lie

The Next News Network

1 year ago

05:12

Community Guidelines

FAQ

Support

Terms

Privacy Policy