# EXHIBIT 14

Page 1
File Drop : 'Everytown' 3D Printable AR15 22lr Magazine — CTRL+Pew
https://ctrlpew.com/file-drop-everytown-3d-printable-ar15-22lr-magazine/



Home » Knowledge Dispensed » File Drop : 'Everytown' 3D Printable AR15 22lr Magazine

## File Drop : 'Everytown' 3D Printable AR15 22lr Magazine

freeman1337

**Download**

ODYSEE

The Gatalog presents:

## File Drop : 'Everytown' 3D Printable AR15 22lr Magazine

Join the community at

thegatalog.com

**Signup to Stay Up To Date**

Email

Subscribe

Search...

**Categories**

| | |
|---|---|
| Announcment | 65 |
| Bounty | |
|     Closed Bounty | 9 |
|     Open Bounty | 8 |
| Donate | 18 |
| File Drops | |
|     Accessories | 18 |
|     Guides | 3 |
|     Hybrid | 4 |
|     Magazine | 104 |
|     Primarilly Printed | 5 |
|     Printable Frames | 59 |
|     Suppressor | 5 |
| Members Only | |
|     Pew Crew | 1 |
| The Blog | |
|     Fudd Busters | 7 |
|     Guides and Tutorials | |
|         Getting Started Guide | 57 |
|     News | 25 |
|     Propaganda & Media | 11 |
| Uncategorized | 2 |



**Related**



File Drop: The Glocknofsky
2022-07-04
In "Announcment"



File Drop: DD43X 3D Printable Frame
2022-06-24
In "File Drops"



File Drop : FGC-9 Stingray
2022-06-20
In "File Drops"

This is an AD
Shop Now

Polymaker PLA PRO Filament 1.75mm, Tough & High Rigidity White PLA Fil…
$24.99 ✓prime
(288)

OVERTURE PLA Plus (PLA+) Filament 1.75mm PLA Professional Toughness E…
$24.99 ✓prime
(3636)

Inland PLA PRO (PLA+) 3D Printer Filament 1.75mm - Dimensional Accu…
$21.99 ✓prime
(822)

3D-Fuel 3D Filament Pro PLA Charcoal Gray, 2.85mm, 1 kg +/- 0.02mm Tolerance, Made in USA
$29.99 $31.99 ✓prime

SUNLU 3D Printer Filament PLA Plus 1.75mm, PLA+ Filament for 3D Pen, PL…
$19.99 $25.99 ✓prime
(1436)

JAREES PLA Plus(PLA+) 3D Printer Filament,Higher Toughness PLA Pro Pri…
$19.99 ✓prime
(269)

PLA 3D Printer Filament PRO(PLA+),Lurkwolfer Filament 1…
$29.99 ✓prime
(28)

HZST3D Gun Metal Grey PLA 1.75mm 3D Printer Filament 1kg (2.2lbs) Spool Gu…
$19.99 ✓prime
(127)

Ads by Amazon

ctrlpew

Products

Merit Badge - Amigo Grande
$5.95

Merit Badge - 3011
$5.95

Ghost Gun Gang Gang Tee
$30.60 – $47.05

Jny's Firmware, Boot Screens, and System Customizations
$69.88

Atlas Arms Gear Patch (AtlasArms)
$12.00

Recomended Reading

File Drop: The Glocknofsky
By ctrlpew









File Drop: The Plastikov v3 – 3D Printable A...
By ctrlpew

55 Gallon Bullet Trap – How to build
By Vinh Nguyen

File Drop: The Mono-Poly AR15 Lower Receiver
By ctrlpew

File Drop: DD43X 3D Printable Frame
By ctrlpew

Support our shenanigans.

Ghost Gun Gang Gang PVC Morale Patch
$12.00

Max Fill Sticker - Pistol
$4.00 – $16.00

Fucking Make It Patch FGC9 (JStark)
$12.00

QR Covert Signal Slaps - 10 pack
$12.00

Ghost Boi Tracks - 1. The Signal
$2.00

Other Things that may interest you :

3dprinting 3d Printing 9 Mm 9mm 17 19 22lr 26 223 556 Ap Ar AR15 AR15. 80% Artwork Atlas Arms Bitcoin Bounty Btc CAD Ctrlpew Dagny Devsupport DIY Donate FGC9 Fmda Frame FreeMenDontAsk Getting Started Glock IvanTheTroll Jstark1809 Learn To Cad News Nguyenkvvn Open Bounty Pistol Podcast Poster Print Guns Propaganda Rail Suppressor The Kommando Blog

**Previous Post**
**File Drop:'The Chipman' 3D Printable S&W15-22 Magazine**

**Next Post**
**File Drop: HerzAnHerz - 3D Printable SP2022 Frame**

## Related Posts

Announcment File Drops Printable Frames

### File Drop: The Glocknofsky

iprintshit Download The Gatalog presents:Join the community at thegatalog.com

ctrlpew
2022-07-04

Announcment File Drops Printable Frames

### File Drop: The Plastikov v3 – 3D Printable AKM/RPK/AK100 Receiver

Ivan The Troll Download The Gatalog presents:Join the community at thegatalog.com

ctrlpew
2022-07-01

File Drops Printable Frames

### File Drop: The Mono-Poly AR15 Lower Receiver

<Author> Download The Gatalog presents:Join the community at thegatalog.com

ctrlpew
2022-06-25

## Leave a Reply

You must be logged in to post a comment.

Connect with Us

Utreon
Odysee
YouTube
Instagram
Twitter
Reddit

Signup for the Newsletter

Email

Subscribe

Page 5
File Drop : 'Everytown' 3D Printable AR15 22lr Magazine — CTRL+Pew
https://ctrlpew.com/file-drop-everytown-3d-printable-ar15-22lr-magazine/

