# EXHIBIT 15

**Page 1**
**Shop — CTRL+Pew**
**https://ctrlpew.com/shop/**

CTRL+Pew

The Complete Getting Started Guide | Knowledge Dispensed | Shop | Donate | Bounty | All The Links | My Account

# Shop

Home › Shop

Showing 1–12 of 91 results

Sort by latest

Search...

Product categories

- Collections
  - Come and Take It
  - CTRLPew
  - Deterrence Dispensed
  - Dont Tell On Me
  - FGC9
  - Gatalog
  - Ghost Gun Gang
  - IvanTheTroll
  - Jny's Propaganda
  - JStark
  - Merit Badge
  - Nguyenkvvn
- Developer Support
- Downloads
  - Models
  - Music
- Membership & Subscriptions
- Parts and Hardware
- Services
- Stuff
- Swag
  - Clothing
    - Hoodies
    - Shirts
  - Flags
  - Hats
  - Morale Patches
    - Merit Badge
  - Mugs
  - Posters
  - Stickers

Products

## Featured Products

PewCrew PEI Print Bed
$32.99

Merit Badge – FGC9
$5.95

Add To Cart

MK2 Waifu
$4.00

## Best Sellers

JSTARK Framed Canvas Print Live Free or Fucking Die
$160.64 – $260.60

JSTARK Portrait Framed Canvas Print
$160.64 – $260.60

JSTARK NoText Poster
$15.45 – $27.83

**Captured by FireShot Pro: 08 July 2022, 09:52:50**
**https://getfireshot.com**

**Page 2**
**Shop — CTRL+Pew**
**https://ctrlpew.com/shop/**

Deterrence Dispensed - Classic FGC9 Tee
$31.58 – $44.73

FGC9 Become Ungovernable Tee
$30.60 – $47.05

Come and Take It Folder Transparent Sticker
$4.00

General Consultation - 1 hour
$150.00

Extremely Peaceful Tee
$33.00

1 2 3 4 ... 29 30 31 Next

Public Bulk Order – Voron 2.4 R2 350×350 Kit – Order closes 7/11
$955.00

You Wouldn't Download A Gun Tee
$29.26 – $42.42

Merit Badge – Amigo Grande
$5.95

Merit Badge – 3011
$5.95

Deterrence Dispensed – Classic FGC9 Tee
$31.58 – $44.73

PewCrew Multicam-Black Flexfit Cap
$30.00

3DPG Benchican Standoff
$12.00

Come and Take It Flag
$24.99

PewCrew – Federal Agent Yearly
$24.00 / year

Add To Cart





