# EXHIBIT 16

Page 1
All The Links — CTRL+Pew
https://ctrlpew.com/x/



Captured by FireShot Pro: 08 July 2022, 09:55:11
https://getfireshot.com

Announcment
File Drop: The Plastikov v3 – 3D Printable AKM/RPK/AK100 Receiver

File Drops
File Drop: The Mono-Poly AR15 Lower Receiver

File Drops
File Drop: DD43X 3D Printable Frame

File Drops
File Drop : FGC-9 Stingray

Bounty
#010 P365 Style G43 Frame

Bounty
009: 5.7 Middleton Mac

The Blog
Tech Talk – Revopoint POP 3D Scanner – Does it measure up?

- Gab
- Liberdon
- MeWe
- Gunstreamer
- Facebook
- MySpace
- Tiktok
- Minds
- Gettr
- SubscribeStar

## Builder Resources

— MAF Arms – Literally the best wind chime kits.
— Spookyrails – Metal rails for the printed Glock frame
— Riptide Rails -Riptide Rails is dedicated to being a one-stop shop that offers high-quality rail solutions for your 3D-printed projects.
— BlasterAtYourSide -Gun builder resource
— Liberator 12K -Information on the Liberator 12K shotgun project.

## Affiliates and Discounts

— GreenGate3D – 10% off with 'cantstopthesignal'
— Bravo Company Coffee – 15% off with 'ctrlpew'
— Olight – 10% off with code 'ctrlpew'

## Referrals

— Amazon – https://amzn.to/3oly1Mb
— Polymaker – https://us.polymaker.com?aff=8
— Anycubic – anycubic.sjv.io/NKonNq
— 5.11 – 511.pxf.io/mgbavZ
— Brownells – https://snp.link/183d8400
— Palmetto State Armory – https://snp.link/b9269c4c
— BigDaddy Unlimited – https://bigdaddyunlimited.com/?oid=1&affid=371&creative_id=1
— Wheeler – https://snp.link/304ea236
— Aero Precision – https://snp.link/0a091fd5
— Shoot Steel – https://snp.link/bd31fa05
— Balistic Advantage – https://snp.link/0f17d232
— Caldwell Shooting Sports – https://snp.link/21cd1697
— Faxon Firearms – https://snp.link/4089a921
— Lone Wolf – https://snp.link/bf158d0f
— Stag Arms – https://snp.link/2014e820
— Mira Safety – https://snp.link/6c7eb102
— Tekmat – https://snp.link/2a067d14
— Propper – https://snp.link/d600075a
— LAPG – https://snp.link/f80166c2
— REFactor Tactical – https://snp.link/43e57a5e
— FFL123 – https://snp.link/137f0c79
— Acre Gold – https://lddy.no/1c47g
— Sirt Pistols – https://bo283.isrefer.com/go/NLTS/ctrlpew/

## Friends of the Community

— Firearms Policy Coalition – (FPC) is a 501(c)4 grassroots, non-partisan, nonprofit organization that advocates for individual liberties and important constitutional rights.
— The Kommando Blog -An organization run by /k/ommandos bringing you the finest of /k/ culture.
— EnBlocPress – News, memes, opinion, swag. Focusing on the liberty community, politics, free speech, guns, privacy, and law enforcement.
— The eMilitia Podcast – liberty minded individuals who discuss freedom in the 21st century.

Connect with Us

Utreon
Odysee
YouTube
Instagram
Twitter
Reddit
Gab
Liberdon
MeWe
Gunstreamer
Facebook
MySpace
Tiktok
Minds
Gettr

Signup for the Newsletter

Email

**Subscribe**

Captured by FireShot Pro: 08 July 2022, 09:55:11
https://getfireshot.com

Page 3
All The Links — CTRL+Pew
https://ctrlpew.com/x/

SubscribeStar

© 2022 CTRL+Pew.