# EXHIBIT 17

Page 1
Donate to Freeman1337 — CTRL+Pew
https://ctrlpew.com/donate-to-freeman1337/



Page 2
Donate to Freeman1337 — CTRL+Pew
https://ctrlpew.com/donate-to-freeman1337/



Captured by FireShot Pro: 08 July 2022, 09:57:59
https://getfireshot.com



Recomended Reading

File Drop: The Glocknofsky
By ctrlpew

File Drop: The Plastikov v3 – 3D Printable A...
By ctrlpew

55 Gallon Bullet Trap – How to build
By Vinh Nguyen

File Drop: The Mono-Poly AR15 Lower Receiver
By ctrlpew

File Drop: DD43X 3D Printable Frame
By ctrlpew

Support our shenanigans.

Ghost Gun Gang Gang PVC Morale Patch
$12.00

Max Fill Sticker - Pistol
$4.00 – $16.00

Fucking Make It Patch FGC9 (JStark)
$12.00

QR Covert Signal Slaps - 10 pack
$12.00

Ghost Boi Tracks - 1. The Signal
$2.00

Other Things that may interest you :

3dprinting · 3d Printing · 9 Mm · 9mm · 17 · 19 · 22lr · 26 · 223 · 556 · Ap · Ar · AR15 · AR15. 80% · Artwork · Atlas Arms · Bitcoin · Bounty · Btc · CAD · Ctrlpew · Dagny · Devsupport · DIY · Donate · FGC9 · Fmda · Frame · FreeMenDontAsk · Getting Started · Glock · IvanTheTroll · Jstark1809 · Learn To Cad · News · Nguyenkvvn · Open Bounty · Pistol · Podcast · Poster · Print Guns · Propaganda · Rail · Suppressor · The Kommando Blog

Captured by FireShot Pro: 08 July 2022, 09:57:59
https://getfireshot.com

Page 4
Donate to Freeman1337 — CTRL+Pew
https://ctrlpew.com/donate-to-freeman1337/



Previous Post

**Donate to KadeCad**

Next Post

**File Drop: The K-CAD Songbird PM4 CenterFire v1.1**

**Related Posts**

Donate

**Donate to GeraldKatz**

"The Beretta Bitch" Connect with Him Twitter Reddit JTNDc3R5bGUlMjB0eXBlJTNEJTIydGV4dCUyRmNzcyUyMiUzRSUyMC5idG





ctrlpew
2022-01-25

Donate

**Donate to KadeCad**

The undisputed sultan of suppression. Connect with Him Twitter JTNDc3R5bGUlMjB0eXBlJTNEJTIydGV4dCUyRmNzcyUyMiUzRSUyMC5idG

ctrlpew
2021-10-19



Donate

**Donate to Fudd Busters**

The Buster of Fudds. Blaster of boomers. Connect with Him Social Links Youtube Patreon Subscribe...

ctrlpew
2021-10-18

**Leave a Reply**

You must be logged in to post a comment.

Connect with Us

Utreon

Odysee

YouTube

Signup for the Newsletter

Email

Subscribe

Captured by FireShot Pro: 08 July 2022, 09:57:59
https://getfireshot.com



Instagram

Twitter

Reddit

Gab

Liberdon

MeWe

Gunstreamer

Facebook

MySpace

Tiktok

Minds

Gettr

SubscribeStar

© 2022 CTRL+Pew.