# EXHIBIT 18

Case 1:21-cv-08074-PGG-RWL   Document 137-18   Filed 09/29/23   Page 2 of 2


BTCPAY

| ⟳ Awaiting Payment… | 12:30 |
|---|---|

| **Pay with** | ₿ Bitcoin (BTC) |
|---|---|

| **Donation Portal Freeman1337** | 0.00047003 BTC |
|---|---|
| | *1 BTC = $21,275.60 (USD)* |

⌄

| Scan | Copy |
|---|---|



**Open in wallet**

Recommended fee: 23.253 sat/byte

English ⌄

Powered by BTCPay Server