# EXHIBIT 19

| | |
|---|---|
| ☰  🌀odysee   🔍 Search | ☁️ ⚙️ ❓ Lo... S... |

⤴ Share

$ Support

♥ Follow

⋮

# freeman1337 GunCAD Mirror

599 Followers ⑦

**Content**          **Playlists**          **About**          **Community**

## Description
Creating this space to mirror all of my GunCAD releases that I've made (and future releases going forward)

## Contact
1337freeman1337@protonmail.com ↗
(mailto:1337freeman1337@protonmail.com)

## Tags

## Languages
English

## Total Uploads
11

## Last Updated
10 months ago

## URL
lbry:/...1337-GunCAD-...

✕

 Do This if You Have Toenail Fungus (Try... Health Tips ...

 Saving Up for Something? Investing in a ... NerdWallet ...

 The Search Is Over: Here Are The Best... Electric Bike...

 Ideal for everyone who is on their feet fo... Handmade ...

Claim ID odysee

Search

bf05b821965c2ef9cbbe503012c68e1e9ed4ccb0

## Staked Credits

201.001 view other claims at lbry://@freeman1337-GunCAD-Mirror


Do This if You Have Toenail Fungus (Try...
Health Tips ...


Saving Up for Something? Investing in a ...
NerdWallet ...


The Search Is Over: Here Are The Best...
Electric Bike...


Ideal for everyone who is on their feet fo...
Handmade ...



