# EXHIBIT 20

**Page 1**
**Defcad : fosscad**
**https://www.reddit.com/r/fosscad/comments/rwhviu/defcad/**

reddit r/fosscad r/fosscad Search Reddit Free Substantial_Case_223 1 karma

Posted by u/shmeckle_shmackle 6 months ago

0

## Defcad

politics

Does deafcad have permission from file creators and pay the file creators since they charge money for said files they host? It seems like to me they are deaf, no customer service or thieves from what Ive heard about them.

2 Comments Award Share Save Hide Report 42% Upvoted

Comment as Substantial_Case_223

What are your thoughts?

Markdown Mode Comment

Sort By: Best

AP3XIA · 6 mo. ago

I can't tell if this is a shitpost or not

12 Reply Give Award Share Report Save Follow

gw_defcad · 6 mo. ago

Most of the files on DEFCAD were posted by the creators themselves, and we regularly secure permission for new files. Regarding creators earning money from files, the short and simple answer is yes; the longer and more complicated answer is that this model of creator support is still being tested and rolled out, and we have a *lot* of creators on the site, so not all of them are part of this program; those that are, however, can comment themselves on their experience with it, if they would like.

I'll also take this opportunity to note that any creator not currently part of this program, and who would like to be, should message me about it.

6 Reply Give Award Share Report Save Follow

**About Community**

r/fosscad

A community dedicated to the discussion of 3D printed guns and related topics.

48.6k Members | 489 Online

Created May 17, 2014

Join

Create Post

COMMUNITY OPTIONS

**r/fosscad Rules**

1. Keep posts on topic and of high quality.
2. Be civil and don't troll.
3. Don't encourage or incite violence/criminal behavior.
4. Accounts must be at least 7 days old to post and comment.
5. Research your laws before printing or downloading.
6. Do not share firearm related 3D models.
7. Do not discuss manufacturing items requiring a federal license (machine guns)
8. No transactions

**Useful Links**

Subreddit Wiki

Discord

**Moderators**

Message the mods

u/Shadow503

u/LostPrimer

u/DrinkMoreCodeMore

u/c6cycling

VIEW ALL MODERATORS

Help
Reddit Coins
Reddit Premium

About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2022. All rights reserved

Back to Top

