# EXHIBIT 21

# Monetization of Content

October 15th, 2020   •   73K views                                                               1.44

**Odysee Help**
@OdyseeHelp                                                                       Following

## Monetization of Content

Creators that produce quality content that other users enjoy are monetized in a number of ways not limited to:

- Earnings per view from us (Rewards based on validated views from users that are signed in and hold validated accounts).
- Tips from users.
- Site/app promotions.

Creators may have **a tax obligation for earnings and any capital gains (https://lbry.com/faq/creator-tax-obligations)** of LBC sold. Please consult your tax professional.

## How do earnings per view work?

We track views from Odysee and other LBRY apps. When a user with a validated account views a creator's content, the creator receives a payment of Credits (LBRY Credits) for that view and is designated as a **Tip** on the wallet page. To prevent abuse, the first 7 daily validated views from a user will qualify.



## How do I check how much I earn per view?

Click the User Avatar icon from the front page and then Channels to see your rate.



**Please note**: your rate is subject to change and is based on a number of variables including: average watch-time, average view count, type of content, engagement, creator location, price of credits, etc. As a result, the rate moves up and down a bit on a regular basis. View rewards will also be limited if a creator earns over 1% of the weekly reward pool of credits.

## How do I receive cash tips?

To receive cash tips, you'll need to connect a bank account.

Go to the wallet by clicking the Credit icon in the top right corner of the front page, then click "Bank Accounts"



Then just follow the steps given and you'll be good to start receiving cash tips.

## How do I see a summary of what I have earned or been tipped?

Go to the wallet page and go to the Transactions tab.

Go to the wallet page and go to the Transactions tab.

You can filter between Credits and USD. Under Credits, sort the transaction type by "Received." Under USD, sort the transaction type by "Incoming."



Earning per view rewards will also be summarized monthly on the Rewards page under `Content View Tips: Month Year`.

## How do I send a tip or support?

Sending support is easy. Simply go to a video or channel page and click "Support".

Next, you'll be prompted for the support amount, either in USD or Credits. You can choose from a preset list of amounts, or enter a custom value. The default option is a tip which goes permanently to the creator. If you are on your own content, you will only have option to boost.



Once you enter a value, click "Send". A tip will require a double confirmation, a revokable support will not.



Note: This amount will show up in your transaction list and will be deducted from your balance.

## Comment tips and Hyperchats

It's also possible to leave comment with a tip. Just write your comment like you normally would, click either the dollar or LBC icon under the text input and set tip amount. After review, click "Send" to confirm the comment and transaction.



You can also do this on hyperchats.



## How do I claim LBC tips that I have earned per view and from users?

By leaving your LBC tips locked in your content or channel, it increases its trust and discovery on the platform.

To unlock, access your your wallet, and filter transactions by **Received** and **Tip** and **Active**. You'll see a padlock icon next

To unlock, access your your wallet and filter transactions by **Received** and **Tip** and **Active**. You'll see a padlock icon next to tips you've received.

Click the padlock icon to unlock the tip you want to claim and have it enter your balance.

## How to qualify for monetization?

All users are eligible to receive tips from other users and participate in any site/app promotional campaigns whereby Credits are offered as reward.

Eligibility for earning per view is dependent on the following:

- The content must be your own original content and not derivative of others' original works.
- The content and channel must be accurately tagged.
- The account must be at least a week old.

The following type of content is not eligible for earning per view:

- Violates our **community guidelines**
- Copyrighted works.
- Illegal content.
- Controversial content (real violence, torture, abuse, incitation of hatred) - content that contains one or more of these elements but is not news/educational content.
- Spam.
- Reuploads or derivative of works on top of other public/copyright-free/creative commons content.
- Related to airdrops/free money.

The following can disqualify a user from monetization:

- Spamming promotional messages.
- Participation in follow-for-follow/view-for-view activity on Odysee and other LBRY apps, as well as on public forums and within private chats.
- Any other abuse or manipulation of the rewards program.

## I'm eligible for earning per view but I'm not earning anything, what do I do?

If you've carefully read the 'Eligibility for earning per view' criteria and believe your channel has not been monetized when it should be, **please email us (mailto:hello@odysee.com)** with a link and description of your channel. YouTube Sync program users with over 500 subscribers should be automatically opted in if their content qualifies.

311                                                                                                          25

$ Support          15 Reposts          Share          ...

148 comments     Best     Controversial     New

Post

**@LBRT** 1 year ago
Some of the language in the community guidelines has me beyond worried. If their intent is to creep into a youtube-like system, then we got a problem. Can we just let people post without having all this language about hate and bullying. Shit is stupid and only snowballs

Log in to reply   126   10

Show 9 replies

**@magpiefuneral** 1 year ago
So, if I have music material I wish to give out freely but is copyrighted (by me) it is not eligible for monetization at any point?

Log in to reply   35   1

Show 2 replies

**[Removed]** 1 year ago
How are you supposed to be discovered if searching tags doesn't ever show your video? Is it currently glitched? If only high tippers get their videos seen in the specific category they appeal to, free users won't be able to do hardly anything and will eventually run out of the starting balance and not even be able to post anymore videos.

For a site that's been around for a while and has a lot of big name Youtubers coming and encouraging others to do so, LBRY as a whole is very unintuitive.

Log in to reply   34   1

Show 2 replies

**@zhoon** 7 months ago
I hope they realize that this site is dying
Please atleast try to communicate with your community

Log in to reply   32   2

Show 2 replies

**@HandsomeMax** 8 months ago
I know for a fact at least 3 verified users are watching my videos (2 have been watching for months now and I invited one of them to the platform) and sometimes even a few random people with active channels on their own watch a video and I never got over 0.00 earned. Its all my content, no spam, everything tagged right, everything according to the guidelines.

Log in to reply   28   1

**@Instigator** 8 months ago
@OdyseeHelp
It is really sad that (/@OdyseeHelp:b) doesn't respond in their own forum. This platform is turning out to be a sham where no actual information is given to the user when asked for.
What is the purpose of this channel?

**[Removed]** 1 year ago

Odysee, LBRY, whatever you want to call yourself today. You HAVE to make things simpler for normal users!

I ran into an upload limit of 4GB. Understandable I guess, seeing as how they say you can upload beyond that if you get the desktop app. Ok I'll get the app. Or not.

After a google search in order to find an Odysee app, it points to a completely different app. Webcatalog. I don't want another app just to open a SINGLE app.

More

Log in to reply  21  1

Show reply

**@Tec54** 1 year ago

Since there are no advertisements on Odyssee it seems to me that the only way the Libry credits have value for exchange to any other form of currency (IE: bitcoin, dogecoin, USD, etc) comes from the amount of credits that are being purchased by users. Since there has been a significant uptick in the number that are subscribed, unless people start buying libry credits their value will continue to drop.

Anyone have any other thoughts on this? I'd love to be told that I am incorrect about this because it seems kind of depressing to me.

More

Log in to reply  19  0

**[Removed]** 1 year ago

Did they take this away? I was earning on my channel and now. It says 0 for per view what's going on with it?

Log in to reply  19  2

Show reply

**@she's-a-giantess** 1 year ago

I need to know how Odysee defines spam. Because I've noticed that certain other sites incorrectly define spam. If I were to post a video that promotes content I created outside of Odysee, would that be considered spam? If so, then that's an example of what I call incorrectly defined spam. Actual spam is unwanted content. If I want to promote my own content on my own channel, then it can't be unwanted.

Log in to reply  16  0

Show reply

Community Guidelines

FAQ

Support

Terms

Privacy Policy