# EXHIBIT 22



Yeezy 🏴 Ⓐ (@xYeezySZN) / Twitter



