# EXHIBIT 24

Case 1:21-cv-08704-PGG-RWL Document 176-24 Filed 09/29/23 Page 1 of 6



# FAQS

GENERAL

ACCESSING FILES

ACCOUNT

PARTNERSHIP

UPLOADING

PRIVACY

GENERAL

SUBSCRIBE TO THE DEFCAD NEWSLETTER ✕

Email address

SUBSCRIBE

Case 1:21-cv-08074-PGG-RWL   Document 187-24   Filed 09/29/23   Page 3 of 6

## ACCESSING FILES

HOW CAN I ACCESS THE FILES?

WHY DOES DEFCAD IMPLEMENT ACCESS CONTROLS?

WHY DO I NEED A MEMBERSHIP TO ACCESS FILES ON DEFCAD?

WHAT DOES DEFCAD DO WITH THE INFORMATION COLLECTED AS A PART OF OUR CONTROLS?

WHAT MUST I DO TO ACCESS RESTRICTED FILES?

I GOT AN "ACCESS DENIED" MESSAGE, WHY?

WHY ARE THE FILES ALL MARKED "UNAVAILABLE"?

## ACCOUNT

HOW DO I CREATE AN ACCOUNT?

SUBSCRIBE TO THE DEFCAD NEWSLETTER ✕

Email address

SUBSCRIBE

HOW DO I EDIT MY PROFILE?

## PARTNERSHIP

WHAT IS A DEFCAD PARTNER?

WHAT CAN A DEFCAD PARTNER DO?

HOW DO I BECOME A DEFCAD PARTNER?

Registered users may apply for partnership by filling out the form at
https://defcad.com/partner/dashboard/

## UPLOADING

HOW CAN I UPLOAD A PROJECT?

WHAT HAPPENS WHEN I UPLOAD A PROJECT?

CAN I UPLOAD A NEW VERSION OF MY PROJECT?

PRIVACY

### SUBSCRIBE TO THE DEFCAD NEWSLETTER ✕

Email address

SUBSCRIBE



SIGN UP FOR THE DEFCAD NEWSLETTER

SUBSCRIBE TO THE DEFCAD NEWSLETTER    ✕

Email address

SUBSCRIBE

# DEFCAD

DEFCAD, INC. ALL RIGHTS RESERVED.

HABENT SUA FATA LIBELLI ET BALLI

DEFCAD FILES AND OTHER HARDWARE ARE NOT CURRENTLY AVAILABLE TO PERSONS OUTSIDE THE UNITED STATES AND ARE NOT AVAILABLE TO RESIDENTS OF AND PERSONS IN THE STATE OF NEW JERSEY WHO DO NOT POSSESS A FEDERAL FIREARMS LICENSE.



*SINCE JAN. 1 2021, NO WARRANTS HAVE BEEN SERVED TO DEFCAD.COM PRINCIPALS OR EMPLOYEES. NO SEARCHES OR SEIZURES HAVE BEEN PERFORMED ON DEFCAD.COM ASSETS.*



SUBSCRIBE TO THE DEFCAD NEWSLETTER ✕

Email address

SUBSCRIBE