UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | |
| Plaintiff, | **ORDER** |
| - against - | 21 Civ. 8704 (PGG) |
| ODYSEE USER THEGATALOG-PRINTABLE MAGAZINES and DEFCAD USER FREEMAN1337 | |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

The Clerk of Court is directed to close this case.

Dated: New York, New York
November 17, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge